# EXHIBIT 2

 

### Federal Aviation Administration
*Bringing Safety to America's Skies*

FAA Home | About FAA | Jobs | News Room | Publications

 Quick Find: 

- → Homepage
- → Organization
- → AFSS A-76 Competition
  - Accomplishments
  - Project Timeline
  - Documents
  - Questions & Answers
- → Related Links
- → Contact Us

→ **Background on AFSS**

**Automated Flight Service Stations (AFSSs)** are a network of 58* facilities across the United States operated by the United States Department of Transportation, Federal Aviation Administration (FAA). These stations are a part of the FAA air traffic system and are staffed by uniquely trained air traffic control specialists.

The primary role of an AFSS is to provide weather briefing and flight planning services to pilots. AFSSs also coordinate VFR search and rescue services, provide orientation service to lost aircraft, maintain continuous weather broadcasts on selected Navigational Aids (NAVAIDs), and issue and cancel Notices To Airmen (NOTAMs). The general aviation community makes up the lion's share of traffic at these facilities; however, military and commercial pilots are also frequent customers.

*3 AFSSs and 14 FSSs in Alaska are not included in the competition

→ **Business Case for Competition**



**Outside Influences**
- DOT IG recommendation on consolidation
- FAA Studies
- OMB Guidance
- President's Management Agenda

**OPPORTUNITY**

**State of AFSS**
- Aging facilities and equipment
- Retirement eligible workforce
- Imbalanced workload
- Inadequate funding of AFSS related programs
- Potential for efficiencies

---

Department of Transportation | Firstgov.gov | Privacy Policy | Site Map | Help | Contact Us

  800 Independence Avenue SW
Washington, DC 20591