**EXHIBIT 3**



# AUTOMATED FLIGHT SERVICE STATIONS
(as of 08/31/04)

| STATE | CITY | NUMBER OF EMPLOYEES |
|---|---|---|
| ALABAMA | ANNISTON | 29 |
| ARIZONA | PRESCOTT | 38 |
| ARKANSAS | JONESBORO | 28 |
| CALIFORNIA | HAWTHORNE | 32 |
|  | OAKLAND | 34 |
|  | RANCHO MURIETA | 28 |
|  | RIVERSIDE | 31 |
|  | SAN DIEGO | 24 |
| COLORADO | DENVER | 43 |
| CONNECTICUT | BRIDGEPORT | 47 |
| FLORIDA | GAINESVILLE | 30 |
|  | MIAMI | 60 |
|  | ST. PETERSBURG | 71 |
| GEORGIA | MACON | 44 |
| HAWAII | HONOLULU | 23 |
| IDAHO | BOISE | 21 |
| ILLINOIS | KANKAKEE | 48 |
| INDIANA | TERRE HAUTE | 36 |
| IOWA | FORT DODGE | 18 |
| KANSAS | WICHITA | 23 |
| KENTUCKY | LOUISVILLE | 18 |
| LOUISIANA | DERIDDER | 21 |
| MAINE | BANGOR | 27 |
| MICHIGAN | LANSING | 54 |
| MINNESOTA | PRINCETON | 44 |
| MISSISSIPPI | GREENWOOD | 16 |
| MISSOURI | COLUMBIA | 40 |
|  | ST. LOUIS | 29 |
| MONTANA | GREAT FALLS | 18 |
| NEBRASKA | COLUMBUS | 18 |
| NEVADA | RENO | 28 |

| STATE | CITY | COUNT |
|---|---|---|
| NEW JERSEY | MILLVILLE | 31 |
| NEW MEXICO | ALBUQUERQUE | 31 |
| NEW YORK | BUFFALO | 27 |
|  | ISLIP | 32 |
| NORTH CAROLINA | RALEIGH | 35 |
| NORTH DAKOTA | GRAND FORKS | 21 |
| OHIO | CLEVELAND | 33 |
|  | DAYTON | 24 |
| OKLAHOMA | MCALESTER | 37 |
| OREGON | MCMINNVILLE | 28 |
| PENNSYLVANIA | ALTOONA | 36 |
|  | WILLIAMSPORT | 33 |
| PUERTO RICO | SAN JUAN | 14 |
| SOUTH CAROLINA | ANDERSON | 28 |
| SOUTH DAKOTA | HURON | 16 |
| TENNESSEE | JACKSON | 19 |
|  | NASHVILLE | 31 |
| TEXAS | CONROE | 39 |
|  | FORT WORTH | 57 |
|  | SAN ANGELO | 37 |
| UTAH | CEDAR CITY | 30 |
| VERMONT | BURLINGTON | 32 |
| VIRGINIA | LEESBURG | 39 |
| WASHINGTON | SEATTLE | 34 |
| WEST VIRGINIA | ELKINS | 20 |
| WISCONSIN | GREEN BAY | 36 |
| WYOMING | CASPER | 19 |
|  |  |  |
| **GRAND TOTAL** |  | **1,840** |

The above figures are totals for bargaining unit members only and does not include staff or management.