**EXHIBIT 4**

# Facility Consolidation

**Hub Facilities**
- Ft. Worth, TX
- Leesburg, VA
- Prescott, AZ

**Other Facilities**
- Albuquerque, NM
- Columbia, MO
- Denver, CO
- Honolulu, HI
- Islip, NY
- Kankakee, IL
- Lansing, MI
- Macon, GA
- Miami, FL
- Nashville, TN
- Oakland, CA
- Princeton, MN
- Raleigh, NC
- St. Petersburg, FL
- San Diego, CA
- San Juan, PR
- Seattle, WA



58 Facilities — 58 Facilities — 20 Facilities

Incremental Consolidation

Performance Decision
*February 1, 2005*

Transition Day 1
*October 2005*

6 Months — 18 Months

FEDERAL AVIATION ADMINISTRATION