UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BREEN, et al., <br><br> Plaintiffs <br><br> v. <br><br> NORMAN Y. MINETA, <br> Secretary, U.S. Department of Transportation <br> 400 7th Street, S.W. <br> Washington, DC  20590 <br><br> and <br><br> MARION C. BLAKEY <br> Administrator, Federal Aviation Administration <br> 800 Independence Ave., S.W. <br> Washington, DC  20591, <br><br> Defendants. | Civil Action No. <br> 1:05-cv-00654-RWR |

NOTICE OF APPEARANCE

The Clerk of the Court will please take notice of the appearance of Marcia Berman as counsel for the defendants in this action:

> Marcia Berman
> Trial Attorney
> United States Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Avenue N.W.  Room 7204
> Washington, D.C.  20530
> Tel.: (202) 514-3330
> Fax: (202) 616-8470
> Email:  marcia.berman@usdoj.gov

The undersigned counsel hereby certifies pursuant to Local Rule 83.2(j) that she is personally familiar with the Local Rules of this Court.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

STUART A. LICHT
Assistant Branch Director


 s/ Marcia Berman
MARCIA BERMAN
Trial Attorney
(PA Bar No. 66168)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.  Room 7204
Washington, D.C.  20530
Tel.: (202) 514-3330
Fax: (202) 616-8470
Email:  marcia.berman@usdoj.gov

Attorneys for Defendants.

CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2005, a true and correct copy of the foregoing Notice of Appearance was served upon plaintiffs' counsel of record at the address listed below:

Via ECF:

Joseph D. Gebhardt
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, NW
Suite 607
Washington, DC 20036-4718
(202) 496-0400
Fax: (202) 496-0404
Email: jgebhardt@covad.net


    s/ Marcia Berman
    MARCIA BERMAN