**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
KATHLEEN A. BREEN                  )
58 Ames Road                       )
Lisbon, CT 06351,                  )
                                   )
MILTON J. TORRES, III              )
16071 S.W. 73rd Street             )
Miami, FL 33193,                   ) Civil Action No. 05-00654 (RWR)
                                   )
RICHARD C. ANDERSON                )
1945 67TH Avenue North             )
St. Petersburg, FL 33702,          )
                                   )
RONALD J. CONSALVO                 )
5 Devonshire Drive                 )
Glassboro, NJ 08028,               )
                                   )
MARK JAFFE                         )
918 West Lovers Lane               )
Arlington, TX 76013,               )
                                   )
DARRELL G. MOUNTS                  )
10230 Melody Drive                 )
Northglenn, CO 80260-6044,         )
                                   )
JOHN O'CONNELL                     )
1776 Havenshire Lane               )
Brighton, MI 48114-8737,           )
                                   )
MICHAEL J. SHELDON                 )
151 Gulf Street                    )
Milford, CT 06460,                 )
                                   )
JERRY VANVACTER                    )
2424 Popular Avenue                )
Duncombe, IA 50532,                )
                                   )
          Plaintiff Class          )
          Representatives,         )
                                   )
          and                      )
                                   )
```

```
Ed Abbott                           )
759 E. Sunshine Lane                )
Cedar City, UT 84720,               )
                                    )
Charles N. Abney                    )
4032 Jonesboro Road                 )
Hampton, GA 30228,                  )
                                    )
Bruce Abrahamsen                    )
4344 Stones River Court             )
New Port Richey, FL 34653,          )
                                    )
Iftikhar Ahmad                      )
812 Kenneth Place, SE               )
Leesburg, VA 20175,                 )
                                    )
David L. Alexander                  )
2659 S. Weber Rapids Place          )
Meridian, ID 83642,                 )
                                    )
Joseph B. Allen                     )
5091 Carl Albert Road               )
McAlester, OK 74501,                )
                                    )
Wendell B. Allen                    )
128 Bransford Drive                 )
Macon, GA 31216,                    )
                                    )
David Almaguer                      )
1126 George Lane                    )
Boubonnais, IL 60914,               )
                                    )
Robert R. Aluni                     )
7126 7th Street North               )
Princeton, MN 55371,                )
                                    )
Frederick J. Amend                  )
13299 E. Exposition Drive           )
Aurora, CO 80012,                   )
                                    )
Gary V. Amero                       )
442 Hammond Street                  )
Bangor, ME O4401,                   )
```

```
Carmen J. Amos                      )
133 Hay Street                      )
Park Forest, IL 60466,              )
                                    )
Francis M. Anderson                 )
115 Renners Run Road                )
Mt. Morris, PA 15349,               )
                                    )
Debra Anderson                      )
309 Rockwell Road                   )
Jackson, TN 38305,                  )
                                    )
Jonathan Anderson                   )
RR1, Box 64                         )
Reynolds, ND 58275,                 )
                                    )
Pamela K. Anderson                  )
305 Oakridge Court                  )
Columbia, MO 65203,                 )
                                    )
Bernard C. Anderson                 )
675 Old Medford Avenue              )
Medford, NY 11763,                  )
                                    )
David A. Anderson                   )
1832 Hazen Road                     )
Green Bay, WI 54311,                )
                                    )
James E. Anderson                   )
1220 Harvey Street                  )
Green Bay, WI 54302,                )
                                    )
Charles Andries                     )
14131 Flamingo Bay Lane             )
Moreno Valley, CA 92553,            )
                                    )
Charles E. Anesi                    )
2005 S. Hieland                     )
St. Anne, IL 60964,                 )
                                    )
John Craig Annen                    )
11966 195th Circle NW               )
Elk River, MN 55330,                )
```

```
John V. Anselmo                    )
204 Wimbleton Circle               )
Warner Robins, GA 31093,           )
                                   )
Jeffrey J. Antush                  )
39157 Camelot Way                  )
Avon, OH 44011,                    )
                                   )
Kenneth J. Archibald               )
149 River Rock Court               )
Santee, CA 92071,                  )
                                   )
Pedro A. G. J. Armenta             )
1702 Dove Creek Drive              )
San Angelo, TX 76901,              )
                                   )
Stephan Y. Armstrong               )
657 Fisher Drive                   )
Watsontown, PA 17777,              )
                                   )
Paul Arnold                        )
125 Hawknis Court                  )
Germantown, OH 45237,              )
                                   )
John K. Arrow                      )
3586 NY Rte 206                    )
Whitney Point, NY 13862,           )
                                   )
Denise A. Ashley                   )
7985 Rainey Street                 )
La Mesa, CA 91942,                 )
                                   )
Donald J. Ashley                   )
7985 Rainey Street                 )
La Mesa, CA 91942,                 )
                                   )
Joe B. Askew, Jr.                  )
4549 Little Ridge Drive            )
Birmingham, AL 35242,              )
                                   )
Tyrone Austin                      )
4716 Malpaso                       )
Lansing, MI 48917,                 )
```

```
Cynthia Autry                    )
2085 Westport Road               )
Westport, TN 38387,              )
                                 )
Thomas Avalos                    )
2783 Kingsbury Avenue            )
Hemet, CA 92545,                 )
                                 )
Bruce Allan Ayer                 )
41 Beech Grove Avenue            )
Glenburn, ME 04401-1432,         )
                                 )
Darryl W. Ayers                  )
2332 Carmel Road North           )
Newburgh, ME O4444,              )
                                 )
Archer Bailey                    )
P.O. Box 135                     )
Sharon Center, OH 44274,         )
                                 )
Ronald M. Balfour                )
P.O. Box 2373                    )
Ramona, CA 92065,                )
                                 )
Dianne V. Barnes                 )
63 Chestnut Hill Lane            )
Columbus, NJ O8022,              )
                                 )
Rickie Lane Barnett              )
2980 Thames Trail                )
Fort Work, TX 76118,             )
                                 )
Kelli Marlar Barth               )
18721 Northwest 11 Street        )
Pembroke Pines, FL 33029,        )
                                 )
Frances E. Bartlett              )
3712 S. Cr 101 E                 )
Clayton, IN 46118,               )
                                 )
C. Allen Basore, Jr.             )
3338 E. Co. Rd, 900S             )
Cloverdale, IN 46120,            )
```

```
Charles R. Basye                      )
15000 West US Hwy 40                  )
Rocheport, MO 65279,                  )
                                      )
Michael C. Batcha                     )
40 Creekside Drive                    )
Macon, GA 31210,                      )
                                      )
John P. Batchelder                    )
P.O. Box 1878                         )
Tarpon Springs, FL 34688,             )
                                      )
Pamela Batson                         )
326 Round Top Road                    )
Lansing, MI 48917,                    )
                                      )
Nancy A. Batye                        )
950 East Calvin                       )
Hartsburg, MO 65039,                  )
                                      )
Arlene Bauder                         )
1435 Riverview Drive                  )
Huron, SD 57350,                      )
                                      )
Lisa Kathryn Baughn                   )
92 Terry Lane                         )
Williston, VT O5495,                  )
                                      )
Christopher W.H. Beale                )
17164 SE 100th Street                 )
Newcastle, WA 98059,                  )
                                      )
Jorge L. Becerril                     )
Aventura De Encantada Apt 5409        )
Trujillo Alto, PR 976,                )
                                      )
Gary Bennetts                         )
516 55th Way SE                       )
Auburn, WA 98092,                     )
                                      )
G. Peter Berggren                     )
150 Gail Street                       )
Hollidaysburg, PA 16648,              )
```

```
                                          )
Eric J. Berglund                          )
40887 190th Street, SW                    )
East Grand Forks, MN 56721,               )
                                          )
Brett R. Bergren                          )
5257 S. Espana Circle                     )
Centennial, CO 80015,                     )
                                          )
Denise G. Bergren                         )
5257 S. Espana Circle                     )
Centennial, CO 80015,                     )
                                          )
Robert M. Bermudez                        )
108 Breakwater Bay                        )
Hermitage, TN 37076,                      )
                                          )
Kenneth R. Bernard                        )
21926 Windover Drive                      )
Ashburn, VA 20148,                        )
                                          )
Russell Berry                             )
15944 SW 151 Terrace                      )
Miami, FL 33196,                          )
                                          )
Marlene Berry                             )
15944 SW 151 Terrace                      )
Miami, FL 33196,                          )
                                          )
Alan B. Bertram                           )
3219 Blume Street, N.E.                   )
Albuquerque, NM 87111,                    )
                                          )
Jeffrey D. Bittner                        )
18 Mimosa Lane                            )
Pilesgrove, NJ O8098,                     )
                                          )
Lisa M. Bjork                             )
7060 E. Painted Vista Court               )
Prescott Valley, AZ 86314,                )
                                          )
```

Tye C. Bjorkman                    )
P.O. Box 2751                      )
Edgewood, NM 87015,                )
                                   )
Vanessa Blake                      )
478 Foxridge Drive                 )
Leesburg, VA 20175,                )
                                   )
Joseph G. Blanco                   )
28811 Flower Park Drive            )
Canyon Country, CA 91387,          )
                                   )
Gary L. Blascziek                  )
1717 White Cloud St., N.E.         )
Albuquerque, NM 87112,             )
                                   )
Gordon L. Bocher                   )
1673 Linden Blvd.                  )
Vineland, NJ O8361,                )
                                   )
John Bogusch                       )
1194 N. Meadow Drive               )
Kankakee, IL 60901,                )
                                   )
Angel A. Bonilla                   )
P.O. Box 810136                    )
Carolina, PR 00981-0136,           )
                                   )
Paul Borowski                      )
6 Kanungum Trail                   )
Shelton, CT O6484,                 )
                                   )
James D. Bottom                    )
1611 Rangeline Road                )
Greencastle, IN 46135,             )
                                   )
George Boukas                      )
159-19 84th Drive                  )
Jamaica, NY 11432,                 )
                                   )
Sandra Bowie                       )
5877 Nina Place #2W                )
St. Louis, MO 63112,               )

```
Angela B. Bowman                    )
P.O. Box 303                        )
Choccolocco, AL 36254,              )
                                    )
Gary L. Bowman                      )
903 Mariana Circle                  )
Duncansville, PA 16635,             )
                                    )
Marshall W. Boyette                 )
2602 Michael Lane                   )
Jonesboro, AR 72404,                )
                                    )
Neva E. Boyles                      )
3658 NE 114th Avenue                )
Portland, OR 97220,                 )
                                    )
David L. Bradley                    )
217 Circle Mauka Street             )
Wahiawa, HI 96716,                  )
                                    )
Barbara Bradshaw                    )
3397 Dorchester Drive               )
San Diego, CA 92123,                )
                                    )
Scott Lewellyn Brandes              )
13428 182nd Ave NW                  )
Elk River, MN 55330,                )
                                    )
David Brooks                        )
5533 Timothy Lane                   )
Bath, MI 48808,                     )
                                    )
Brett C. Broughton                  )
28 Hampton Circle                   )
Warner Robins, GA 31093,            )
                                    )
Martin Brown                        )
707 NW Alder St                     )
McMinnville, OR 97128,              )
                                    )
Jeffrey Lee Brown                   )
4621 Vista Meadows Drive            )
Keller, TX 76248-5868,              )
```

Elizabeth Jordan Brown            )
4011 Cornerstone Drive            )
Jonesboro, AR 72401,              )
                                  )
Barbara Ann Brown                 )
116 Gables Gate Court             )
Apex, NC 27539,                   )
                                  )
Melvin L. Brown                   )
24121 17th Ave S                  )
Des Moines, WA 98198,             )
                                  )
Charles G. Brown, Jr.             )
116 Gables Gate Court             )
Apex, NC 27539,                   )
                                  )
Franklin R. Brown, Jr.            )
1916 Links Circle Apt 8           )
Jonesboro, AR 72404,              )
                                  )
Randal Brubaker                   )
607 Coolidge Avenue               )
Hemet, CA 92543,                  )
                                  )
Mary Bruneau                      )
1423 Canyon Rim Dr. N.E.          )
Albuquerque, NM 87112,            )
                                  )
Dave Bruton                       )
401 Picone Drive                  )
Harahan, LA 70123-4440,           )
                                  )
Malcolm P. Brydon                 )
45 Douglas Drive                  )
Newport, ME O4953,                )
                                  )
Kenneth A. Brzyski                )
131 Lochland Drive                )
Cheektowaga, NY 14225,            )
                                  )
Norman B. Buckallew               )
3519 Kites Ldg. Rd                )
Florien, LA 71429,                )

```
Brian K. Bullard                  )
1913 Dale Court                   )
Oxford, AL 36203,                 )
                                  )
Paul F. Burke                     )
RR1 Box 3328                      )
Pittsfield, ME O4967,             )
                                  )
John D. Bussey                    )
110 N.W. 122nd Street             )
Gainesville, FL 32607-1126,       )
                                  )
Gordon Buswell                    )
18 Meadow Crest Lane              )
Waterbury, VT O5676,              )
                                  )
Arthur L. Butler                  )
2271 High Meadow Drive            )
Murfreesboro, TN 37129,           )
                                  )
Helen D. Byrum                    )
209 Castlewood Drive              )
Cheektowaga, NY 14227,            )
                                  )
Paul Cahoon                       )
115 Ty Drive                      )
Anniston, AL 36206,               )
                                  )
Daniel W. Cairns                  )
251 East Market Street            )
Derby, KS 67037,                  )
                                  )
David Campbell                    )
1306 Gerst                        )
St. Louis, MO 63130,              )
                                  )
Jonathan W. Campbell              )
P.O. Box 10121                    )
Macon, GA 31297,                  )
                                  )
Cathy Campbell                    )
13 Savin Park                     )
West Haven, CT O6516,             )
```

```
Thomas M. Campos            )
1501 Manor Drive            )
Casper, WY 82609,           )
                            )
Ernesto V. Cantu            )
14833SW 164 Terrace         )
Miami, FL 33187,            )
                            )
Vernon L. Carder, Jr.       )
1311 1/2 Vermont Avenue     )
Boise, ID 83706,            )
                            )
William J. Cardin           )
2101 3rd Avenue North       )
Great Falls, MT 59401,      )
                            )
Kevin B. Carl               )
1133 Cherry Street          )
Montoursville, PA 17754,    )
                            )
Sandra Carney               )
444 Stonemeadow Road        )
Clarksville, TN 37043,      )
                            )
Lionel Carney               )
444 Stone Meadow Road       )
Clarksville, TN 37043,      )
                            )
Shawn Carroll               )
2305 Outer Circle Drive     )
Crestwood, KY 40014,        )
                            )
Roy M. Carroll              )
120 Rockwell Drive          )
Riverside, AL 35135,        )
                            )
Diane Carter                )
9561 County Road 371        )
New Bloomfield, MO 65063,   )
                            )
Carroll J. Carter           )
108 Breakwater Bay          )
Hermitage, TN 37076,        )
```

```
Jean K. Caruso                            )
47 New York Street                        )
Bangor, ME O4401,                         )
                                          )
Donald J. Carver                          )
1918 Covey Drive                          )
Jonesboro, AR 72404,                      )
                                          )
Wayne A. Catt                             )
2331 Amber Glen Drive                     )
Murfreesboro, TN 37128,                   )
                                          )
Kevin J. Cavanagh                         )
94-1028 Makakoa Loop                      )
Waipahu, HI 96797,                        )
                                          )
William Cecil                             )
507 Jane Court                            )
Jefferson, MD 21755,                      )
                                          )
Oral R. Chadwick                          )
8020 Angle Park Drive Apt 108             )
Raleigh, NC 27617,                        )
                                          )
Stephen F. Champa                         )
10790 NW 14th Street Unit 197             )
Planttion, FL 33322,                      )
                                          )
Michael L. Chapman                        )
468 West Shore Road                       )
South Hero, VT O5486,                     )
                                          )
Robert Chapman                            )
107 1st Avenue NE                         )
Dayton, IA 50530,                         )
                                          )
Denrad Chapman                            )
107 1st Avenue NE                         )
Dayton, IA 50530,                         )
                                          )
Edward Chastain                           )
161 Maplewood Cv.                         )
Dyersburg, TN 38024,                      )
```

```
Andrea Chay                         )
17639 SE 292nd Pl.                  )
Kent, WA 98042,                     )
                                    )
Walter J. Cherluck, Jr.            )
409 Riverview Drive                 )
Dewitt, MI 48820-8784,             )
                                    )
Steven M. Cherry                    )
1424 Knollcrest Drive               )
Fort Dodge, IA 50501,              )
                                    )
Paul J. Chilbert                    )
1114 Broad Street                   )
Montoursville, PA 17754,           )
                                    )
James E. Chilen                     )
126 Hawaii Loa Street               )
Honolulu, HI 96821,                )
                                    )
Jesse  Clark                        )
1565 Chaparell Drive                )
Toquerville, UT 84774,             )
                                    )
Robert Martin Coffey                )
168 Lehn Springs Drive              )
Williamsville, NY 14221,           )
                                    )
Ronald Coleman                      )
4813 Carson Street                  )
Torrance, CA 90503,                )
                                    )
Purvis R. Collier                   )
105 Wildwood Trail                  )
Bonaire, GA 31005,                 )
                                    )
Richard L. Collier                  )
1950 Dunedin Drive                  )
Old Hickory, TN 37138,             )
                                    )
William G. Colwell                  )
852 NE 80th                         )
Seattle, WA 98115,                 )
```

```
Madison W. Combs, Jr.              )
408 Pepper Street                  )
Muncy, PA 17756,                   )
                                   )
Bernard Condon                     )
3907 Clearacre Ln #21              )
Reno, NV 89512,                    )
                                   )
Montie A. Condry                   )
3309 Primrose court                )
Grand Forks, ND 58201,             )
                                   )
Gerald A. Conlon                   )
19 Sage Circle                     )
Essex Junction, VT O5452,          )
                                   )
Michael E. Connor                  )
2113 Garland Way                   )
Hemet, CA 92545,                   )
                                   )
Mark D. Connor                     )
52 River Bend                      )
San Angelo, TX 76903,              )
                                   )
Jeff Conyers                       )
450 Winchester Road                )
Fairlawn, OH 44333,                )
                                   )
Stephen D. Cook                    )
1482 17th Street NE                )
Grand Forks, ND 58201-9609,        )
                                   )
Thomas G. Cooper                   )
920 Cloudview Cir.                 )
Reno, NV 89512,                    )
                                   )
Joseph Coords                      )
7958 Mission Center Court Apt. H   )
San Diego, CA 92108,               )
                                   )
Holly Wilson Coppage               )
1613 Woodland Drive                )
Oxford, AL 36203,                  )
```

15

```
Larry Corbett                        )
1128 Sturbridge Drive                )
Medina, OH 44256,                    )
                                     )
Marguerite A. Corbo                  )
41 Green Mountain Drive              )
St. Albans, VT O5478,                )
                                     )
William A. Corbo, Jr.                )
41 Green Mountain Drive              )
St. Albans, VT O5478,                )
                                     )
Paul E. Cording                      )
P.O. Box 209                         )
Parowan, UT 84761,                   )
                                     )
Carl Corwin                          )
937 Amherst Road, NE                 )
Massillon, OH 44646,                 )
                                     )
John A. Cosgrove                     )
1901 Pittypat Run                    )
Lagrange, KY 40031,                  )
                                     )
Melvin Costict                       )
4261 Long Creek Road                 )
Memphis, TN 38125,                   )
                                     )
John J. Coughlin                     )
20400 Turkey Ridge Road              )
Hartsburg, MO 65039,                 )
                                     )
Dennis H. Craig                      )
2816 Hubbard Lane                    )
Oxford, AL 36203-4704,               )
                                     )
Michael D. Crain                     )
7497 Audubon Road                    )
Princeton, MN 55371,                 )
                                     )
Janet S. Crandell                    )
1631 Amberina Drive                  )
Lansing, MI 48917,                   )
```

Curtis Roger Crane                )
217 Norfolk Ave                   )
Elk River, MN 55330,              )
                                  )
Donna Jo Crigler                  )
7800 Detrick-Jordan Pike          )
New Carlisle, OH 45344,           )
                                  )
Gary Allen Crigler                )
7800 Detrick-Jordan Pike          )
New Carlisle, OH 45344,           )
                                  )
Donald E. Cronan                  )
13 Stacy Street                   )
Milton, VT O5467,                 )
                                  )
Kathyrn L. Crutchfield            )
2360 E. Preserve Way Apt 107      )
Miramar, FL 33025,                )
                                  )
James W. Curlin, Jr.              )
7814 Vista Avenue                 )
Grand Ledge, MI 48837,            )
                                  )
Kenneth C. Currier                )
11220 SW 130 Avenue               )
Miami, FL 33186,                  )
                                  )
Marc A. Custis                    )
962 Southport Drive               )
Medina, OH 44256-3018,            )
                                  )
Ernest R. Cutrer                  )
3639 Bunker Hill Drive            )
Atlanta, GA 30331,                )
                                  )
Michael J. Dabb                   )
39311 Via Zargoza                 )
Murrieta, CA 92563,               )
                                  )
Ivan K. Daikoku                   )
47-425 C Ahuimanu Road            )
Kaneohe, HI 96744,                )

```
Paul W. Danigelis          )
1084 Applegate Lane        )
East Lansing, MI 48823,    )
                           )
Diane Dankers              )
18 Jewel Road              )
Millville, NJ O8332,       )
                           )
Angela J. Danner           )
7900 Cannonwood Drive      )
Fort Worth, TX 76137,      )
                           )
Larry M. Davis             )
P.O. Box 3813              )
Oxford, AL 36203,          )
                           )
Scott A. Davis             )
6271 Beechfield            )
Lansing, MI 48911,         )
                           )
Gloria J. Day              )
401 Woodhaven Road         )
Centerville, GA 31028,     )
                           )
Donavon R. Decker          )
730 Madison Blvd           )
Huron, SD 57350,           )
                           )
Timothy E. DeGrazio        )
12316 SW 146 Street        )
Miami, FL 33186,           )
                           )
David T. Dellinger         )
3457 N. Treasure Drive     )
Prescott Valley, AZ 86314, )
                           )
Carlos DeMoss              )
757 Columbia Drive         )
Oxnard, CA 93033,          )
                           )
Joseph V. DeSira           )
3403 Silverspring Drive    )
DeWitt, MI 48820,          )
```

```
Sheila Desmond                    )
P.O. Box 1403                     )
Sloughhouse, CA 95683,            )
                                  )
Dennis R. Detrow                  )
9812 Lorelei Lane, N.E.           )
Albuquerque, NM 87111,            )
                                  )
Gregory L. Deveraux               )
2757 S. Nova Lane                 )
Meridian, ID 83642,               )
                                  )
Samuel A. DeViney                 )
2724 Noble Drive                  )
Jonesboro, AR 72401,              )
                                  )
John S. Dibble                    )
P.O. Box 3732                     )
Englewood, CO 80155,              )
                                  )
Warren A. Dickerson               )
7425 130th Street Ct. E.          )
Puyallup, WA 98373,               )
                                  )
Kevin S. Diehl                    )
13539 Lunker Court                )
Odessa, FL 33556,                 )
                                  )
Jeffrey DiVito                    )
109 Grant Street                  )
Elkins, WV 26241,                 )
                                  )
Gregory G. Dixon                  )
841 Beach Avenue SE               )
Huron, SD 57350,                  )
                                  )
David E. Dodge                    )
1950 Round Top Road               )
Montoursville, PA 17754,          )
                                  )
Donna M. Dodson                   )
5009 Rugby Avenue                 )
Bethesda, MD 20814,               )
```

```
Terry J. Doerr                      )
2103 Markwood Road                  )
Louisville, KY 40223,               )
                                    )
William J. Dolan                    )
6721 Ridgeview Court                )
Abrams, WI 54101,                   )
                                    )
Tom Domingo                         )
Rt 2, Box 228 Gilman Road           )
Elkins, WV 26241,                   )
                                    )
Peter N. Donatucci                  )
163 Woodhill Drive                  )
Amherst, OH 44001-1478,             )
                                    )
Laura T. Donnelly                   )
7724 E. Crooked Creek Tr.           )
Prescott Valley, AZ 86314,          )
                                    )
Francis P. Doody                    )
1108 New Haven Road                 )
Durham, CT O6422,                   )
                                    )
Mary I. Doody                       )
1108 New Haven Road                 )
Durham, CT O6422,                   )
                                    )
Dean A. Downie                      )
435 Natalie Drive                   )
Raleigh, NC 27603,                  )
                                    )
Steven E. Drew, Sr.                 )
1596 Idle Drive                     )
Clearwater, FL 33756,               )
                                    )
Rhonda Dudley                       )
5232 Coral Way                      )
San Angelo, TX 76904,               )
                                    )
Michael R. Duff                     )
1567 S. Naples Street               )
Aurora, CO 80017,                   )
```

Tom Duplessie                    )
247 Ashland Avenue               )
Elyria, OH 44035,                )
                                 )
Ralph L. Duroy                   )
5104 Slater Road                 )
Anderson, SC 29621,              )
                                 )
Mark D. DuRussell                )
809 Elm Street                   )
Watsontown, PA 17777,            )
                                 )
Donald W. Dutherage              )
21 Ridgevale Road                )
Jacksonville, AR 72076,          )
                                 )
Sybil M. Dutton                  )
2749 Carmel Drive                )
Great Falls, MT 59404,           )
                                 )
Franklin E. Eastman              )
38 Thasha Lane Unit E1           )
Essex Junction, VT O5452,        )
                                 )
Warren Eccles                    )
47R Talmadge Hill Road           )
Prospect, CT,                    )
                                 )
William L. Eckel                 )
2710 Highland Terrace            )
McAlester, OK 74501,             )
                                 )
John Edelman                     )
88 Plymouth Street               )
Pembroke, MA 2359,               )
                                 )
Lee Edmiston                     )
88 Carthage Road                 )
Jackson, TN 38305,               )
                                 )
Mahlon E. Edmonson               )
1015 Sunset Drive                )
Grnd Forks, ND 58201,            )

Walter David Edwards                    )
P.O. Box 66797                          )
Albuquerque, NM 87193-6797,             )
                                        )
Jody L. Edwards                         )
34 Colonial Lane                        )
Bellport, NY 11713,                     )
                                        )
Joan M. Ehlert-McBride                  )
2341 Park Wood Drive                    )
Williamston, MI 48895,                  )
                                        )
Ada M. Eldredge                         )
P.O. Box 3008                           )
Greenwood, MS 38935-3008,               )
                                        )
Denise M. Elias                         )
365 Kingwood Street                     )
McMinnville, OR 97128,                  )
                                        )
Varic Ellefson                          )
7311 Coal Creek Parkway SE              )
Apt C102                                )
New Castle, WA 98059-3171,              )
                                        )
David Lloyd Ellsworth                   )
435 Aswan Street                        )
Sparks, NV 89436,                       )
                                        )
Michael C. Elmes                        )
184 Attakapas Tr                        )
DeRidder, LA 70634,                     )
                                        )
Arloe R. Erickson                       )
2699 south 19th Street                  )
Grand Forks, ND 58201,                  )
                                        )
Penny Ertner                            )
9400 SW Durham Lane                     )
McMinnville, OR 97128,                  )
                                        )

```
Carlos J. Escalante               )
1508 W. Marhill Road              )
Green Bay, WI 54313,              )
                                  )
William Evans                     )
165 Dracut Hill Road             )
Vaughn, MT 59487,                )
                                  )
Bonnie Fairbanks-Eastman         )
1 Williamson Lane                )
Orono, ME O4473,                 )
                                  )
James A. Fancher                 )
809 Watson Drive                 )
Oxford, AL 36203,                )
                                  )
Anthony J. Felderhoff            )
31 Crater Lake Drive             )
Coram, NY 11727,                 )
                                  )
Joseph Felt                      )
6510 SW 65th Street              )
Miami, FL 33143-3214,            )
                                  )
Robert B. Felts                  )
6357 Governor McDonald Drive     )
Macon, GA 31216-5208,            )
                                  )
Danny J. Ferraro                 )
2017 N "A" St                    )
McAlester, OK 74501,             )
                                  )
Paul E. Ferry                    )
10911 Douglas Lane               )
North chmplin, MN 55316,         )
                                  )
Daniel W. Fichuk                 )
2334 59th Avenue                 )
Princeton, MN 55371,             )
                                  )
Kenneth Filewich                 )
57 Castner Ave                   )
Donora, PA 15033,                )
```

```
Richard S. Fischer                    )
130 Iris Street                       )
Broomfield, CO 80020,                 )
                                      )
Laurie Fitzgerald                     )
P.O. Box 321                          )
Princeton, MN 55371,                  )
                                      )
Kenneth E. Fix                        )
102 McNairy Lane                      )
Smyrna, TN 37167,                     )
                                      )
William E. Flavors                    )
24462 E. Davies Way                   )
Aurora, CO 80016,                     )
                                      )
Kerry G. Fleming                      )
145 Flagler Ave                       )
Cheshire, CT O6410,                   )
                                      )
Robert P. Fletcher                    )
49 Donna Cr.                          )
Port Matilda, PA 16870,               )
                                      )
Berta Folh                            )
9421 S.W. 55 Street                   )
Miami, FL 33165,                      )
                                      )
Lachlan P. Folstrom                   )
1720 131st Avenue NW                  )
coon Rapids, MN 55448,                )
                                      )
William Forman                        )
2630 Parkview Drive                   )
San Angelo, TX 76904,                 )
                                      )
Tommy D. Forte                        )
8530 NW 23rd Street                   )
Pembroke Pines, FL 33024,             )
                                      )
Robert V. Francis                     )
Rte 4 Box 248B                        )
Elkins, WV 26241,                     )
```

24

```
Bob Franklin                        )
1655 Quail Drive                    )
St. Anne, IL 60964,                 )
                                    )
Richard Freed                       )
11 Pine Needle Drive                )
Manorville, NY 11949,               )
                                    )
Eugene M. Freer                     )
3820 Countyline Road                )
Emmett, ID 83617,                   )
                                    )
Stanley G. Fulgham                  )
4501 Summerbrook Circle             )
Fort Worth, TX 76137,               )
                                    )
Gary L. Gallup                      )
3137 Hillside Lane                  )
The Villages, FL 32162,             )
                                    )
Raymond J. Gearity                  )
77 Harriet Road                     )
North Babylon, NY 11703-4704,       )
                                    )
John F. Gehle                       )
358 Halifax Drive                   )
Vandalia, OH 45377,                 )
                                    )
Frank Joseph Geletei, Jr.           )
4329 Frank Street                   )
Pittsburgh, PA 15227,               )
                                    )
Donald J. Geringer                  )
5672 Hazelgreen court               )
Terre Haute, IN 47802,              )
                                    )
Warren C. Germain                   )
503 S. Oakland Street               )
St. Johns, WI 48879,                )
                                    )
Beth A. Gerrits                     )
1315 Maple Avenue                   )
Hollidaysburg, PA 16648,            )
```

Mark A. Gibson                          )
1401 Valley Place                       )
Anniston, AL 36207,                     )
                                        )
Melvin Tina Gilbert                     )
3291 NW 170 St                          )
Carol City, FL 33056,                   )
                                        )
George T. Gilligan, Jr.                 )
46 Lane Street                          )
Bangor, ME O4401,                       )
                                        )
Robert Gilroy                           )
19961 NW 2 Street                       )
Pembroke Pines, FL 33029,               )
                                        )
Stanley A. Ginoza                       )
98-1727 Ipuala Lp                       )
Aiea, HI 96701,                         )
                                        )
James M. Glick                          )
4007 Cornerstone Blvd                   )
Jonesboro, AR 72401,                    )
                                        )
Joseph P. Goninan                       )
3754 Wind Valley Drive                  )
Memphis, TN 38125,                      )
                                        )
Joseph D. Goodell                       )
2983 Springland Drive                   )
Sparks, NV 89434-1624,                  )
                                        )
Robert Gordon                           )
320 Pine Avenue                         )
Altoona, PA 16601,                      )
                                        )
Randall J. Gow                          )
P.O. Box 7673                           )
Reno, NV 89510-7673,                    )
                                        )
Steven J. Gracia                        )
740 Glen Mor St.                        )
Belleville, IL 62221,                   )

```
David Graham                        )
7950 Maria                          )
Riverside, CA 92509,                )
                                    )
George T. Graning                   )
750 Chosea Springs Road             )
Anniston, AL 36207,                 )
                                    )
Yvonne M. Grate                     )
3820 E. Lake Place                  )
Miramar, FL 33023,                  )
                                    )
Ronald D. Gray                      )
122 St. Albans Road                 )
Corinna, ME O4928,                  )
                                    )
Richard C. Gray                     )
6194 River Styx Road                )
Medina, OH 44256,                   )
                                    )
James G. Green                      )
606 E. 4th Street                   )
Fowler, IN 47944,                   )
                                    )
Scott L. Green                      )
1327 N 14th Street                  )
Fort Dodge, IA 50501,               )
                                    )
Julia Greenway                      )
9904 Hemlock Woods Lane             )
Burke, VA 22015,                    )
                                    )
Erik C. Greer                       )
606 Neff Road                       )
Grosse Pointe, MI 48230,            )
                                    )
George B. Greschel                  )
502 Wilderness Road                 )
Louisville, KY 40214,               )
                                    )
Martha L. Grimsley                  )
125 Valley Street                   )
DeRidder, LA 70634,                 )
```

```
John S. Gronski                    )
511 N. Forest Ave #6               )
Bradley, IL 60915,                 )
                                   )
James F. Guillow                   )
1528 Kohler Court                  )
Riverside, CA 92506,               )
                                   )
Jean Ann Guinther                  )
102 Woodbine                       )
Terre Haute, IN 47803,             )
                                   )
Frances Gullo                      )
15631 SW 16 CT.                    )
Pembroke Pines, FL 33027,          )
                                   )
Gary R. Gustafson                  )
13460 Forest Hill                  )
Grand Ledge, MI 48837,             )
                                   )
William R. Gyzen                   )
E1397 Thiry Dacms Road             )
Luxemburg, WI 54217,               )
                                   )
Lisa Haddow                        )
104 Tumbleweed Circle              )
Centerville, GA 31028,             )
                                   )
David Haeck                        )
3608 70th Avenue NW                )
Gig Harbor, WA 98335-8405,         )
                                   )
Latricia D. Haight                 )
145 11 SW 17th Court               )
Davie, FL 33325,                   )
                                   )
Alice J. Haines                    )
2047 29th Lane NE                  )
Issaquah, WA 98029,                )
                                   )
Lisa L. Hainsworth                 )
1749 NW Birch ST                   )
McMinnville, OR 97128,             )
```

```
Delia G. Hale                      )
5201 Saddle Ridge Trail            )
San Angelo, TX 76904,              )
                                   )
James W. Hale                      )
5201 Saddle Ridge Trail            )
San Angelo, TX 76904,              )
                                   )
Talwyn L. Haley                    )
326 Deer Run Road                  )
Hollidaysburg, PA 16648,           )
                                   )
Karey D. Hall                      )
105 Plantation Way                 )
Warner Robins, GA 31093,           )
                                   )
Richard Hall                       )
7499 Bay Meadows Drive             )
Nampa, ID 83687,                   )
                                   )
Troy R. Hamm                       )
6802 Port Orchard Drive            )
Columbia, MO 65203,                )
                                   )
Daniel O. Hammond                  )
6865 North 42nd Street             )
Grand Forks, ND 58203,             )
                                   )
Georgianne Hanjoul                 )
9824 Golf Course N.W.              )
Albuquerque, NM 87114,             )
                                   )
Robert G. Hargraves, Jr            )
50 Richard Road                    )
Fairfax, VT O5454,                 )
                                   )
John A. Harpool                    )
132 South Avenue                   )
North Haven, CT O6473,             )
                                   )
Deborah S. Harrelson               )
107 Majestic Trail                 )
Warner Robins, GA 31093,           )
```

```
Patrick Harris                    )
9909 Woodyard Cr.                 )
Upper Marlboro, MD 20772,         )
                                  )
Winfred W. Harris                 )
2103 Honeybee Creek Drive         )
Griffin, GA 30224,                )
                                  )
Karen Harris                      )
17904 Invermere Avenue            )
Cleveland, OH 44128,              )
                                  )
Jane Hart                         )
1150 Delray Lakes Drive           )
Delray Beach, FL 33444,           )
                                  )
Richard B. Hart                   )
7605 Cocopah Drive                )
Prescott Valley, AZ 86314,        )
                                  )
Timothy Harvey                    )
4750 Lincoln Blvd                 )
Marina Del Rey, CA 90292,         )
                                  )
Alton D. Hatman, Jr.              )
2009 Lassiter Drive               )
Goodlettsville, TN 37072,         )
                                  )
Mark Haug                         )
1265 Parkway Dr NW                )
Salem, OR 97304,                  )
                                  )
William R. Hawkinberry            )
1252 Hathaway Avenue              )
Lakewood, OH 44107,               )
                                  )
Robert D. Hawkinson               )
5109 Memory Lane                  )
Wichita, KS 67212,                )
                                  )
Michael D. Hawrelok               )
1710 20th Avenue S                )
Grand Forks, ND 58201,            )
```

```
Walter R. Hazard                      )
10221 Fairgate Way                    )
Highlands Ranch, CO 80126,            )
                                      )
Brenda L. Helmuth                     )
11548 306th Avenue                    )
Princeton, MN 55371,                  )
                                      )
Michael A. Helwig                     )
289 Henry Avenue                      )
Hughesville, PA 17737,                )
                                      )
Dean Henderson                        )
178 N. 2475 W. Circle                 )
Cedar City, UT 84720,                 )
                                      )
Mike Henry                            )
1079 Hawthorne Lane                   )
Kankakee, IL 60901,                   )
                                      )
Michael C. Hiett                      )
1481 Level Street                     )
Covina, CA 91724,                     )
                                      )
John K. Higganbotham                  )
214 49th Avenue South                 )
Grand Forks, ND 58201,                )
                                      )
Terry Gene Higgins                    )
26780 140th Street                    )
Zimmerman, MN 55398,                  )
                                      )
James S. Hill                         )
6326 Amanda Oaks Cir. N.              )
Memphis, TN 38141,                    )
                                      )
Scott M. Hiller                       )
59 Surrey Lane                        )
Hampden, ME O4444,                    )
                                      )
Ronald Hillman                        )
107 Brueside Drive                    )
Hamden, CT O6514,                     )
```

```
Paul W. Hilscher              )
3925 Wolf Ct                  )
Green Bay, WI 54301,          )
                              )
Paul Hinga                    )
3314 Cheery Lane              )
Green Bay, WI 54313,          )
                              )
Oscar Hinojosa                )
157 Edinburgh Road            )
San Angelo, TX 76901,         )
                              )
Samuel Scott Hipp             )
5511 Eveningside Lane         )
Riverside, CA 92509,          )
                              )
Chris Hoffman                 )
156 Queen Ann Drive           )
Hollidaysburg, PA 16648,      )
                              )
Wendell L. Hoggatt            )
852 S W Goucher               )
McMinnville, OR 97128,        )
                              )
Terry Lee Holamon             )
P.O. Box 14032                )
Fort Worth, TX 76117,         )
                              )
Jay D. Holland                )
1610 Fountain Drive           )
Anniston, AL 36207,           )
                              )
Charles Edwin Holland, Jr     )
28 Raintree Cove              )
Grenada, MS 38901,            )
                              )
Christopher Holliman          )
2205 Mars Avenue              )
Lakewood, OH 44107,           )
                              )
Lesley Hollister              )
296 Fox Trail Drive           )
Bourbonnais, IL 60914,        )
```

```
Franklin G. Holman                  )
16711 Glenburn Avenue               )
Torrance, CA 90504,                 )
                                    )
Kimberly Holmes                     )
114 Ian Ct                          )
Stephens City, VA 22655,            )
                                    )
Arnie E. Holmes                     )
P.O. Box 74                         )
Montoursville, PA 17754,            )
                                    )
Daniel J. Holodick                  )
2833 Route 2                        )
Hermon, ME O4401,                   )
                                    )
John D. Hooper                      )
2326 North Parkridge Court          )
Wichita, KS 67205,                  )
                                    )
Darryl P. Horton                    )
1718 E 12th Ave.                    )
Winfield, KS 67156,                 )
                                    )
Michal L. Hoskins                   )
601 Koko Isle Circle                )
Honolulu, HI 96825                  )
                                    )
Robert Houser                       )
9803 Somerford Road                 )
Louisville, KY 40242,               )
                                    )
Kevin Hoyt                          )
505 NW 18 Pl.                       )
McMinnville, OR 97128,              )
                                    )
Sandra J. Hribal                    )
RR#2, Box 170 S Fair Valley Road    )
Martinsburg, PA 16662,              )
                                    )
Stephen A. Hubbert                  )
Rt. 1 Box 238                       )
Stuart, OK 74570,                   )
```

```
Jeffrey L. Huie                    )
295 County Hwy 20                  )
Oneonta, AL 35121,                 )
                                   )
David D. Hull                      )
469 Travis Road                    )
Taylorsville, KY 40071,            )
                                   )
Keith Humburg                      )
1002 6th Ave SW                    )
Humboldt, IA 50548,                )
                                   )
Stephen B. Hunter                  )
2531 Glenwood Drive                )
Grand Forks, ND 58201,             )
                                   )
Robert M. Ingram                   )
163 Quiet Road                     )
Sicklerville, NJ O8081,            )
                                   )
Kalam A. Ishmael                   )
10891 SW 152 Court                 )
Miami, FL 33196,                   )
                                   )
Roger W. Jaeger                    )
2500 E. Highway MM                 )
Ashland, MO 65010,                 )
                                   )
Michael W. Jahn                    )
336 S. Park Pl.                    )
East Aurora, NY 14052,             )
                                   )
Larry Frank Jarrett                )
2006 Elmridge Drive                )
Arlington, TX 76012,               )
                                   )
Michael G. Javor                   )
28004 133 1/2 Street               )
Zimmerman, MN 55398,               )
                                   )
Jacqueline Jeffrey                 )
P.O. Box 163582                    )
Fort Worth, TX 76161,              )
```

```
Kati Jennings                      )
100 Amanda Drive                   )
Ashland, MO 65010,                 )
                                   )
Peter E. Jensen                    )
36 Andrea Lane                     )
Milton, VT O5468,                  )
                                   )
Juan J. Jimenez                    )
15489 Miami Lakeway N#201          )
Miami Lakes, FL 33014,             )
                                   )
Robert E. Johnson                  )
368 Read Lane                      )
St. Albans, VT O5478,              )
                                   )
Cynthia Lynne Johnson              )
336 Poplar Point Road              )
Perryville, MD 21903-1804,         )
                                   )
Clyde H. Johnson                   )
292 Wheelock Dr. N.E.              )
Warren, OH 44484,                  )
                                   )
Thomas D. Johnson                  )
412 Verendrye Drive                )
Ft. Pierce, SD 57532,              )
                                   )
Joseph L. Johnston                 )
2738 Roosevelt Blvd, Apt 121       )
Clearwater, FL 33760,              )
                                   )
Larry J. Johnston                  )
9134 E. US Hwy 40                  )
Terre Haute, IN 47803,             )
                                   )
Denise C. Jones                    )
14040 S.W. 72nd Avenue             )
Miami, FL 33158,                   )
                                   )
Oliver G. Jones                    )
22701 43rd Ave                     )
S. Kent, WA 98032,                 )
```

```
Stephen L. Jones                    )
14040 SW 72 Avenue                  )
Miami, FL 33158,                    )
                                    )
John E. Jones                       )
6929 South Route 44 Hwy             )
Jersey Shore, PA 17740,             )
                                    )
Leslie Jones                        )
136 Joy Ln.                         )
Jackson, TN 38305,                  )
                                    )
Linda M. Jordan                     )
1125 SW Tall Oaks Drive             )
McMinnville, OR 97128,              )
                                    )
Martha H. Judson                    )
34961 Aspen Lane                    )
Pine, CO 80470,                     )
                                    )
Royal J. Kainoa, Jr.                )
1535 Pensacola St., Apt PH5         )
honolulu, HI 96822,                 )
                                    )
K. Kalicharan                       )
11920 SW 121 Ave                    )
Miami, FL 33186,                    )
                                    )
Harry C. Kancyr                     )
13 Savin Park                       )
West Haven, CT O6516,               )
                                    )
Daniel L. Kane                      )
1012 Rogue's Way                    )
Green Bay, WI 54313,                )
                                    )
Richard Kane                        )
815 Sea Sounds Ave                  )
Marmora, NJ O8223,                  )
                                    )
Patricia A. Kast                    )
2415 Fallbrook Place                )
Escondido, CA 92027,                )
```

36

```
Sharon Kay                           )
1800 N Andrews Ave Apt. 10-D         )
Ft. Lauderdale, FL 33311,            )
                                     )
James P. Kelley                      )
16496 Mission Street                 )
Hesperia, CA 92345-5847,             )
                                     )
George E. Kelley                     )
921 10th Avenue SE                   )
East Grand Forks, MN 56721,          )
                                     )
Kelly Irene Kendrick                 )
1121 E. Geneva Drive                 )
DeWitt, MI 48820,                    )
                                     )
Patrick Kerber                       )
3801 Marquette Place #4F             )
San Diego, CA 92106,                 )
                                     )
Ralph E. Kerschner, Jr               )
3916 Evans Lane                      )
Oxford, AL 36203,                    )
                                     )
David M. Khanoyan, Jr                )
17 Woodside Circle                   )
Sturbridge, MA 01566-1347,           )
                                     )
Thomas J. Kiewra                     )
12 Dewar Drive                       )
Yardville, NJ 8620,                  )
                                     )
Stephen J. Killgore                  )
5430 Woodlake Avenue                 )
Woodland Hills, CA 91367,            )
                                     )
Philip Joseph Killpatrick            )
2901 32 Ave NE                       )
St. Anthony Village, MN 55418,       )
                                     )
Mark A. King                         )
777 Nebraska SW                      )
Huron, SD 57350,                     )
```

Billy J. Kingsley                    )
1301 East Delaware Ave               )
McAlester, OK 74501,                 )
                                     )
Rodney Kinkade                       )
3617 Lynn Drive                      )
Prescott Valley, AZ 86314,           )
                                     )
Sandra Kinsey                        )
6989 Root Road                       )
North Ridgeville, OH 44039,          )
                                     )
Robert C. Kipp                       )
809 West Lane                        )
Lebanon, OH 45036,                   )
                                     )
Douglas J. Kirchner                  )
4871 Autumn Lane                     )
Brooklyn, OH 44144,                  )
                                     )
Sheryl Klearman                      )
15992 South Woodson Drive            )
Ramona, CA 92065,                    )
                                     )
Gary P. Klimek                       )
94 Kepner Hill Road                  )
Muncy, PA 17756,                     )
                                     )
Peter Raymond Klumpner               )
18577 Tyler Drive                    )
Elk River, MN 55330,                 )
                                     )
Robert J. Kohl                       )
2898 Cedro Lane                      )
Walnut Creek, CA 94598,              )
                                     )
Jane M. Kolias                       )
435 Ledgeview Drive                  )
Huntington, VT 5462,                 )
                                     )
Karen L. Konschake                   )
2282 Hallers Creek Lane              )
Green Bay, WI 54313,                 )

Harry Konschake                    )
2282 Hallers Creek Lane            )
Green Bay, WI 54313,               )
                                   )
Harry Koontz                       )
115 Riggs Road                     )
Portland, TN 37148,                )
                                   )
Ned Kramer                         )
28920 Dune Lane, #101              )
Canyon Country, CA 91387,          )
                                   )
Michael P. Krause                  )
1507 12th Aveune S                 )
Grand Forks, ND 58201,             )
                                   )
Jeffrey Kreider                    )
8380 Pearl Road #203               )
Strongsville, OH 44136,            )
                                   )
Eddie A. Krenzelok                 )
108 Lincoln Cove                   )
Jonesboro, AR 72404,               )
                                   )
Andrew Kressel                     )
64 Wicks Path                      )
Commack, NY 11725,                 )
                                   )
Kenneth A. Krieger                 )
1154 North Main Street             )
Elmira, NY 14901,                  )
                                   )
Paul Joseph Krueger                )
3392 Primrose Court                )
Grand Forks, ND 58201,             )
                                   )
Charles Edmund Kuennen             )
7409 Ash Peak Drive                )
Sparks, NV 89436,                  )
                                   )
Dan K. Kuroiwa                     )
9801 Old Orchard Ct                )
Terre Haute, IN 47805,             )

Dianne Kurtock                          )
10920 Paseo Montanoso                   )
San Diego, CA 92127,                    )
                                        )
Kenneth Kushner                         )
96 Carson Heights Drive                 )
Ducansville, PA 16635,                  )
                                        )
Eric R. Labrecque                       )
57 Allen Drive                          )
Milton, VT O5468,                       )
                                        )
Margaret H. Lacey                       )
34 Kenwood Drive                        )
Sicklerville, NJ O8081,                 )
                                        )
David W. LaChance                       )
3536 SW 17th Street                     )
Miami, FL 33145,                        )
                                        )
Marc Lackman                            )
1511 Meadowlark Drive                   )
Great Falls, MT 59404,                  )
                                        )
Diane Lafreniere                        )
2194 Chesapeake Drive                   )
Annapolis, MD 21403,                    )
                                        )
Sharon Landy-Fayad                      )
6738 Fry Road                           )
Middleburg Heights, OH 44130,           )
                                        )
John R. Langan                          )
32307 Walker Road                       )
Avon Lake, OH 44012-4107,               )
                                        )
Sharon H. Lange                         )
144 Southmoor Circle                    )
Oxford, AL 36203,                       )
                                        )
Kevin R. Larkin                         )
308 Catawba Circle                      )
Seneca, SC 29672,                       )

```
Debra L. Larkin                      )
1021 Plaza Terrace                   )
Kirkwood, MO 63122,                  )
                                     )
Jeffrey M. Larson                    )
2078 Independence Drive              )
Boise, ID 83706,                     )
                                     )
Curtis F. Lasley II                  )
120 Button Bush Ave                  )
Stephens City, VA 22655,             )
                                     )
Harlan A. Latham                     )
2726 South 26th Street Apt#9         )
Grand Forks, ND 58201,               )
                                     )
Lourdes M. Lay                       )
1933 Andromeda Lane                  )
Weston, FL 33327,                    )
                                     )
Deborah A. Lazor                     )
911012 Laaulu, Apt C                 )
Ewa Beach, HI 96706,                 )
                                     )
John Lazor                           )
14856 SW 159 Ct                      )
Miami, FL 33196,                     )
                                     )
Janelle Le Mire                      )
Diamante 9, Bucare                   )
Guaynabo, PR OO969,                  )
                                     )
Ted Lederer                          )
813 E. Foley                         )
Kankakee, IL 60901,                  )
                                     )
Ronald Leicht                        )
2621 Brookridge Lane                 )
St. Charles, MO 63301,               )
                                     )
Kathryn Lemke                        )
2650 235 Street                      )
Duncombe, IA 50532,                  )
```

```
James G. Lemmers                 )
1079 Lemmers Rd                  )
Casper, WY 82601-9743,           )
                                 )
Winton Lemoine                   )
6326 W. 82nd Street              )
Los Angeles, CA 90045,           )
                                 )
Joanna L. Lewis                  )
8387 Bono Road                   )
Terre Haute, IN 47802-5112,      )
                                 )
William L. Liebeno               )
1430 N. Meridian                 )
Wichita, KS 67203,               )
                                 )
Randell S. Liles                 )
737 Highland Crest               )
Hurst, TX 76054,                 )
                                 )
Roger D. Lingenfelter            )
P.O. Box 2171                    )
Casper, WY 82602,                )
                                 )
Kenneth R. Lloyd                 )
2535 7th Avenue West             )
Bradenton, FL 34205,             )
                                 )
Kevin M. Logan                   )
6768 W. Galway Circle            )
Dimondall, MI 48821,             )
                                 )
Maria Lohlein                    )
P.O. Box 161409                  )
Miami, FL 33116,                 )
                                 )
David W. Lombard                 )
288 Meridian Way                 )
Henderson, NC 27537,             )
                                 )
David Lopez                      )
9321 SW 6 Street                 )
Pembroke Pines, FL 33025,        )
```

Thomas Lovett                          )
91 Park Hill Avenue                    )
Massapequa, NY 11758,                  )
                                       )
Marc Lowther                           )
1873 Oakdale Lane North                )
Clearwater, FL 33764,                  )
                                       )
William C. Lucas                       )
6860 Carriage Hill Drive C31           )
Brecksville, OH 44141,                 )
                                       )
Randy Lueders                          )
822 Powderhorn                         )
Lansing, MI 48917,                     )
                                       )
George E. Lund                         )
7407 Audubon Road                      )
Princeton, MN 55371,                   )
                                       )
John J. Lynch                          )
50 Jacobs Lane                         )
Elkins, WV 26241,                      )
                                       )
Craig R. Mackoy                        )
P.O. Box 74                            )
De Smet, SD 57231,                     )
                                       )
John C. MacLeod                        )
158 Emerson Mill Road                  )
Hampden, ME O4444,                     )
                                       )
John A. MacNeil                        )
2318 Rutledge Circle                   )
Wichita, KS 67209,                     )
                                       )
William Madden                         )
17550 Roy Street                       )
Lansing, IL 60438,                     )
                                       )
Silas Madren                           )
P.O. Box 492                           )
Hamilton, VA 20159,                    )

Ron Maisel                    )
120 Guy Street                )
Elkins, WV 26241,             )
                              )
Francis R. Malinovsky         )
7127 Beaver Lake Road         )
Hughesville, PA 17737,        )
                              )
Dorey Marcincuk               )
6 Concord Road                )
Manorville, NY 11949,         )
                              )
Joseph A. Marcincuk           )
6 Concord Road                )
Manorville, NY 11949,         )
                              )
Robert L. Marshall            )
812 East Polk                 )
McAlester, OK 74501,          )
                              )
Tammy M. Martin               )
11990 SW 84th Avenue          )
Miami, FL 33156,              )
                              )
John F. Martin                )
1305 Clairmont Lane NE        )
Jacksonville, AL 36265,       )
                              )
Jimmy W. Mason                )
105 Ridgeview Drive           )
Berlin, VT O5602,             )
                              )
Michael Masotto               )
8702 Los Altos Drive          )
Buena Park, CA 90620,         )
                              )
David D. Masson               )
2162 Summerfield Drive        )
Castle Rock, CO 80104,        )
                              )
Neil C. Mathisen              )
1909 Eagle Court              )
Potterville, MI 48876,        )

Frank Matkins                    )
1101 Roundhouse Drive            )
Saginaw, TX 76131,               )
                                 )
John T. Mauriala                 )
37959 280th Avenues NW           )
Argyle, MN 56713,                )
                                 )
Dean A. Mayfield                 )
7603 Huey CT                     )
Raleigh, NC 27615,               )
                                 )
Steven R. Mayhood                )
189 N. Randolph Ave              )
Bradley, IL 60915,               )
                                 )
Carol A. McAteer                 )
517 Seventh Ave                  )
Folsom, PA 19033,                )
                                 )
Warren E. McCall                 )
58 Southeast 15th Street         )
Huron, SD 57350,                 )
                                 )
Roger McCandless, Jr             )
5707 Woodchase Drive             )
Anniston, AL 36206,              )
                                 )
Nicholas McClain                 )
33 Derbyshire Drive              )
Jackson, TN 38305,               )
                                 )
Linda McClearn                   )
15804 Rob Roy Drive              )
Oak Forest, IL 60452,            )
                                 )
Rod McClearn                     )
15804 Rob Roy Drive              )
Oak Forest, IL 60452,            )
                                 )
Paul McConnellogue               )
890 Faith CT                     )
Longmont, CO 80501,              )

```
Stephen J. McCormick            )
113 Bagpipe Road                )
San Angelo, TX 76904,           )
                                )
G. Frank McCorry                )
10616 W. Geronimo CT            )
Boise, ID 83709,                )
                                )
Michael W. McCoy                )
12840 SW 147 Lane Road          )
Miami, FL 33186,                )
                                )
Homer McCready                  )
RD #2, Box 538                  )
Martinsburg, PA 16662,          )
                                )
Jonathan A. McCreight           )
11934 300th Avenue              )
Princeton, MN 55371,            )
                                )
Becky J. McDaniel               )
577 bootlegger Trail            )
Great Falls, MT 59404,          )
                                )
William S. McDaniel             )
3829 Huntwick Drive             )
Fort Worth, TX 76123,           )
                                )
Edward J. McElhinny             )
420 Lindsey Street              )
Hollidaysburg, PA 16648,        )
                                )
John E. McEnhill                )
6271 Willow Hwy                 )
Grand Ledge, MI 48837,          )
                                )
Gregory D. McGann               )
10509 Ray Road                  )
Raleigh, NC 27613,              )
                                )
Barbara McInernery              )
5525 Grace Avenue               )
St. Louis, MO 63116,            )
```

```
Malcolm M. McKean                     )
16790 W. Mead Hill Drive              )
Loxahatchee, FL 33470,                )
                                      )
Winston R. McKinnis                   )
5202 Raymond Avenue                   )
St. Louis, MO 63113,                  )
                                      )
Christopher J. McNamara               )
1006 Flicker Ham                      )
Grand Ledge, MI 48837,                )
                                      )
Pamela L. McPhillips                  )
2113 Creekside Drive                  )
Longmont, CO 80504,                   )
                                      )
Ronald L. McWilliams                  )
208 Windsor Drive                     )
Warner Robins, GA 31088,              )
                                      )
James V. Meehan                       )
6880 W. Wedgewood Ave                 )
Davie, FL 33331,                      )
                                      )
David Melechin                        )
12624 Preston Way                     )
Los Angeles, CA 90066,                )
                                      )
Jose M. Melon, Jr                     )
6 Chalets De San Fernando             )
Apt. 608                              )
Carolina, PR OO987,                   )
                                      )
Robert E. Melvin, Jr.                 )
15729 SW 149 Terrace                  )
Miami, FL 33196,                      )
                                      )
Bill Mercker                          )
260 S. Tomagene Dr.                   )
Bourbonnais, IL 60914,                )
                                      )
```

Randall Michael                          )
511 Irongate Blvd                        )
Mufreesboro, TN 37219,                   )
                                         )
Terri Michel                             )
825 Willow CT                            )
Saginaw, TX 76179,                       )
                                         )
Michael A. Micheletti                    )
2551 Landler St                          )
Green Bay, WI 54313,                     )
                                         )
Dale Micklevitz                          )
2908 31st Street                         )
Columbus, NE 68601,                      )
                                         )
Michael D. Milam                         )
973 E Washington Ave                     )
Gilbert, AZ 85234,                       )
                                         )
Thelma M. Milikin                        )
350 E. Willow Grove Ave Apt#110          )
Philadelphia, PA 19118,                  )
                                         )
Robyn Miller                             )
13524 SW 124th Avenue Road               )
Miami, FL 33186,                         )
                                         )
Matthew Edward Miller                    )
13191 Chestnut Road                      )
Princeton, MN 55371,                     )
                                         )
Donna J. Minnie                          )
5850 S. Riviera Court                    )
Centennial, CO 80015,                    )
                                         )
Stephen A. Mitchell                      )
675 S. McKinley Ave                      )
Kankakee, IL 60901,                      )
                                         )
Gregory Mitchell                         )
8 Rachel Drive Apt#13                    )
Jackson, TN 38305,                       )

```
Marvin Miyai                            )
747 Amana St., Apt 1501                 )
Honolulu, HI 96814,                     )
                                        )
Clifford M. Miyamoto                    )
P.O. Box 30372                          )
Honolulu, HI 96820,                     )
                                        )
Curtis J. Moe                           )
13439 289th Avenue                      )
Zimmmerman, MN 55398,                   )
                                        )
Robert W. Moffat                        )
162 Burbank Drive                       )
Snynder, NY 14226,                      )
                                        )
Leona N.T. Moir                         )
1211 Alewa Drive                        )
Honolulu, HI 96817,                     )
                                        )
Arthur A. Mollins                       )
1914 Cherrywood Drive                   )
Jonesboro, AR 72404,                    )
                                        )
Daniel Montanez                         )
19045 Zane Street Northwest             )
Elk River, MN 55330,                    )
                                        )
Paul J. Moore                           )
83 New School Lane                      )
Levittown, PA 19054,                    )
                                        )
Dianne Dee Moore-Holman                 )
7448 Blackthorn Drive                   )
Fort Worth, TX 76137,                   )
                                        )
Rafael Morales                          )
Hacienda San Jose                       )
104 Via Medeival                        )
Caguas, PR 00727-3012,                  )
                                        )
```

```
Vincent Morelli                    )
9701 SW 213 Terrace                )
Miami, FL 33189,                   )
                                   )
Ricky J. Morris                    )
P.O. Box 176                       )
South Prairie, WA 98385,           )
                                   )
David Scott Morrison               )
11 Fifteenth Street                )
Bangor, ME O4401,                  )
                                   )
Scott T. Morrissy                  )
4154 Los Coyotes Diagonal          )
Lakewood, CA 90713-3316,           )
                                   )
Elinormarie L. Morrissy            )
4154 Los Coyotes Diagonal          )
Lakewood, CA 90713,                )
                                   )
Rebecca Mote                       )
3865 Flaherty Road                 )
Vine Grove, KY 40175,              )
                                   )
Mark Motto                         )
P.O. Box 9415                      )
Albuquerque, NM 87119,             )
                                   )
Randy Moulton                      )
1445 Brett Place #101              )
San Pedro, CA 90732,               )
                                   )
A. Vanita Mountain                 )
13951 SW 66th Street               )
Apt. 808A                          )
Miami, FL 33183,                   )
                                   )
Gary L. Moyer                      )
3435 Kearny Villa Lane             )
San Diego, CA 92123,               )
                                   )
```

```
Salvador Mugica                 )
420 Durrand Oak Drive           )
Keller, TX 76248,               )
                                )
Roger Munro                     )
P.O. Box 1470                   )
Sheperdstown, WV 25443,         )
                                )
David W. Murdock                )
P.O. Box 2656                   )
Elkins, WV 26241,               )
                                )
Donald T. Murray                )
2622 Oakhills Trail             )
San Angelo, TX 76904,           )
                                )
Robert A. Mutrux, II            )
7524 SW 146 Court               )
Miami, FL 33183,                )
                                )
Lawrence G. Myers, Jr           )
125 Peach Orchard Road          )
Waterbury, CT O6706,            )
                                )
Victor B. Naso                  )
2073 Chase Avenue               )
Webster City, IA 50595,         )
                                )
James J. Nau, III               )
601 Greenwood Avenue            )
Williamsport, PA 17701,         )
                                )
Rebecca Nedderman               )
105 Wynstay Avenue              )
Valley Park, MO 63088,          )
                                )
Richard A. Nelson               )
117 Airport Road                )
Newton, TX 75966,               )
                                )
John D. Nelson                  )
2935 NE Waggoner Drive          )
McMinnville, OR 97128,          )
```

```
                                      )
James S. Nelson                       )
27475 111th Street                    )
Zimmerman, MN 55398,                  )
                                      )
John Newton                           )
2045 Laguna Vista Drive               )
Novato, CA 94945,                     )
                                      )
Norman Nichelson                      )
2707 Delmar Drive                     )
Great Falls, MT 59404,                )
                                      )
Amy L. Nichols                        )
434 Paula Vale Ct                     )
Ballwin, MO 63021,                    )
                                      )
Nancee Niemiec                        )
215 Trail CT                          )
Sterling, VA 20164,                   )
                                      )
Jacqueline Nix-Phillips               )
67 Hidden Oaks Drive                  )
Oxford, AL 36203,                     )
                                      )
Earle Noel                            )
969 Treasure Lake                     )
DuBois, PA 15801,                     )
                                      )
Donald C. Northover                   )
52 Clover Drive                       )
Hollidaysburg, PA 16648,              )
                                      )
Miguel A Nunez, Jr                    )
934 N.W. 155 Terrace                  )
Pembroke Pines, FL 33028,             )
                                      )
Sue O'Conner                          )
119 Carroll Drive                     )
Stephens City, VA 22655,              )
                                      )
```

Wade Oien                          )
38720 62nd Ave Ct E               )
Eatonville, WA 98328,             )
                                  )
Peter G. Olsen                    )
N4267 Oak Lane                    )
Kaukauna, WI 54130,               )
                                  )
Henry Ontiveros                   )
152 Woodruff Street               )
San Angelo, TX 76903,             )
                                  )
Robert J. Osswald                 )
780 E. Cedar Avenue               )
Denver, CO 80209,                 )
                                  )
Karen A. Ostrand                  )
35931 18th Ave SW                 )
Federal Way, WA 98023,            )
                                  )
Eugene R. Otterbein, Sr.          )
351 N. Main Street                )
Hughesville, PA 17737,            )
                                  )
Charles E. Pace, Jr.              )
4699 West SR 340                  )
Brazil, IN 47834,                 )
                                  )
John A. Pacitti                   )
129 Iredell Lane                  )
Mullica Hill, NJ O8062,           )
                                  )
Michael R. Palm                   )
3277 Camden Rue                   )
Cuyahoga Falls, OH 44223,         )
                                  )
Michael D. Papero                 )
2954 NE Evans Apt#62              )
McMinnville, OR 97128,            )
                                  )
William Parhamenko                )
4116 Marchmont Blvd               )
Land O Lakes, FL 34638,           )

```
Timothy N. Parish                    )
94 Whippoorwill Drive                )
Warner Robins, GA 31088,             )
                                     )
James A. Parnell                     )
404 Crescent Ct                      )
Raleigh, NC 27609,                   )
                                     )
Paul E. Parrish                      )
4830 N. PR 195 W                     )
Brazil, IN 47834,                    )
                                     )
Steven K. Patterson                  )
1535 Idaho SE                        )
Huron, SD 57350,                     )
                                     )
Terry L. Patterson                   )
2870 N. Morello Avenue               )
Meridian, ID 83642,                  )
                                     )
William G. Patterson                 )
4820 Blue Mountain Circle            )
Sparks, NV 89436,                    )
                                     )
Robert Dennis Pavicic                )
11361 Arlington Steet                )
Adelanto, CA 92301-6054,             )
                                     )
Gregory Pavlicka                     )
RR 1 Box 57A                         )
Elkins, WV 26241,                    )
                                     )
Penny V. Pavlicka                    )
RR 1 Box 57A                         )
Elkins, WV 26241,                    )
                                     )
Gerald G. Payne                      )
332 6th Street                       )
Emerado, ND 58228,                   )
                                     )
Dean Pearsoll                        )
4921 32nd Street                     )
Columbus, NE 68601,                  )
```

```
                                        )
Breen L. Peck                           )
958 Eastern Parkway                     )
Louisville, KY 40217,                   )
                                        )
Robert Pedraza                          )
2316 44th Ave, SW #206                  )
Seattle, WA 98116,                      )
                                        )
Robert B. Pember                        )
2522 Inglewood Road                     )
Boise, ID 83705,                        )
                                        )
Lindsey Pember                          )
1255 Watson Road                        )
Atoka, TN 38004,                        )
                                        )
Efrain Perez                            )
101 Allens Ridge Drive East             )
Palm Harbor, FL 34683,                  )
                                        )
Phillip D. Perreira, Jr.                )
98-1838 Nahele St                       )
Aiea, HI 96701,                         )
                                        )
Sharon A. Perry                         )
1421 Gary Lane                          )
Escondido, CA 92026,                    )
                                        )
Dennis W. Peters                        )
5774 S. Rome Street                     )
Aurora, CO 80015,                       )
                                        )
David Zen Petersen                      )
7950 Riverside Drive                    )
Casper, WY 82604,                       )
                                        )
Michael D. Piccola, Jr.                 )
2923 Cambridge Road                     )
Wantagh, NY 11793,                      )
                                        )
```

Edward Pierce                      )
280 Fieldstone Drive              )
Bunker Hill, WV 25413,            )
                                  )
Rocco Pignatiello                 )
2315 Meadowood Blvd               )
Twinsburg, OH 44087,              )
                                  )
Edward L. Pila                    )
95387 Awiki St                    )
Mililani, HI 96789,               )
                                  )
Ronald A. Pinter                  )
2832 Friendly Circle              )
Green Bay, WI 54313,              )
                                  )
Jana G. Pitre                     )
Rt 3 Box 275                      )
McAlester, OK 74502,              )
                                  )
Gerald H. Plyler                  )
103 Highland Terrace              )
Stratford, CT O6614,              )
                                  )
Carl Pollard                      )
10614 Cobblestone Drive           )
Spotssylvania, VA 22553,          )
                                  )
Richard Pollok                    )
102 Murray Guard Drive F-46       )
Jackson, TN 38305,                )
                                  )
Pablo Portuondo                   )
P.O. Box 30077                    )
San Juan, PR 00929-1077,          )
                                  )
Murita F. Potter                  )
1215 Countryview Drive            )
Duncansville, PA 16635,           )
                                  )
Sheryl Lynn Potter                )
2919 10th Avenue North            )
Fort Dodge, IA 50501,             )

```
Eugene T. Potts                    )
3333 Moores River Drive            )
Lansing, MI 48911,                 )
                                   )
Elmer L. Powell, Jr.               )
8225 SW 184 Ter.                   )
Miami, FL 33157,                   )
                                   )
Dennis M. Powers                   )
209 Wimbleton Circle               )
Warren Robins, GA 31093,           )
                                   )
Catherine L. Pownall               )
237 Teaberry Road                  )
Muncy, PA 17756,                   )
                                   )
Randall W. Rahon                   )
101 Morgan Drive                   )
Osterburg, PA 16667,               )
                                   )
Frederick W. Rauback               )
8 Last Chance Court                )
Saint Peters, MO 63376,            )
                                   )
Roger C. Ray                       )
380 Kingwood Street                )
McMinnville, OR 97128,             )
                                   )
James R. Reed, Jr.                 )
201 Shelby Drive                   )
Crosslanes, WV 25313,              )
                                   )
Martha Christine Reese             )
20 County Road 750                 )
Jonesboro, AR 72401,               )
                                   )
Glenn N. Reffner II                )
17274 Pickwick Drive               )
Purcellville, VA 20132,            )
                                   )
Larry W. Reid                      )
1017 Spindle Palm Way              )
Apollo Beach, FL 33572,            )
```

```
                                          )
Richard A. Reimann                        )
86-376 Puhawai Road                       )
Waianae, HI 96792,                        )
                                          )
Thomas M. Renkey                          )
630 Lee Place                             )
Frederick, MD 21702,                      )
                                          )
Paula Williams Reppin                     )
P.O. Box 7744 (29 Howle Road)             )
Oxford, AL 36203,                         )
                                          )
James Arthur Reppin                       )
P.O. Box 7744 (29 Howle Road)             )
Oxford, AL 36203,                         )
                                          )
Alfonso Rey                               )
2040 Normandy Drive                       )
Hurst, TX 76054,                          )
                                          )
Pauline Reynolds                          )
450 Winchester Road                       )
Fairlawn, OH 44333,                       )
                                          )
Patrick Reynolds                          )
616 Gala Road                             )
Inwood, WV 25428,                         )
                                          )
John S. Rezler                            )
13913 Seville Avenue                      )
Fontana, CA 92335-0220,                   )
                                          )
Lydia Rijos                               )
1029 Whetstone Court                      )
Raleigh, NC 27615,                        )
                                          )
Angela Riley                              )
3663 W. Park Creek Drive                  )
Meridian, ID 83642,                       )
                                          )
```

```
David J. Ritter                    )
2709 Hamilton Court                )
Ft. Pierre, SD 57532,              )
                                   )
Hector M. Rivero                   )
6321 SW 156 CT                     )
Miami, FL 33193,                   )
                                   )
Dennis S. Robbins                  )
P.O. Box 54                        )
Sweet, ID 83670,                   )
                                   )
Guylan E. Robert                   )
5220 Bache Road                    )
McAlester, OK 74501,               )
                                   )
Charles H. Robinson                )
904 North Park Circle              )
Greenwood, MS 38930,               )
                                   )
Flora Ann Robinson                 )
3025 N Hwy 89 #37                  )
Prescott, AZ 86301,                )
                                   )
Alvin M. Robinson, Jr.             )
135 Dorset Ct.                     )
Elyria, OH 44035,                  )
                                   )
Dyan R. Rochelle                   )
P.O. Box 12972                     )
Wichita, KS 67277,                 )
                                   )
Cindy E. Roden                     )
2512 Westpart Way Circle           )
Euless, TX 76040,                  )
                                   )
Dennis J. Roeck                    )
1306 Upper Bellbrook Road          )
Xenia, OH 45385,                   )
                                   )
Wille E. Rogers                    )
1429 Blankenship Drive             )
DeRidder, LA 70634,                )
```

Franklin John Rohrer                    )
5985 Timber Rail Lane                   )
Mason, OH 45040,                        )
                                        )
Sue E. Rohweder                         )
95 Magnolia Rd                          )
Casper, WY 82604,                       )
                                        )
Christopher R. Rolan                    )
3420 East 18th                          )
Casper, WY 82609,                       )
                                        )
Marvin K. Roney                         )
6798 Wesley Court                       )
Plainfield, IN 46168,                   )
                                        )
Diana Roney                             )
6798 Wesley Court                       )
Plainfield, IN 46168,                   )
                                        )
Robert W. Roose, Jr.                    )
1489 Laconia Drive West                 )
Clearwater, FL 33764,                   )
                                        )
Michael Barnes Rosenbaum                )
845 South Illinois Avenue               )
Casper, WY 82609,                       )
                                        )
Larry J. Rubitsky                       )
9218 Parducci Way                       )
Sacramento, CA 95829,                   )
                                        )
Mark Rufener                            )
1944 James Avenue                       )
Saint Paul, MN 55105,                   )
                                        )
Paul A. Rufo                            )
30 Woodland Road                        )
Madison, CT O6443,                      )
                                        )
James A. Ruggiero                       )
166 Brule Road                          )
De Perre, WI 54115,                     )

60

Gail A. Rusch                          )
8261 SW 187 Street                     )
Miami, FL 33157,                       )
                                       )
Steven Glenn Rusk                      )
3950 W. 226th Street, #54              )
Torrance, CA 90505,                    )
                                       )
Donald Gene Russell                    )
P.O. Box 1354                          )
Casper, WY 82636,                      )
                                       )
Teri Russman                           )
5584 Tappan Drive                      )
Reno, NV 89523,                        )
                                       )
David G. Ryan                          )
1304 Lynhurst Lane                     )
Denton, TX 76205,                      )
                                       )
Richard J. Rydberg                     )
515 Douglas Street                     )
Anoka, MN 55303,                       )
                                       )
Robert D. Sabaj                        )
933 Redbarn Lane                       )
Wichita, KS 67212,                     )
                                       )
Michael P. Salimbene                   )
32 Gridley Street                      )
West Islip, NY 11795-1007,             )
                                       )
Vickie L. Sandy                        )
211 Hickory Driv                       )
Elikins, WV 26241,                     )
                                       )
Shelby Savage                          )
P.O. Box 164                           )
Bellwood, NE 68624-0164,               )
                                       )
David Scanlon                          )
850 Washburn Ave, Apt 148              )
Louisville, KY 40222,                  )

```
James R. Scanlon                    )
6011 N. Crewe Ave                   )
Boise, ID 83714,                    )
                                    )
Randolph T. Schilling               )
14 Sage Circle                      )
Essex Junction, VT O5452,           )
                                    )
David J. Schissler                  )
840 Havenwood Lane S                )
Fort Worth, TX 76112-1019,          )
                                    )
Juliann M. Schmidt                  )
1301 S. Clay Street                 )
Green Bay, WI 54301,                )
                                    )
John A. Schweigert                  )
7262 19th Street                    )
Princeton, MN 55371,                )
                                    )
Jonathan Scott                      )
303 Maddox                          )
Jackson, TN 38305,                  )
                                    )
Mark Gordon Senter                  )
1900 Beechwood Drive                )
Troy, OH 45373,                     )
                                    )
Gene J. Seto                        )
1012 Oregon Drive                   )
Merced, CA 95340-2519,              )
                                    )
Johnnie Sexton                      )
3730 S. Esttes Drive                )
Prescott, AZ 86303,                 )
                                    )
Sidney Shelton                      )
622 Parkside Place NE               )
Washington, DC 20019,               )
                                    )
Wayne L. Shepard                    )
433 Sawyer Road                     )
Hampden, ME O4444,                  )
```

```
Michael E. Shew                    )
7046 County Y                      )
Oconto, WI 54153,                  )
                                   )
Robert C. Shields                  )
424 W. Cherry Ln #139              )
Meridian, ID 83642,                )
                                   )
Charles Shoaf                      )
5392 Waring Road                   )
San Diego, CA 92120,               )
                                   )
Frances T. Siedler                 )
52 Parkview Circle                 )
Grand Forks, ND 58201,             )
                                   )
Karl Simonyak                      )
850 Madison Blvd                   )
Huron, SD 57350,                   )
                                   )
Courtney C. Simpson                )
1350 Olive Street NE               )
Salem, OR 97303-3334,              )
                                   )
Steven A. Sims                     )
417 Nebraska Ave SW                )
Huron, SD 57350,                   )
                                   )
Mark A.K. Singh                    )
7134 SW 164 Ct                     )
Miami, FL 33193,                   )
                                   )
Edwin A. Sizemore                  )
P.O. Box 442                       )
McAlester, OK 74502,               )
                                   )
Joseph Skinner                     )
1195 Dacus Road                    )
Medon, TN 38356,                   )
                                   )
Michael Skur                       )
4157 Shores Court                  )
Fort Worth, TX 76137,              )
```

Ronald A. Smelstor, Jr.            )
22 Sam Webb Road                   )
Fairfax, VT O5454,                 )
                                   )
Brian D. Smith                     )
95-1014 Hoakua Street              )
Mililani, HI 96789,                )
                                   )
Jeffery T. Smith                   )
700 Olivia Avene                   )
Greenwood, MS 38930,               )
                                   )
Paula M. Smith                     )
700 Olivia Avenue                  )
Greenwood, MS 38930,               )
                                   )
Frank H. Smith                     )
3630 North Cottonwood Drive        )
Cedar City, UT 84720,              )
                                   )
Crystal Smith                      )
6511 Olde Moat Way                 )
Davie, FL 33331,                   )
                                   )
Jaymie Smith                       )
P.O. Box 62413                     )
San Angelo, TX 76906,              )
                                   )
Danny L. Smith                     )
1346 Bridgewater Road              )
Cordova, TN 38018,                 )
                                   )
David D. Smith                     )
Rt 5 Box 268                       )
McAlester, OK 74501,               )
                                   )
Jonathan H. Smith                  )
2276 Hillcrest Ave                 )
Pennsauken, NJ O8110,              )
                                   )
Edward L. Snyder                   )
9985 River Road                    )
New Columbia, PA 17856,            )

```
                                    )
David K. Soll                       )
5300 Pathview Drive                 )
Huber heights, OH 45424,            )
                                    )
David J. Sorenson                   )
12110 278th Avenue                  )
Zimmerman, MN 55398,                )
                                    )
Keith R. Sorge                      )
12 Sage Circle                      )
Essex Junction, VT O5452,           )
                                    )
Stephen M. Sosnowski                )
2447 N. 1480 E. Road                )
Ashkum, IL 60911,                   )
                                    )
Stephen A. Souto                    )
12411 White Osprey Drive South      )
Lillian, AL 36549,                  )
                                    )
Steven Spafford                     )
275 Bunnyview Drive                 )
Stratford, CT 6114,                 )
                                    )
Charles L. Spencer                  )
1041 Big Valley Circle              )
Lipan, TX 76462,                    )
                                    )
Lawrence A. Spielman                )
3178 Granview Lane                  )
DeWitt, MI 48820,                   )
                                    )
James R. St John                    )
468 Dude Slaydon Lp                 )
De Ridder, LA 70634-2518,           )
                                    )
Denise H. Stahl                     )
581 W. Warren Street                )
Boise, ID 83705,                    )
                                    )
```

Jerry Denton Standlee            )
6829 Green Leaf Drive            )
North Richland Hills, TX 76180,  )
                                 )
Joe S. Standridge                )
2 Fernridge Court                )
Green, SC 29651,                 )
                                 )
Jeff Steffen                     )
611 East 4th Street              )
Bellwood, PA 16617,              )
                                 )
Douglas J. Stene                 )
16653 Jonray Court               )
Lakeville, MN 55044,             )
                                 )
James H. Stephens                )
8216 Nantahala Drive             )
Raleigh, NC 27612,               )
                                 )
Alain Sterk                      )
1443 Northfield Meadows Unit 3   )
Bourbonnais, IL 60914,           )
                                 )
Linda M. Sterling                )
1609 Tanglewood                  )
Jonesboro, AR 72401,             )
                                 )
David A. Stich                   )
761 NW 73rd Ave                  )
Plantation, FL 33317,            )
                                 )
Sheila Stillman-Betts            )
359 Wind Rows Lake Drive         )
Goddard, KS 67052-9408,          )
                                 )
Erich Stitt                      )
P.O. Box 971                     )
Charlestown, WV 25414,           )
                                 )
John M. Stoelting                )
317 Trigg Drive                  )
Marion, AR 72364,                )

```
                                          )
John R. Stokes II                         )
158 N Avseneau                            )
Kankakee, IL 60901,                       )
                                          )
David Stout                               )
3527 S. M43 HWY                           )
Hastings, MI 49058,                       )
                                          )
William A. Straube                        )
107 Wild Rose Cr.                         )
Winchester, VA 22602,                     )
                                          )
Timothy J. Sturz                          )
2094 So. Rock River Circle                )
DePere, WI 54115,                         )
                                          )
Carmen Suggs                              )
2326 S. Leecrest Street                   )
Wichita, KS 67209-3047,                   )
                                          )
Nancy J. Sutton                           )
9116 W. Monticello Place                  )
Littleton, CO 80128,                      )
                                          )
Duane S. Swanson                          )
RD #1 Box 300BB                           )
Roaring Spring, PA 16673,                 )
                                          )
Gary L. Sweet                             )
705 Kirkwood Drive                        )
Greencastle, IN 46135,                    )
                                          )
Marlin M. Swofford                        )
701 E. Seminole                           )
McAlester, OK 74501,                      )
                                          )
Arpad G. Szatori, Jr.                     )
300 Gwynn Street                          )
Green Bay, WI 54301,                      )
                                          )
```

```
Steven C. Szymznski              )
913 13th Street North            )
Sauk Rapids, MN 56379,           )
                                 )
David P. Talbot                  )
P.O. Box 1533                    )
Columbus, NE 68602-1533,         )
                                 )
Steven Tangen                    )
1914 23rd Avenue South           )
Grand Forks, ND 58201,           )
                                 )
Larry D. Taylor                  )
3110 Ashwood Drive               )
Jonesboro, AR 72404,             )
                                 )
Diane R. Taylor                  )
10135 Mile Block Road            )
North Collins, NY 14111,         )
                                 )
Carl D. Taylor                   )
P.O. Box 774                     )
Columbus, NE 68602-0774,         )
                                 )
Gary Taylor                      )
5301 Bershire Court              )
Stephens City, VA 22655,         )
                                 )
Eldon D. Taylor, Jr.             )
94-1063 Kamiki St                )
Waipahu, HI 96797,               )
                                 )
Rebecca Teborek                  )
2225 NE 38th Avenue              )
Portland, OR 97212,              )
                                 )
Janice Teed                      )
1475 Teal Drive                  )
Carson City, NV 89701,           )
                                 )
Ronald L. Teems                  )
910 Joey Street                  )
Brownsville, TN 38012,           )
```

Norbert L. Teifert                    )
111 Smith Road                        )
Hermon, ME O4401,                     )
                                      )
Mark S. Terlecky                      )
9321 Southern Orchard Road            )
Davie, FL 33328-6989,                 )
                                      )
Deborah K. Terry                      )
1405 Crestview Drive                  )
Antioch, CA , 94509                   )
                                      )
Quitman Lee Thomas                    )
1125 Cr 120                           )
Blue Springs, MS 38828,               )
                                      )
Kenneth D. Thomas                     )
403 Indianola Avenue                  )
Elkins, WV 26241,                     )
                                      )
Hugh W. Thompson                      )
2140 Kuhio Avenue, Apt 509            )
Honolulu, HI 96815,                   )
                                      )
Stephen J. Thompson                   )
87 East Cavalier Drive                )
Cheektowaga, NY 14227,                )
                                      )
Reginald Thornton                     )
23632 Hiway 99 STE F PMB 397          )
Edmonds, WA 98026,                    )
                                      )
Alfred Tiller                         )
10157 SW 53rd Ct                      )
Cooper City, FL 33328,                )
                                      )
Joel Tillman                          )
389 Kaymar Drive                      )
Amherst, NY 14228-3015,               )
                                      )
Mark F. Tobin                         )
1911 South 38th Street                )
Grand Forks, ND 58201,                )

Lou Ann Toeppen                          )
1012 Manzano Court N.W.                   )
Albuquerque, NM 87102,                    )
                                          )
John N. Tollini                           )
P.O. Box 8377                             )
Hermitage, TN 37076,                      )
                                          )
Charles R. Torres                         )
122 Encino Drive                          )
Pueblo, CO 81005,                         )
                                          )
Carlos G. Torres                          )
217 Long Street                           )
DeRidder, LA 70634,                       )
                                          )
Gregory Townsend                          )
1417 W. Ash                               )
columbia, MO 65203,                       )
                                          )
Jeffrey G. Trabold                        )
RR #2, Box 139 M                          )
Martinsburg, PA 16662,                    )
                                          )
Joseph A. Travagliato                     )
3791 Charles Court                        )
Seaford, NY 11783,                        )
                                          )
Jimmie Trekell                            )
324 Weatheridge Drive                     )
Jackson, TN 38305,                        )
                                          )
Joel L. Truelove                          )
146 Allie Drive                           )
Garner, NC 27529,                         )
                                          )
Darlene Tsokris                           )
106 Smithtown Polk Blvd                   )
Centereach, NY 11720,                     )
                                          )
Scott L. Turner                           )
11303 Leesburg Place                      )
Louisville, KY 40241,                     )

```
Linda D. Turnipseed          )
2816 28th Street             )
Columbus, NE 68601,          )
                             )
Leo Tyda                     )
1153 N. Briar                )
Kankakee, IL 60901,          )
                             )
Lamount B. Tyler             )
3009 Arlmont Drive           )
St. Louis, MO 63121,         )
                             )
Jeffery Jack Tyler           )
4012 North Driftwood Lane    )
Cedar City, UT 84720,        )
                             )
Jeffrey M. Ulmer             )
712 Lochgarton Lane          )
Raleigh, NC 27614,           )
                             )
Larry D. Urban               )
312 South Rivershire Drive   )
Conroe, TX 77304,            )
                             )
Adolfo Urrutia               )
2812 SW 142 Court            )
Miami, FL 33175,             )
                             )
Paul James Van Hise          )
10765 East Platte River Road )
Evansville, WY 82636,        )
                             )
Derald E. Vandawalker        )
708 E. Miami                 )
Mclester, OK 74501,          )
                             )
Jose A. Vasquez              )
6824 Glenwood Drive          )
North Richland Hills, TX 76180, )
                             )
Robert M. Venable            )
130 W. Cedar Tree Ln.        )
Hartsburg, MO 65039,         )
```

Ralph M. Villagomez, Jr.          )
3108 Walnut Creek Pkwy            )
Granbury, TX 76049,              )
                                 )
Leonard H. Viloria               )
95-1046 Hoalia St.               )
Mililani, HI 96789,              )
                                 )
David W. Vitko                   )
116 Clayton Drive                )
Johnstown, PA 15904,             )
                                 )
David A. Vogan                   )
2969 Gulliford Drive             )
Lowell, MI 49331,                )
                                 )
John D. Volkmuth                 )
1402 3rd Avenue Ct. N.           )
Princeton, MN 55371,             )
                                 )
Robert A. Wade                   )
1230 Lawnridge SE                )
Huron, SD 57350,                 )
                                 )
Rick E. Wagner                   )
421 Hipples Cave Road            )
Woodbury, PA 16695,              )
                                 )
Robert E. Waldrep                )
9350 SW 104 Street               )
Miami, FL 33176,                 )
                                 )
Lloyd I.A. Walford               )
50 Davis Parkway                 )
South Burlington, VT 5403,       )
                                 )
Gary J. Walker                   )
1098 Westover Drive              )
Warren, OH 44484,                )
                                 )
Sheila A. Walker                 )
P.O. Box 713                     )
North Carrollton, MS 38947,      )

James F. Walsh, Jr.                    )
8 Old Coram Road                       )
Shelton, CT O6484,                     )
                                       )
Henry A. Walter                        )
1523 Yacht Ave                         )
Cape May, NJ O8204,                    )
                                       )
David Walz                             )
4201 Periwinkle                        )
Fort Worth, TX 76137,                  )
                                       )
Wayne P. Wansing                       )
12 Atchinson Road                      )
Olean, MO 65064,                       )
                                       )
Linda D. Warby                         )
7410 Elm Ave                           )
St. Louis, MO 63143,                   )
                                       )
John B. Warner                         )
8417 N. Main Street                    )
Eden, NY 14057,                        )
                                       )
Susan Waters                           )
53 Cherry Ave                          )
W. Sayville, NY 11796,                 )
                                       )
Evelyn Watts                           )
609 Sunrise Lane                       )
Caldwell, ID 83605,                    )
                                       )
James E. Weaver                        )
1804 Pam Drive                         )
Jonesboro, AR 72404,                   )
                                       )
John W. Wesselhoft                     )
P.O. Box 17667                         )
Clearwater, FL 33762,                  )
                                       )
Sarah P. Westberry                     )
13312 NW 11th Drive                    )
Sunrise, FL 33323,                     )

Barbara A. Westermeier            )
1200 N. Vietch Street, # 507      )
Arlington, VA 22201,              )
                                  )
Thomas M. Weston                  )
2301 Eagle Avenue                 )
Alameda, CA 94501,                )
                                  )
Marsha B. Wheeler                 )
5166 Oak Tree Drive               )
Macon, GA 31210,                  )
                                  )
Ollie D. White                    )
4600 Leesburg Ct                  )
Louisville, KY 40241,             )
                                  )
John Paul White                   )
12144 Odessa Drive                )
Moreno Valley, CA 92557,          )
                                  )
George Wideman                    )
420 Upper Browns Church Road      )
Jackson, TN 38305,                )
                                  )
Robert T. Wiese                   )
12846 Dove Creek Road             )
San Angelo, TX 76904,             )
                                  )
Donald E. Wiggins                 )
3737 Wadswoth Drive               )
Boise, ID 83704,                  )
                                  )
Janet Wiggins                     )
17542 Tobermory Place             )
Leesburg, VA 20175,               )
                                  )
Edward S. Wild                    )
7 Orchard Street                  )
Saint Albans, VT O5478,           )
                                  )
Jim G. Wilkerson                  )
4304 Langham Drive                )
Columbia, MO 65202,               )

```
Bobby R. Wilkins, Jr.              )
2330 Rainbow Drive                 )
Anniston, AL 36207,                )
                                   )
Daniel M. Williams                 )
1927 S. 31st Street                )
Terre Haute, IN 47803,             )
                                   )
David E. Williams                  )
148 Deer Path                      )
Anniston, AL 36207,                )
                                   )
John A. Williams                   )
1211 Bell Road Apt 43              )
Antioch, TN 37013,                 )
                                   )
Otis Benjamin Williams             )
11228 Springway Court              )
Riverside, CA 92505,               )
                                   )
William Mark Willsey               )
28553 Newcastle Road               )
Highland, CA 92346,                )
                                   )
Raymond W. Wilson                  )
984 S. Poplar Ave                  )
Kankakee, IL 60901,                )
                                   )
Roger W. Wilson                    )
469 Village Road                   )
Stetson, ME O4488,                 )
                                   )
Randy A. Wilson                    )
240 Monarch Drive                  )
Washoe Valley, NV 89704,           )
                                   )
Russell Winterstein                )
3221 Camelot Drive                 )
Rocklin, CA 95765,                 )
                                   )
Paula Wisniewski                   )
1217 26th Avenue North             )
Fort Dodge, IA 50501,              )
```

```
William Edward Wolf              )
112 Applecreek Estates           )
Elkins, WV 26241,                )
                                 )
Karl Wolthausen                  )
19355 SW 65th Ave #C2            )
Tualatin, OR 97062,              )
                                 )
David Brian Womack               )
6837 Lyndale Drive               )
Wataugo, TX 76148,               )
                                 )
Roger E. Woodruff                )
7130 N. Flintwood Road           )
Parker, CO 80138,                )
                                 )
Greg F. Woolley                  )
1630 Earl Circle                 )
Grand Forks, ND 58201,           )
                                 )
Robert F. Wurzer                 )
3186d Claremont Place            )
Palm Harbor, FL 34683,           )
                                 )
Matthew O. Yeisley               )
608 Montgomery Street            )
Winona, MS 38967,                )
                                 )
Gray P. Yencich                  )
14525 SE Tenino Street           )
Portland, OR 97236,              )
                                 )
William D. Yonkin                )
1139 Youngs Road                 )
Linden, PA 17744,                )
                                 )
Charlotte York                   )
P.O. Box 3300                    )
Prescott, AZ 86302,              )
                                 )
Joseph Young                     )
325 Winding Way                  )
Hammonton, NJ O8037,             )
```

```
Tina Young                              )
315 Windward Hills Avenue               )
Grand Forks, ND 58201,                  )
                                        )
Raquel L. Ysasi-Huerta                  )
4432 South Grove Road                   )
St. Johns, MI 48879,                    )
                                        )
Edwin Zachary                           )
575 Hidden Valley Road                  )
Prescott, AZ 86303,                     )
                                        )
James Zagorski                          )
P.O. Box 29246                          )
Honolulu, HI 96820,                     )
                                        )
Edward J. Zaleski                       )
4125 Turnbridge                         )
Holt, MN 48842,                         )
                                        )
Robert W. Zane                          )
3 Cedar Court                           )
Essex Junction, VT O5452,               )
                                        )
Michael G. Zarifis                      )
775 Shenandoah CT                       )
Bourbonnais, IL 60914,                  )
                                        )
Karen A. Zarifis                        )
775 Shenandoah CT                       )
Bourbonnais, IL 60914,                  )
                                        )
Michael Zeman                           )
12346 W. Ramblin Rose Drive             )
Boise, ID 83713,                        )
                                        )
Timothy K. Zimmermann                   )
14163 Seagate Drive                     )
San Leandro, CA 94577-6410,             )
                                        )
          Plaintiffs, Not               )
          Class Representatives,        )
                                        )
```

```
        v.                          )
                                    )
NORMAN Y. MINETA                    )
SECRETARY                           )
U.S. Department of                  )
    Transportation                  )
400 7th Street, S.W.                )
Washington, DC 20590,               )
                                    )
        and                         )
                                    )
MARION C. BLAKEY                    )
ADMINISTRATOR                       )
Federal Aviation Administration     )
800 Independence Avenue, S.W.       )
Washington, DC 20591,               )
                                    )
        Defendants.                 )
_____)
```

## FIRST AMENDED CLASS ACTION COMPLAINT

1.   By   and   through   undersigned   counsel,   Plaintiffs

Kathleen A. Breen, Milton J. Torres, III, Richard C. Anderson,

Ronald   J.   Consalvo,   Mark   Jaffe,   Darrell   G.   Mounts,   John

O'Connell, Michael J. Sheldon, and Jerry VanVacter, on their own

behalf and as representatives of an 834-person class of all the

above-named  Flight  Service  Air  Traffic  Control  Specialists

employed  by  the  Federal  Aviation  Administration  ("FAA"  or

"Defendants"),   an   agency   of   the   U.S.   Department   of

Transportation, who are over 40 years of age and adversely

affected by the FAA's decision to eliminate federal employment

and related benefits in the next three (3) months at the 58

Automated Flight Service Stations as announced by the FAA on February 1, 2005, hereby file this First Amended Class Action Complaint.  The original nine Plaintiff Class Representatives are joined by 825 additional Plaintiffs in bringing this Complaint. (See also Exhibit 1 to initial Complaint).  Each of these Plaintiffs not only is a member of the class, but also asserts individual claims of age discrimination on his or her own behalf.  The purpose of this Complaint is to challenge unlawful age discrimination in employment by the FAA pursuant to the Age Discrimination in Employment Act of 1967, as amended. 29 U.S.C. § 621, 633a et seq.  Plaintiffs seek relief for harms caused by the Defendants' unlawful and intentional age discrimination in eliminating federal employment and related benefits for Flight Service Air Traffic Control Specialists (hereinafter "Flight Service Controllers") including Plaintiffs, which workforce consists of approximately 92 percent older[1] employees (i.e., over 40) employees, at the Automated Flight Service Stations in the continental United States, Puerto Rico, and Hawaii.  The Flight Service Controllers adversely affected by the announcement, including Plaintiffs, will have their

---

[1] Affected Flight Service Controllers number approximately 1,935, and approximately 1,770 of them are over the age 40.

federal positions eliminated by the FAA in the next three (3) months and will be terminated from federal employment.  Many will be forced to accept private employment with the designated government contractor, Lockheed Martin, which is scheduled to assume total control of the Flight Service component of Air Traffic Control in approximately three (3) months, and even the 120 employees who remain with the FAA are likely to incur moving expenses for which the government normally pays.

2.    In this action, Plaintiffs seek injunctive relief for continuation of their Flight Service Controller (ATCS) positions that the FAA proposes to eliminate, plus back pay and benefits, front pay, record correction, and attorney fees.

## Parties

3.    Plaintiff Class Representative Kathleen A. Breen is employed as an Air Traffic Control Specialist in the Flight Service component of the FAA.  Her address is 58 Ames Road, Lisbon, CT 06351.  At the filing of this Complaint, Ms. Breen is 44 years of age.

4.    Plaintiff Class Representative Milton J. Torres, III is employed as an Air Traffic Control Specialist in the Flight Service component of the FAA.  He resides at 16071 S.W. 73rd Street, Miami, FL 33193.  At the filing of this Complaint, Mr.

Torres is 47 years of age.

5.     Plaintiff Class Representative Richard C. Anderson is employed as an Air Traffic Control Specialist in the Flight Service component of the FAA.  He resides at 1945 67th Avenue North, St. Petersburg, FL 33702.  At the filing of this Complaint, Mr. Anderson is 45 years of age.

6.     Plaintiff Class Representative Ronald J. Consalvo is employed as an Air Traffic Control Specialist in the Flight Service component of the FAA.  He resides at 5 Devonshire Drive, Glassboro, NJ 08028.  At the filing of this Complaint, Mr. Consalvo is 46 years of age.

7.     Plaintiff Class Representative Mark Jaffe is employed as an Air Traffic Control Specialist in the Flight Service component of the FAA.  He resides at 918 West Lovers Lane, Arlington, TX 76013.  At the filing of this Complaint, Mr. Jaffe is 52 years of age.

8.     Plaintiff Class Representative Darrell G. Mounts is employed as an Air Traffic Control Specialist in the Flight Service component of the FAA.  He resides at 10230 Melody Drive, Northglenn, CO 80260-6044.  At the filing of this Complaint, Mr. Mounts is 47 years of age.

9.    Plaintiff  Class  Representative  John  O'Connell  is

employed as an Air Traffic Control Specialist in the Flight Service component of the FAA.  He resides at 1776 Havenshire Lane, Brighton, MI 48114-8737.  At the filing of this Complaint, Mr. O'Connell is 63 years of age.

10.  Plaintiff Class Representative Michael J. Sheldon is employed as an Air Traffic Control Specialist in the Flight Service component of the FAA.  He resides at 151 Gulf Street, Milford, CT 06460.  At the filing of this Complaint, Mr. Sheldon is 46 years of age.

11.  Plaintiff Class Representative Jerry VanVacter is employed as an Air Traffic Control Specialist in the Flight Service component of the FAA.  He resides at 2424 Poplar Avenue, Duncombe, IA 50532.  At the filing of this Complaint, Mr. VanVacter is 42 years of age.

12.  All 825 additional Plaintiffs named on pages 2-77 of this First Amended Complaint are current Flight Service Controllers employed by the Federal Aviation Administration and are over the age of 40, as of the date of filing this Complaint. Each of these 825 additional Plaintiffs not only is a member of the class, but also asserts individual claims of age discrimination on his or her own behalf.

13.  The first Defendant in this action is the Honorable

Norman Y. Mineta, Secretary, U.S. Department of Transportation. Secretary Mineta is sued in his official capacity only.  The Department of Transportation is headquartered at 400 7th Street, S.W., Washington, DC 20590.

14. The second Defendant is Marion C. Blakey, Administrator, Federal Aviation Administration.  Administrator Blakey is sued in her official capacity only.  The Federal Aviation Administration is headquartered at 800 Independence Avenue, S.W., Washington, DC 20591.

### Jurisdiction and Venue

15.   This Court has jurisdiction over this Complaint because it presents a question of federal law.  28 U.S.C. § 1331.  Specifically, this Court has jurisdiction over this Complaint pursuant to 29 U.S.C. § 626(b).

16. This Court is the proper venue pursuant to 28 U.S.C. § 1391 and 29 U.S.C. § 633a(c) because all of the unlawful discriminatory decisions and transactions were determined and issued by the Federal Aviation Administration, an agency of the U.S. Department of Transportation, at its headquarters in the District of Columbia.

### Exhaustion of Administrative Remedies

17.  Plaintiffs Kathleen A. Breen, Milton J. Torres, III,

Richard C. Anderson, Ronald J. Consalvo, Mark Jaffe, Darrell G. Mounts, John O'Connell, Michael J. Sheldon, and Jerry VanVacter, provided Notice to the Equal Employment Opportunity Commission of their intent to file this civil action pursuant to section 15(d) of the ADEA on February 8, 2005.  29 U.S.C. § 633a(d); 29 C.F.R. § 1614.201(a).  This initial Notice was supplemented on February 9, 2005.

18.   The 825 additional Plaintiffs named in this First Amended Complaint (on pages 2-77) provided Notice to the Equal Employment Opportunity Commission of their intent to file this civil action pursuant to section 15(d) of the ADEA on either March 1, 2005 or April 21, 2005 (over 30 days ago, as required). 29 U.S.C. § 633a(d); 29 C.F.R. § 1614.201(a).

## <u>Definition of the Class</u>

19.   The class in this case includes approximately 834[2] of the FAA's 1,770 current Flight Service Controllers, who are over the age of 40 and adversely affected by the FAA's February 1, 2005 announcement.  The discriminatory decision to contract out the Flight Service component of Air Traffic Control, which has historically been classified as inherently governmental, will

---

[2]   Other Plaintiffs may be added in future Amended Complaints, including but not limited to Richard D. Mauck.

have the effect of terminating Plaintiffs' positions with the FAA, eliminating or reducing their pay, dramatically limiting their retirement benefits, and prematurely ending their federal careers at the conclusion of the phase-in period in or about October 2005. Prior to the February 1, 2005 announcement, no private-sector industry existed that compared to the Flight Service functions performed by the FAA's Automated Flight Service Stations. Plaintiffs have been made the targets of the FAA's discriminatory decision because they are over 40 years of age. See Exhibit 3 to initial Complaint.

20. Plaintiff Class Representatives propose to represent a class of approximately 834 current FAA Flight Service Air Traffic Control Specialists, a class whose members are over the age of 40. This class includes the 825 additional Plaintiffs.

## Class Allegations

21. This action is properly maintainable as a class action under Rule 23(a) of the Federal Rules of Civil Procedure.

22. The members of the proposed class, numbering approximately 834 FAA Flight Service Air Traffic Control Specialists, are sufficiently numerous to make joinder impracticable. See Fed. R. Civ. P. 23(a)(1).

23. Plaintiffs' claims raise questions of law or fact

85

common to the class.  The common question is whether Defendants discriminated against the over-40 class members (represented by the Plaintiff Class Representatives) by the FAA's decision to eliminate these persons' federal employment and related benefits in the next three (3) months at the 58 Automated Flight Service Stations as announced on February 1, 2005. See Fed. R. Civ. P. 23(a)(2).

24.   The FAA's discriminatory decision affected all of the approximately 834 class members; and the class members are faced with almost identical questions of fact, differing only with respect to which of the limited options they availed themselves as a result of the FAA's decision.  Moreover, the class members have common issues of fact because the contracting-out and personnel decisions were entirely determined and administered by the FAA. See Fed. R. Civ. P. 23(a)(2).

25.   The class members are all being subjected to age discrimination and therefore have claims in common. See Fed. R. Civ. P. 23(a)(2).

26.  The class members are alleging age discrimination because 92 percent of the affected Flight Service Controllers are over age 40 and protected by the Age Discrimination in Employment Act. See Fed. R. Civ. P. 23(a)(2).

27.   The claims of the Plaintiff Class Representatives are typical of the claims of the class.  Like all class members, the Plaintiff Class Representatives are Flight Service Controllers who will lose their federal employment and related benefits unless they prevail in this action.  <u>See</u> Fed. R. Civ. P. 23(a)(3).

28.   The named Plaintiff Class Representatives and undersigned counsel will properly represent the interests of the class and its members.  <u>See</u> Fed. R. Civ. P. 23(a)(4).

29.   This class action should properly be maintained under Fed. R. Civ. P. 23(b)(2) because Defendant's actions in contracting out all Flight Service Controllers are generally applicable to all members of the class, and injunctive relief is appropriate and sought in this case.

30.  This class action is also properly maintainable pursuant to Fed. R. Civ. P. 23(b)(1) because there is a real danger of inconsistent and varying adjudications with respect to the approximately 834 class members, who are geographically dispersed throughout the country and who might otherwise bring inconsistent claims in different jurisdictions.

31.  In addition, this class action is properly maintainable pursuant to 23(b)(3) because the questions of law

and fact common to members of the class predominate over
questions affecting individual members, and a class action is
superior to other available methods for the fair and efficient
resolution of this controversy.

## Facts

32. Flight Service Controllers perform crucial functions
for our country's aviation community, which are central to the
core mission of the FAA and vital to our national security.
These dedicated, experienced public servants provide critical
services to all types of aircraft ranging from the commercial
airline captain on a cross-country flight to the pilot flying
his family on a vacation trip.  For pilots awaiting departure
and preparing to land, Flight Service Controllers monitor
traffic and weather conditions.  Occasionally, Flight Service
Controllers will direct activities for airports where there is
no control tower or where the tower has been taken off-line for
a temporary period.  Once airborne, pilots turn to Flight
Service Controllers for briefings on hazardous weather
conditions[3] as well as guidance on temporary flight

---

[3] Based on data from the National Transportation Safety
Board ("NTSB"), the FAA's National Aviation Safety Data Analysis
Center ("NASDAC") reports that weather contributed to or caused
more than 1 out of every 5 aircraft accidents between 1991 and

restrictions, which are constantly being updated and altered. Flight Service Controllers maintain communication with the pilots in the air to provide up-to-the-minute route adjustments to avoid these severe weather conditions as well as prohibited, restricted, or special use airspace.  For example, when the President travels by air, Flight Service Controllers perform a vital function in making other aircraft aware of the flight restrictions around the President's plane.

33.  The tragic events of September 11, 2001, demonstrate the vital role that Flight Service Controllers play for our nation.  All safety and security directives relayed on 9/11 to the aviation community before take-off were made through Flight Service Controllers at the Automated Flight Service Stations.[4] In the days following that fateful day, Flight Service Controllers as well as other Air Traffic Controllers were an essential human link between the pilots in the air and the FAA.

2001.  NASDAC, Office of System Safety, FAA, "NTSB Weather Related Accident Study, 1991-2001," available at: https://www.nasdac.faa.gov/aviation_studies/weather_study.

[4]  In the wake of 9/11, the government decided that it had to federalize those employees who check passengers and baggage at airports. There is, of course, no logical reason to treat the highly experienced FAA Controllers who manage communications and monitor safety and security for the aviation community any differently.

34.   Without the vital experience and dedication of the present Flight Service Controllers, the number of weather-related accidents is sure to increase.   Pilots in the air will suffer, and such suffering may result in loss of life or property, which will affect all Americans.

35.   The FAA has long treated its older employees in Air Traffic Control abysmally.   <u>See, e.g.</u>, <u>Torres v. Mineta</u>, Civil Action No. 04-0015 (GK) (D.D.C., filed Jan. 8, 2004).

36.   The FAA has long wanted to eliminate its predominantly older Flight Service Controllers. According to widely available FAA materials, the Automated Flight Service Stations were targeted for contracting out to the private sector because a large percentage of the Flight Service Controller workforce was or would soon become "retirement eligible."   FAA, "Background on AFSS," available at: <u>http://www.faa.gov/aca/afss/afss.html</u> (last accessed, Feb. 1, 2005), copy attached as Exhibit 2 to initial Complaint. The Defendants have thus openly admitted an age discriminatory motive in eliminating this highly experienced, highly dedicated group of public servants.

37.   On February 1, 2005, the FAA announced that Lockheed Martin was awarded the contract for the nation's Flight Service work for the next five years at a cost of $1.9 billion, with an

option of five additional years. FAA, "AFSS A-76 Performance Decision: Text of Remarks by Dennis DeGaetano, Vice President of Acquisition and Business Services, FAA," available at http://www.faa.gov/aca/perf_decision/Dennis%20DeGaetano.pdf. The FAA's February 1, 2005 decision will shrink the 58 existing Automated Flight Service Stations to 20 new, consolidated facilities. See Exhibits 3 and 4 attached.  This will naturally result in a reduction of the number of employees who staff the new consolidated Stations as Lockheed Martin contractors, as well as necessary relocations of those incumbent employees selected to staff the new facilities but currently working out of one of the soon-to-be-closed stations.  The February 1st decision is certain to cause high attrition among the current Flight Service Controllers.  These soon-to-be former federal employees have been asked to give up a meaningful federal career and significant retirement benefits.  Many will likely have to move to new locations, and some of these Controllers will not receive the moving assistance benefits currently available to federal employees.

38.  The FAA will be separating from federal service 1,935 Flight Service Controllers, approximately 92 percent of whom are over the age of 40, who staff the Automated Flight Service

91

Stations.  The years of experience accrued by the current Flight Service Controller workforce, as the FAA well knows, cannot be replaced.  On average, it takes a full two years to properly train a new Flight Service Controller from the date of hire to when that employee attains his or her full performance level.

39.  The actions at issue here will allow the FAA to replace its older, dedicated, experienced Flight Service Controllers with new, younger workers as contractors.  Once Flight Service Controllers are over the age of 31, the FAA will not normally allow them to transfer to other kinds of Air Traffic Controller positions.  See FAA, Human Resource Policy Manual, "Maximum Entry and Retention Age for Air Traffic Control Specialists," § EMP-1.20 (July 29, 2003).  As a result, many current Flight Service Controllers are frozen out of potential jobs within the FAA, jobs that the FAA badly needs to fill.  In 2003, the FAA began actively recruiting new Air Traffic Controllers from outside the FAA.  Over the next 10 years, the FAA plans to supplement its present workforce with some 12,500 new, younger Controllers.

40.  Upon information and belief, no other FAA workforce unit has more older employees (older than 40 years of age) per capita than the Defendants' Flight Service Controllers.

92

41. The FAA's decision to contract out its Automated Flight Service Station functions will have concrete, adverse effects on the careers of the Flight Service Controllers who stay with the FAA or Lockheed Martin.  Although close to 1,000 Flight Service Controllers are eligible for other Air Traffic Controller positions elsewhere in the FAA, the FAA is offering positions to only 120.  Controllers who are forced to accept private-sector jobs with Lockheed Martin will lose their hard-earned retirement benefits and most likely future earnings.  The elimination of their federal positions at this juncture will have a severe, adverse effect on the retirement eligibility, "high three's"[5], and retirement benefits of all Flight Service Controllers.

42. Currently, Flight Service Controllers contribute 1.3 percent of their salary to their retirement as opposed to other federal government employees who contribute only .08 percent. This additional money (.05 percent of a Flight Service Controller's annual income) allows these Controllers who earn

---

[5] "High three" refers to a federal employee's highest three years of earnings, which is a base calculation for determining the employee's annuity at retirement.  Generally, the longer a federal employee works, the higher his/her pay will be at retirement.  Employees who retire with higher pay receive a higher annuity.

"good time" as a Controller to retire with either 20 years of "good time" at age 50 years or 25 years of "good time" at any age.  If a Flight Service Controller meets these criteria, he/she will then receive 1.7 percent of his/her "high three" for the first 20 years of service and 1.0 percent for each year thereafter as part of the retirement package.  If a Flight Service Controller meets these criteria, he/she will then receive 1.7 percent of his/her "high three" for each year of service as part of the retirement package.  If a Flight Service Controller does not have the requisite years of service with as an Air Traffic Controller but has enough years in other government service to qualify for retirement, that employee will lose the 1.7 percent bonus and revert back to a package containing only 1.0 percent of his/her "high three" for each year of federal service.  The terminated Flight Service Controllers will lose all of the additional money they have put into their retirement fund over the years, which the FAA and the U.S. Office of Personnel Management will not refund.

43. Further, the only option for a Flight Service Controller who is not eligible for regular retirement is a deferred or discontinued retirement. With substantial penalties for years below the minimum retirement age, these employees will

94

be left with greatly reduced retirement income.  Employees who accept deferred retirement will receive a nominal annuity of $400.00 a month and no health or life insurance benefits.

44.  The FAA has announced that the award to Lockheed Martin will save the government $2.2 billion.  Logically, these savings will come from the elimination of the current older-age Flight Service Controller workforce, together with the reduction in pay and benefits for these employees now and in the future. Lockheed Martin has guaranteed three years of employment to only that portion of the current workforce that is retained at and moves to the 20 new, consolidated facilities.

45.  President Bush's Presidential Management Agenda allows federal agencies to identify possible areas of competitive sourcing for "commercial" Agency functions, based on Office of Management and Budget (OMB) Circular A-76 (revised May 2003) as one of five government-wide initiatives.  The Flight Service component of Air Traffic Control was the only FAA workforce unit singled out for an A-76 contracting-out study in purported response to the President's Management Agenda.  The fact that Flight Service Controllers in Alaska, numbering approximately 155, are to remain federal employees for the FAA shows that Flight Service Control Work is a proper governmental function.

95

Flight Service Control Work has historically been considered a public function, not a private enterprise. The FAA's contracting-out decision contradicts the inherently governmental function of Air Traffic Control; the decision is based on an incorrect classification of the Flight Service Controller function to the detriment of the flying public and U.S. taxpayers for the benefit of a private corporation. Most importantly, the decision is motivated by unlawful age discrimination.

46. The pretextual nature of the FAA's reasons for its award of the contract to Lockheed through the A-76 process is evident in a number of irregularities in the in the FAA's conduct of the Circular A-76 competitive process. For example, the FAA's rating of Lockheed as "Excellent" under its evaluation of the technical factors in Lockheed's proposal completely ignored Lockheed's proposed use of voice switch technology that is neither used for air traffic control in the United States nor approved for use in the National Airspace System. Moreover, upon information and belief, Lockheed has partnered with the same company whose software in the SUA/ISE(2) project failed FAA tests in 2004. The FAA's untested and unapproved software is being imported from Australia in possible violation of the

Buy American Act, 41 U.S.C. § 10a.

47.   Similarly, while the FAA downgraded continued Flight Service from the government allegedly because of inability to fill key positions, the FAA's analysis took no account of the risk to Lockheed Martin that it would not be able to hire experienced Controllers.  The FAA discounted the likelihood that Controllers would continue to be unionized at Lockheed, a likelihood that is coupled with greater union bargaining power in the private sector.

48. In sum, FAA management officials are intentionally destroying their Flight Service Controller workforce, targeting these older workers simply because they are older.  Moreover, the FAA rejected job reduction alternatives that would have had much less impact on older Controllers, including but not limited to alternatives proposed by the Union (National Association of Air Traffic Specialists), the Inspector General, and the Agency's own "Most Efficient Organization."  Plaintiffs and their fellow Flight Service Controllers are being asked to pay a heavy price simply because of the Defendants' unlawful age discrimination against older employees.  The FAA contracting-out decision at issue in this Complaint reflects disparate treatment and has a disparate impact on its older Flight Service

Controllers.

## **Causes of Action**

(Disparate Treatment - Violation of the Age Discrimination in Employment Act)

49. Based on the facts described in the foregoing Paragraphs, Defendants and their agents at the FAA unlawfully discriminated against the Plaintiffs on the basis of their age (over 40) in violation of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 621, 633a et seq. Approximately 92 percent of Flight Service Controllers are federal employees over the age of 40. The FAA has engaged in disparate treatment of its older "retirement eligible" workforce of Flight Service Controllers by deliberately and cynically targeting their jobs for elimination in order to replace them over time with younger contractors. See supra, at ¶ 39. Further, on information and belief, the Flight Service Control workforce is older than other FAA workforces not contracted out.

(Disparate Impact - Violation of the Age Discrimination in Employment Act)

50. Alternatively, based on the facts described in the foregoing Paragraphs, Defendants and their agents are unlawfully discriminating against the Plaintiffs on the basis of their age (over 40) for no legitimate reason in violation of the Age

Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 621, 633a <u>et</u> <u>seq</u>.  The decision at issue here, the FAA's decision to contract out its Automated Flight Service Stations, has a disparate impact upon a disproportionately older workforce of the FAA, i.e., the approximately 92 percent of Flight Service Controllers over the age of 40.  There is no reasonable factor other than the age of the workforce that is motivating this contracting-out decision.  The FAA's purported reasons for its actions are unjustified and baseless, not to mention arbitrary and capricious.

## **Prayer for Relief**

51.  WHEREFORE, Plaintiffs respectfully request this Court to:

a.  Issue preliminary and permanent injunctions to prevent the loss to the Plaintiffs of their federal employment and related benefits;

b.  Award appropriate back pay and benefits, front pay, and record correction to the Plaintiffs;

c.  Award reasonable attorney's fees and expenses of bringing this action and the earlier administrative action; and

d.  Order such other and further relief as the Court

deems just and proper.

## **Jury Trial Demand**

52.  The Plaintiffs hereby demand a jury trial on all counts triable by a jury.

Respectfully submitted,

_____/s/_____

JOSEPH D. GEBHARDT
    (DC Bar No. 113894)
CHARLES W. DAY, JR.
    (DC Bar No. 459820)
REBECCA M. HAMBURG
    (Admitted in CA)
MARK A. DANN
    (DC Bar No. 484523)
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716
(202) 496-0400

June 24, 2005            Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing First Amended Class Action Complaint was served this 24th day of June, 2005, via certified first class mail (return receipt requested), upon Defendants and their counsel as follows:

> Hon. Norman Y. Mineta
> U.S. Department of Transportation
> 400 7th Street, S.W.
> Washington, DC 20590
>
> Hon. Marion C. Blakey
> Federal Aviation Administration
> 800 Independence Avenue, S.W.
> Washington, DC 20591
>
> Hon. Alberto Gonzales
> Attorney General
> U.S. Department of Justice
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530-0001
>
> Hon. Kenneth L. Wainstein
> United States Attorney
> 555 Fourth Street, N.W.
> Washington, DC  20350

> _____/s/_____
> JOSEPH D. GEBHARDT