**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KATHLEEN A. BREEN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 05-00654 (RWR) |
| | ) |
| NORMAN Y. MINETA | ) |
| SECRETARY OF TRANSPORTATION | ) |
| DEPARTMENT OF TRANSPORTATION, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**MOTION TO WITHDRAW**
**PLAINTIFFS LARRY D. URBAN AND STEVEN SZYMANSKI**

Plaintiffs Larry D. Urban and Steven Szymanski, by and through undersigned counsel, hereby move to withdraw from the above-captioned case.  Mr. Urban has stated that he wishes to withdraw in order to pursue his case before the Merit Systems Protection Board, and Mr. Szymanski has previously requested leave to withdraw from this Court.  See letters attached as Exhibits 1 and 2.

Undersigned counsel urges the Court to allow Mr. Urban and Mr. Szymanski to withdraw.  Counsel for Defendant Brian G. Kennedy stated that Defendant does not oppose this Motion with respect to Mr. Urban; undersigned counsel was not able to contact Mr. Kennedy by telephone with respect to Mr. Szymanski.  An appropriate Order accompanies this Motion.

```
                                        Respectfully submitted,



                                             /s/
                                        _____
                                        JOSEPH D. GEBHARDT
                                            (D.C. Bar No. 113894)
                                        CHARLES W. DAY, JR.
                                            (D.C. Bar No. 459820)
                                        GEBHARDT & ASSOCIATES, LLP,
                                        1101 17th Street, N.W.,
                                        Suite 807
                                        Washington, DC 20036-4716
                                        (202) 496-0400

January 25, 2006                        Attorneys for Plaintiffs
```