**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KATHLEEN A. BREEN, <u>et al</u>., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 05-00654 (RWR) |
| | ) |
| NORMAN Y. MINETA | ) |
| SECRETARY OF TRANSPORTATION | ) |
| DEPARTMENT OF TRANSPORTATION, <u>et al</u>., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**MOTION TO WITHDRAW PLAINTIFF PAUL CARHOON**

Plaintiff Paul Carhoon, by and through undersigned counsel, hereby moves to withdraw from the above-captioned case.  Mr. Carhoon has communicated his desire to withdraw in the attached letter.  <u>See</u> Exhibit 1.

Undersigned counsel urges the Court to allow Mr. Carhoon to withdraw.  Undersigned counsel has consulted with Brian Kennedy, attorney for Defendant, but at this time does not know whether Defendant consents or not, and Defendant consequently has a right to object.  An appropriate Order accompanies this Motion.

                                                Respectfully submitted,

                                                _____/s/_____
                                                JOSEPH D. GEBHARDT
                                                    (D.C. Bar No. 113894)
                                               CHARLES W. DAY, JR.
                                                    (D.C. Bar No. 459820)

|  |  |
|---|---|
|  | GEBHARDT & ASSOCIATES, LLP, <br> 1101 17th Street, N.W., <br> Suite 807 <br> Washington, DC 20036-4716 <br> (202) 496-0400 |
| January 25, 2006 | Attorneys for Plaintiffs |