RECEIVED
JAN 2 5 2006
GEBHARDT

January 23, 2006

Hon. Richard W. Roberts
1225 E. Barrett Prettyman
 United States Courthouse
333 Constitution Avenue, NW
Washington, DC  20001

Dear Hon. Roberts,

    Please accept this letter as notification that I have removed myself from the lawsuit pending in the United States District Court for the District of Columbia, <u>Breen et al. v. Department of Transportation and the Federal Aviation Administration</u>, Civil Action No. 05-00654, claiming age discrimination, effective on this 23rd day of January, 2006.

Sincerely,

Paul Cahoon,
Plaintiff

115 Ty Drive
Anniston, AL  36206

H) 256-820-7020

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this letter was served on this 23rd day of January, 2006 via certified first class mail (return receipt requested), upon the following:

Hon. Norman Y. Mineta
U.S. Department of Transportation
400 7th Street, SW
Washington, DC  20590

Hon. Marion C. Blakey
Federal Aviation Administration
800 Independence Avenue, SW
Washington, DC  20591

Hon. Alberto Gonzales
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

Hon. Kenneth L. Wainstein
United States Attorney
555 Fourth Street, NW
Washington, DC  20350

Mr. Joseph D. Gebhardt
Gebhardt & Associates, LLP
1101 17th Street, NW
Suite 807
Washington, DC  20036-4716

Hon. Jeremiah Cassidy
Administrative Judge
U. S. Merit Systems Protection Board
Office of Regional Operations
1615 M Street, NW
Washington, DC  20419-0002

Ms. Alexandra R. Randazzo, Esq.
Federal Aviation Administration
Office of the Chief Counsel
600 Independence Avenue, SW
Suite 1E100
Washington, DC  20591