IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
KATHLEEN A. BREEN, et al.,                )
                                          )
        Plaintiffs,                       )
                                          )
                v.                        )       Case No. 1:05CV00654-RWR
                                          )
NORMAN Y. MINETA, et al.,                 )
                                          )
        Defendants                        )
_____)

## DEFENDANTS' STATEMENT OF NON-OPPOSITION TO MOTION TO WITHDRAW OF PLAINTIFFS LARRY D. URBAN AND STEVEN SZYMANSKI

**1.** As correctly reported in the motion to withdraw of plaintiffs Larry D.
Urban and Steven Szymanski, undersigned counsel expressly consented to the
motion to withdraw with respect to Mr. Urban.

**2.** The motion indicates that plaintiffs' counsel were unable to contact
undersigned counsel for defendants with respect to the motion's application to Mr.
Szymanski prior to filing the motion.  However, plaintiffs' counsel had left a
voicemail with defendants' counsel approximately 50 minutes before filing the
motion.  Undersigned counsel understood (or, in retrospect, perhaps misunderstood)
that message as indicating that plaintiffs' counsel would assume that defendants
were also unopposed with respect to Szymanski unless defendant's counsel advised
otherwise.  Undersigned counsel did hear the message prior to the motion being
filed and made a conscious decision not to respond with the understanding (perhaps
not intended by plaintiffs) that non-response would constitute consent.  Accordingly,
because defendants' counsel intended that his non-response be deemed consent to

the motion, defendants have consented to this motion with respect to plaintiff

Szymanski.[1]

**3.** Defendants' response to the similar motion to withdraw of plaintiff Paul

Cahoon expresses some understandings of defendants with respect to that

withdrawal that in general also apply with respect to the proposed withdrawal of

plaintiffs Urban and Szymanski.[2] To the extent that these understandings may be

placed in the record with respect to the motion to withdraw of plaintiffs Urban and

Szymanski notwithstanding defendants' prior consent to the motion (the

understandings expressed do not, in our view, constitute opposition to the motion in

whole or in part), defendants hereby incorporate by reference in this response that

response to the motion to withdraw of plaintiff Paul Cahoon.

<div style="margin-left: 40%;">

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

</div>

---

[1] Because this intent was not known by plaintiffs' counsel, they appropriately did not rely on it. We do not suggest or understand plaintiffs to suggest that, as a general matter, a party's consent to a motion can be presumed from a request for consent followed by a non-response. In this instance, however, the actual intent of the non-response was to consent.

[2] Unlike Cahoon, Urban does not appear to contend before the MSPB that he was unaware that this action challenged the reduction in force. Szymanski's position on that point is less clear.

STUART A. LICHT
Assistant Branch Director
Civil Division


_____/s/ Brian G. Kennedy_____
BRIAN G. KENNEDY (D.C. Bar 228726)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.  Room 6104
Washington, D.C.  20530
Tel.: (202) 514-3357  Fax: (202) 616-8470
Email: brian.kennedy@usdoj.gov

Attorneys for Defendants