

UNITED STATES DISTRICT COURT
FOR TEE DISTRICT OF COLUMBIA

KATHLEEN A. BREEN, et al.,           )
                                     )
            Plaintiffs,              )
                                     )
    v.                               ) C.A. No. 05-00654 (RWR)
                                     )
NORMAN Y. MINETA                     )
SECRETARY OF TRANSPORTATION          )
DEPARTMENT OF TRANSPORTATION, et al.,)
                                     )
            Defendants.              )
_____)

ORDER

UPON CONSIDERATION OF Plaintiffs' Motion to Add Plaintiffs, Defendants' response, if any, and the full record, it is 'hereby this 30th day of March, 2006 ORDERED:

1. That Motion to Add Plaintiffs is GRANTED in part; and

2. That the following S-& 82 individuals shall henceforth be considered Plaintiffs in the above-captioned case:

| | |
|---|---|
| Amato, Dennis A. | Cramutolo, D. Thomas |
| ▇▇▇▇▇▇▇▇▇▇ | Critchfield, Jacquelin S. |
| Arnette, Earl J. | Cunningham, Patrick J. |
| Auld, Lynn V. | David, Bruce K. |
| Bakken, Marty E. | Davis, James D. |
| Barber, Stephen G. | Deatherage, Brian |
| Barlow, Edward Y. | DeGrande, Victor |
| Bennett, George F. | Dickinson, Brenda L. |
| Bermudez, Robert M. | Dukeman, James Charles |
| Blaine, III, James W. | Edmiston, Marjorie M. |
| Bobo, Johnny Dee | Emerson, Paul D. |
| Bryan, John C. | Fisher-Austin, Karen |
| Clark, Jerry M. | Flores, Richard L. |
| Coad, Gary Lee | Forster, Jon R. |
| Comisky, Kurt John | Foster, Richard D. |

Gerhard, Wendy Lou
Gleich, Brian D.
Gray, Michael A.
Green, Frederick L.
Griffith, 'Roger L.
Hammett, Diane Marie
Harzewski, Alan Edward
Impallomeni, Robert A.
Jaggers, Raymond J.
Komar, Thomas G.
Lagerson, Christina M.
Lamb,, Jerome D.
Lampi, Sharon Ann
Leander, Kirklew W.
Liebsch, Michael J.
Lippi, Fred Edward
Lowery, Timothy J.
Lunt, Robert Shelton
Luskin, III, Charles B.
Marcus, Craig James
Martin, William P.
Mauck, Richard D.
■■■■■■■■■■■■■■
Myrvold, Erik Andrew
Nagel, Herbert W.
Navratil, William Joseph
Norris, Wayne J.
Norris, III, Nelson Robert

Patterson, Ray
Pawlak, Ralph W.
Peck, James B.
Perry, James L.
Pipenur, Barbara G.
Pollreisz, Martin P.
Prior, Douglas
Quince, Valerie J.
Rajecki, Richard M.
Rieger, Steve
Riffle, Thomas S.
Robertson, Candie L.
Schuerman, Ronald E.
Showalter, William Edward
Smith, Brian D.
Stultz, Kenneth R.
Swailes, Robert Allen
Tingley, Prank J.
Tollerstad, Christer G.
Tucker, Carolynn L.
Vande Kieft, John H.
Warrington, Dwight B.
Wells John D.
Whelan, John
Williams, Linda Rose
Zimmerman, John M.

It is so Ordered.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE