# United States District Court
# For the District of Columbia

KATHLEEN A. BREEN, et al.,

    Plaintiff(s)   )

          vs.   )

MARY E. PETERS, Secretary of Transportation, et al.,

    Defendant(s)   )

**APPEARANCE**

CASE NUMBER  05-654-RWR

To the Clerk of this court and all parties of record:

Please enter the appearance of   Lenore C. Garon   as counsel in this
                              (Attorney's Name)

case for:   Plaintiffs Kathleen A. Breen, et al.
                    (Name of party or parties)

March 30, 2007
Date

*[Signature]*
Signature

172205
BAR IDENTIFICATION

Lenore C. Garon
Print Name

2412 Falls Place Court
Address

Falls Church, VA 22043
City    State    Zip Code

703-534-6662
Phone Number