UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
KATHLEEN A. BREEN, et al.,           )
                                     )
            Plaintiffs,              )
                                     )
      v.                             )  C.A. No. 05-00654 (RWR)
                                     )
MARY E. PETERS                       )
SECRETARY OF TRANSPORTATION          )
DEPARTMENT OF TRANSPORTATION, et al.,)
                                     )
            Defendants.              )
                                     )
```

## CONSENT MOTION FOR VOLUNTARY DISMISSAL OF 17 PLAINTIFFS

By and through their undersigned counsel, 17 Plaintiffs hereby move, pursuant to Fed. R. Civ. P. 41(a)(2) and with Defendants' consent, to be voluntarily dismissed from the above-captioned case, and in support of their Consent Motion state as follows:

1.   Pursuant to their Joint Meet and Confer Statement, the parties agreed that undersigned counsel would file a Praecipe with the Court indicating, inter alia, which Plaintiffs have elected to dismiss their age discrimination claims against the Defendants. See Joint Meet & Confer Stmt. at 2(a).

2.   While preparing their Praecipe, undersigned counsel were notified, in writing, that the following 17 Plaintiffs wish to withdraw from this lawsuit and that they authorized GEBHARDT & ASSOCIATES, LLP to immediately seek their voluntary dismissals from this case:

| | |
|---|---|
| John Bogusch | Jane Hart |
| Vernon L. Carder, Jr. | Jane M. Kolias |
| Stephen D. Cook | Eric R. Labrecque |
| James W. Curlin, Jr. | Candie L. Robertson |
| Peter N. Donatucci | James R. Scanlon |
| Kenneth Filewich | Jonathan H. Smith |
| Steven J. Gracia | Jeff Steffen |
| Scott L. Green | James H. Stephens[1] |
| Alice J. Haines | |

3.   Undersigned counsel informed each of these 17 Plaintiffs that by voluntarily dismissing their claims, they will receive no future benefit from the lawsuit.  These individuals responded, in writing, that they understood this to be true. See Exhibit 2 to this Consent Motion.  Undersigned counsel took the additional step of verifying, via certified letter, that each of these individuals were knowingly choosing to dismiss their claims. See e.g. Exhibit 3.  Accordingly, these 17 individuals are voluntarily electing to withdraw from the above-captioned case with full knowledge that they are waiving their rights to obtain any future remedies that may result from this case.

4.   In accordance with Local Civil Rule 7.1(m), counsel for the parties conferred about this Motion, and Defendants

---

[1] Exhibit 1 to this Consent Motion contains the last known mailing addresses and telephone numbers for each of these withdrawing Plaintiffs.

consent to the requested dismissals.

    For all of these reasons, this Consent Motion should be granted, and each of the 17 individuals listed above should be dismissed as a Plaintiff in the above-captioned case. An appropriate Order accompanies this Consent Motion.

                        Respectfully submitted,

                            /s/
                      JOSEPH D. GEBHARDT
                          (D.C. Bar No. 113894)
                      CHARLES W. DAY, JR.
                          (D.C. Bar No. 459820)
                      MARK A. DANN
                          (D.C. BAR No. 484523)
                      LENORE C. GARON
                          (D.C. BAR No. 172205)
                      GEBHARDT & ASSOCIATES, LLP
                      1101 17th Street, N.W.
                      Suite 807
                      Washington, DC 20036-4716
                      (202) 496-0400

May 8, 2007                Counsel for Plaintiffs