**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KATHLEEN A. BREEN, <u>et al</u>., )<br>)<br>　　　　Plaintiffs,　　　　　　　)<br>)<br>　v.　　　　　　　　　　　　　　)　C.A. No. 05-00654 (RWR)<br>)<br>MARY E. PETERS　　　　　　　　)<br>SECRETARY OF TRANSPORTATION　)<br>DEPARTMENT OF TRANSPORTATION, <u>et al</u>., )<br>)<br>　　　　Defendants.　　　　　　)<br>_____ ) | |

### PRAECIPE

Plaintiffs Kathleen A. Breen, <u>et al.</u>, by and through their undersigned counsel, hereby file this Praecipe to notify the Court that Plaintiffs Dorey A. Marcincuk, Joseph A. Marcincuk, and Michael P. Salimbene will continue to be represented by GEBHARDT & ASSOCIATES, LLP, and in support of this Praecipe state as follows:

　　1.　On May 8, 2007, undersigned counsel filed a Praecipe, which notified the Court which Plaintiffs were continuing to be represented by GEBHARDT & ASSOCIATES, LLP; which Plaintiffs have chosen to proceed <u>pro se</u>; and which Plaintiffs would be seeking voluntary dismissal of their claims.

　　2.　As of May 8, 2007, 723 Plaintiffs (listed in Exhibit 2 to the Praecipe) had indicated that they wished to proceed <u>pro se</u>, including Plaintiffs Dorey A. Marcincuk, Joseph A. Marcincuk, and Michael P. Salimbene.

　　3.　However, after the Praecipe's filing, Plaintiffs Marcincuk, Marcincuk, and Salimbene contacted undersigned

counsel and indicated that they wished to now be represented by GEBHARDT & ASSOCIATES, LLP; and undersigned counsel has agreed to continue representing them.

                                            Respectfully submitted,

                                            _____/s/_____
                                            JOSEPH D. GEBHARDT
                                                (D.C. Bar No. 113894)
                                            CHARLES W. DAY, JR.
                                                (D.C. Bar No. 459820)
                                            MARK A. DANN
                                                (D.C. BAR No. 484523)
                                            LENORE C. GARON
                                                (D.C. BAR No. 172205)
                                            GEBHARDT & ASSOCIATES, LLP
                                            1101 17th Street, N.W.
                                            Suite 807
                                            Washington, DC 20036-4716
                                            (202) 496-0400

May 15, 2007                          Counsel for Plaintiffs