# EXHIBIT 2

8.    **Case Participation**:

I wish to be represented in this lawsuit by GEBHARDT & ASSOCIATES, LLP and my initial ▐▐▐▐▐ payment is ☐ enclosed or is ☐ being paid by credit card.
Yes: _____    No: _____

I wish to be dismissed from this lawsuit and authorize GEBHARDT & ASSOCIATES, LLP to immediately seek my dismissal. I understand that, as a result of my dismissal, I will receive no benefit from the lawsuit.
Yes: _____    No: _____

I wish to represent myself (<u>pro se</u>) in this lawsuit, and do not desire representation from GEBHARDT & ASSOCIATES, LLP. I understand that if I do not respond I will be considered <u>pro se</u>.
Yes: ✗    No: _____

_____        _____
Signature                                                                      Date   02/25/07

Page 5 of 5

GEBHARDT

MAY 0 1 2007

RECEIVED

May 1, 2007

Gebhardt and Associates, LLP
1101 17ᵗʰ Street, N.W. Suite 807
Washington, D.C. 20036-4716

Dear Mr. Gebhardt;

This letter is written per our conversation and your request on yesterday, April 30, 2007.
At this time I am asking for a full refund of my retainer fee paid to you ▰▰▰▰▰▰▰▰
▰▰▰▰▰▰▰▰▰▰▰▰) on the lawsuit  against the Federal Aviation Administration
(FAA).
I will still continue as a plaintiff on the lawsuit against the FAA, but without being
represented personally by your firm.  You informed me on yesterday that I can elect not
to be represented by your firm and that you will give me a full refund of $2500.00.
Please, make arrangements with me to either; pick-up the check, next-day post office
mail, or money transfer.
Your consideration to this letter is greatly appreciated.
Thank You.

Sincerely

Angela B. Bowman
Angela B. Bowman
Cell 256-343-6075
Fax  703-406-8350

Remington Apartments @ Dulles Town Center
21065 Stanford Square  Apt 300
Sterling, Va.  20166

8.   **Case Participation**:

I wish to be represented in this lawsuit by GEBHARDT & ASSOCIATES, LLP and my
initial ▬▬▬ payment is ☐ enclosed or is ☐ being paid by credit card.
Yes: _____   No: _____

I wish to be dismissed from this lawsuit and authorize GEBHARDT & ASSOCIATES, LLP
to immediately seek my dismissal.  I understand that, as a result of my dismissal, I will
receive no benefit from the lawsuit.
Yes: _____   No: _____

I wish to represent myself (<u>pro se</u>) in this lawsuit, and do not desire representation from
GEBHARDT & ASSOCIATES, LLP.  I understand that if I do not respond I will be
considered <u>pro se</u>.
Yes: ✕   No: _____

_____          _____2/21/07_____
Signature                                                                              Date

Page 5 of 5

8.     **Case Participation**:

I wish to be represented in this lawsuit by GEBHARDT & ASSOCIATES, LLP and my initial ███████ payment is ☐ enclosed or is ☐ being paid by credit card.
Yes: _____   No: _____

I wish to be dismissed from this lawsuit and authorize GEBHARDT & ASSOCIATES, LLP to immediately seek my dismissal.  I understand that, as a result of my dismissal, I will receive no benefit from the lawsuit.
Yes: _____   No: _____

I wish to represent myself (pro se) in this lawsuit, and do not desire representation from GEBHARDT & ASSOCIATES, LLP.  I understand that if I do not respond I will be considered pro se.
Yes: ✓   No: _____

_____          3/3/2007
Signature                                                                   Date

Page 5 of 5

8.    **Case Participation**:

I wish to be represented in this lawsuit by GEBHARDT & ASSOCIATES, LLP and my initial ████████ payment is ☐ enclosed or is ☐ being paid by credit card.
Yes: _____   No: _____

I wish to be dismissed from this lawsuit and authorize GEBHARDT & ASSOCIATES, LLP to immediately seek my dismissal.  I understand that, as a result of my dismissal, I will receive no benefit from the lawsuit.
Yes: _____   No: _____

I wish to represent myself (pro se) in this lawsuit, and do not desire representation from GEBHARDT & ASSOCIATES, LLP.  I understand that if I do not respond I will be considered pro se.
Yes: _✓_   No: _____

_Kenneth C Currier_                          _3/3/07_
Signature                                    Date

Page 5 of 5

8.    **Case Participation**:

I wish to be represented in this lawsuit by GEBHARDT & ASSOCIATES, LLP and my
initial ████ payment is ☐ enclosed or is ☐ being paid by credit card.
Yes: _____    No: _____

I wish to be dismissed from this lawsuit and authorize GEBHARDT & ASSOCIATES, LLP
to immediately seek my dismissal.  I understand that, as a result of my dismissal, I will
receive no benefit from the lawsuit.
Yes: _____    No: _____

I wish to represent myself (pro se) in this lawsuit, and do not desire representation from
GEBHARDT & ASSOCIATES, LLP.  I understand that if I do not respond I will be
considered pro se.
Yes: ✓    No: _____

_____Martha L Grimsley_____          March 3, 2007
Signature                                                        Date

Page 5 of 5

8.     **Case Participation**:

I wish to be represented in this lawsuit by GEBHARDT & ASSOCIATES, LLP and my
initial ████ payment is ☐ enclosed or is ☐ being paid by credit card.
Yes: _____   No: _____

I wish to be dismissed from this lawsuit and authorize GEBHARDT & ASSOCIATES, LLP
to immediately seek my dismissal.  I understand that, as a result of my dismissal, I will
receive no benefit from the lawsuit.
Yes: _____   No: _____

I wish to represent myself (pro se) in this lawsuit, and do not desire representation from
GEBHARDT & ASSOCIATES, LLP.  I understand that if I do not respond I will be
considered pro se.
Yes: _X_   No: _____

_Georgianne D'anjou_                                    _3/5/07_
Signature                                                Date

Page 5 of 5

8.   **Case Participation:**

I wish to be represented in this lawsuit by GEBHARDT & ASSOCIATES, LLP and my
initial ▓▓▓▓ payment is ☐ enclosed or is ☐ being paid by credit card.
Yes: _____   No: _____

I wish to be dismissed from this lawsuit and authorize GEBHARDT & ASSOCIATES, LLP
to immediately seek my dismissal.  I understand that, as a result of my dismissal, I will
receive no benefit from the lawsuit.
Yes: _____   No: _____

I wish to represent myself (pro se) in this lawsuit, and do not desire representation from
GEBHARDT & ASSOCIATES, LLP.  I understand that if I do not respond I will be
considered pro se.
Yes: _✓_   No: _____

_____          MARCH 24, 2007
Signature                                                                      Date

Page 5 of 5

8.   **Case Participation**:

I wish to be represented in this lawsuit by GEBHARDT & ASSOCIATES, LLP and my initial ███████ payment is ☐ enclosed or is ☐ being paid by credit card.
Yes: \_\_\_\_   No: \_\_\_   *CAN NOT AFFORD IT.*

I wish to be dismissed from this lawsuit and authorize GEBHARDT & ASSOCIATES, LLP to immediately seek my dismissal.  I understand that, as a result of my dismissal, I will receive no benefit from the lawsuit.
Yes: \_\_\_\_   No: \_\_\_\_

I wish to represent myself (pro se) in this lawsuit, and do not desire representation from GEBHARDT & ASSOCIATES, LLP.  I understand that if I do not respond I will be considered pro se.
Yes: ✓   No: \_\_\_\_

_____          02/20/07
Signature                                               Date

Page 5 of 5

8.     **Case Participation:**

I wish to be represented in this lawsuit by GEBHARDT & ASSOCIATES, LLP and my
initial ▮▮▮▮ payment is ☐ enclosed or is ☐ being paid by credit card.
Yes: _____   No: _____

I wish to be dismissed from this lawsuit and authorize GEBHARDT & ASSOCIATES, LLP
to immediately seek my dismissal.  I understand that, as a result of my dismissal, I will
receive no benefit from the lawsuit.
Yes: _____   No: _____

I wish to represent myself (pro se) in this lawsuit, and do not desire representation from
GEBHARDT & ASSOCIATES, LLP.  I understand that if I do not respond I will be
considered pro se.
Yes: ✓   No: _____

_____        ___2/25/07___
Signature                                          Date

Page 5 of 5

8. **Case Participation**:

I wish to be represented in this lawsuit by GEBHARDT & ASSOCIATES, LLP and my initial ▮▮▮▮▮ payment is ☐ enclosed or is ☐ being paid by credit card.
Yes: ____  No: X

I wish to be dismissed from this lawsuit and authorize GEBHARDT & ASSOCIATES, LLP to immediately seek my dismissal.  I understand that, as a result of my dismissal, I will receive no benefit from the lawsuit.
Yes: ____  No: X

I wish to represent myself (pro se) in this lawsuit, and do not desire representation from GEBHARDT & ASSOCIATES, LLP.  I understand that if I do not respond I will be considered pro se.
Yes: X  No: ____

Signature _____          Date 3/6/07

Page 5 of 5

8.   **Case Participation**:

I wish to be represented in this lawsuit by GEBHARDT & ASSOCIATES, LLP and my initial ███ payment is ☐ enclosed or is ☐ being paid by credit card.
Yes: _____   No: _____

I wish to be dismissed from this lawsuit and authorize GEBHARDT & ASSOCIATES, LLP to immediately seek my dismissal.  I understand that, as a result of my dismissal, I will receive no benefit from the lawsuit.
Yes: _____   No: _____

I wish to represent myself (pro se) in this lawsuit, and do not desire representation from GEBHARDT & ASSOCIATES, LLP.  I understand that if I do not respond I will be considered pro se.
Yes: _X_   No: _____

_Randell L. Libs_                                    _3-1-07_
Signature                                              Date

Page 5 of 5

8.    **Case Participation**:

I wish to be represented in this lawsuit by GEBHARDT & ASSOCIATES, LLP and my
initial ▋▋▋ payment is ☐ enclosed or is ☐ being paid by credit card.
Yes: _____    No: _____

I wish to be dismissed from this lawsuit and authorize GEBHARDT & ASSOCIATES, LLP
to immediately seek my dismissal.  I understand that, as a result of my dismissal, I will
receive no benefit from the lawsuit.
Yes: _____    No: _____

I wish to represent myself (<u>pro se</u>) in this lawsuit, and do not desire representation from
GEBHARDT & ASSOCIATES, LLP.  I understand that if I do not respond I will be
considered <u>pro se</u>.
Yes: _____    No: _____

_____          _____
Signature                                                                      3-4-07

CAN'T AFFORD IT, KIDS IN COLLEGE.                    Date

                                                                  Page 5 of 5

8.     **Case Participation**:

I wish to be represented in this lawsuit by GEBHARDT & ASSOCIATES, LLP and my initial ▮▮▮▮ payment is ☐ enclosed or is ☐ being paid by credit card.
Yes: _____   No: _____

I wish to be dismissed from this lawsuit and authorize GEBHARDT & ASSOCIATES, LLP to immediately seek my dismissal.  I understand that, as a result of my dismissal, I will receive no benefit from the lawsuit.
Yes: _____   No: _____

I wish to represent myself (pro se) in this lawsuit, and do not desire representation from GEBHARDT & ASSOCIATES, LLP.  I understand that if I do not respond I will be considered pro se.
Yes: ✓   No: _____

_Robert Pedraja_
**Signature**

_3-5-07_
**Date**

Page 5 of 5

8.   **Case Participation**:

I wish to be represented in this lawsuit by GEBHARDT & ASSOCIATES, LLP and my
initial ~~payment~~ payment is ☒ enclosed or is ☐ being paid by credit card.
Yes: ~~Yes~~ No: ____

I wish to be dismissed from this lawsuit and authorize GEBHARDT & ASSOCIATES, LLP
to immediately seek my dismissal.  I understand that, as a result of my dismissal, I will
receive no benefit from the lawsuit.
Yes: ____   No: ____

I wish to represent myself (pro se) in this lawsuit, and do not desire representation from
GEBHARDT & ASSOCIATES, LLP.  I understand that if I do not respond I will be
considered pro se.
Yes: _X_   No: ____

_Frances D. Siedlee_                              _3/3/07_
Signature                                          Date

Page 5 of 5

8.     **Case Participation**:

I wish to be represented in this lawsuit by GEBHARDT & ASSOCIATES, LLP and my
initial ▆▆▆▆ payment is ☐ enclosed or is ☐ being paid by credit card.
Yes: _____   No: _____

I wish to be dismissed from this lawsuit and authorize GEBHARDT & ASSOCIATES, LLP
to immediately seek my dismissal.  I understand that, as a result of my dismissal, I will
receive no benefit from the lawsuit.
Yes: _____   No: _____

I wish to represent myself (pro se) in this lawsuit, and do not desire representation from
GEBHARDT & ASSOCIATES, LLP.  I understand that if I do not respond I will be
considered pro se.
Yes: ✓   No: _____

_____          3-8-05
Signature                                                    Date

would have liked to continue In suit but with
Pending Relocation to Ashburn VA. unable ▆▆▆▆ with
College And other INCREASES IN Expenses. Thank you for
your effort to this point.   DES

                                                                    Page 5 of 5

8.    **Case Participation**:

I wish to be represented in this lawsuit by GEBHARDT & ASSOCIATES, LLP and my initial ████ payment is ☐ enclosed or is ☐ being paid by credit card.
Yes: _____    No: ╳

I wish to be dismissed from this lawsuit and authorize GEBHARDT & ASSOCIATES, LLP to immediately seek my dismissal. I understand that, as a result of my dismissal, I will receive no benefit from the lawsuit.
Yes: _____    No: ╳

I wish to represent myself (pro se) in this lawsuit, and do not desire representation from GEBHARDT & ASSOCIATES, LLP. I understand that if I do not respond I will be considered pro se.
Yes: ╳    No: _____

_____    3/8/07
Signature                                        Date

Page 5 of 5

8.      **Case Participation**:

I wish to be represented in this lawsuit by GEBHARDT & ASSOCIATES, LLP and my initial ███████ payment is ☐ enclosed or is ☐ being paid by credit card.
Yes: _____   No: _____

I wish to be dismissed from this lawsuit and authorize GEBHARDT & ASSOCIATES, LLP to immediately seek my dismissal.  I understand that, as a result of my dismissal, I will receive no benefit from the lawsuit.
Yes: _____   No: _____

I wish to represent myself (pro se) in this lawsuit, and do not desire representation from GEBHARDT & ASSOCIATES, LLP.  I understand that if I do not respond I will be considered pro se.
Yes: _X_   No: _____

_Ellen P. _____          3/23/07
Signature                                                      Date

Page 5 of 5

8.    **Case Participation**:

I wish to be represented in this lawsuit by GEBHARDT & ASSOCIATES, LLP and my initial ████ payment is ☐ enclosed or is ☐ being paid by credit card.
Yes: _____   No: _____

I wish to be dismissed from this lawsuit and authorize GEBHARDT & ASSOCIATES, LLP to immediately seek my dismissal.  I understand that, as a result of my dismissal, I will receive no benefit from the lawsuit.
Yes: _____   No: _____

I wish to represent myself (pro se) in this lawsuit, and do not desire representation from GEBHARDT & ASSOCIATES, LLP.  I understand that if I do not respond I will be considered pro se.
Yes: _X_   No: _____

_____                    _23 April 07_
Signature                                                                      Date

Page 5 of 5

8.    **Case Participation**:

I wish to be represented in this lawsuit by GEBHARDT & ASSOCIATES, LLP and my initial ███████ payment is ☐ enclosed or is ☐ being paid by credit card.
Yes: _____   No: _✗_

I wish to be dismissed from this lawsuit and authorize GEBHARDT & ASSOCIATES, LLP to immediately seek my dismissal. I understand that, as a result of my dismissal, I will receive no benefit from the lawsuit.
Yes: _____   No: _✗_

I wish to represent myself (pro se) in this lawsuit, and do not desire representation from GEBHARDT & ASSOCIATES, LLP. I understand that if I do not respond I will be considered pro se.
Yes: _✗_   No: _____

_____     _3/6/2007_
Signature                                                  Date

Page 5 of 5