# EXHIBIT 3

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

KATHLEEN A. BREEN, <u>et al</u>.,            )
                                             )
                    Plaintiffs,              )
                                             )
        v.                                   )  C.A. No. 05-00654 (RWR)
                                             )
MARY E. PETERS                               )
SECRETARY OF TRANSPORTATION                  )
DEPARTMENT OF TRANSPORTATION, <u>et al</u>., )
                                             )
                    Defendants.              )
_____       )

## <u>NOTICE TO PLAINTIFF</u>

You are a Plaintiff in the above-captioned age discrimination case against the Federal Aviation Administration.  The attorneys of GEBHARDT & ASSOCIATES, LLP, who currently represent the Plaintiffs in this case, have attempted to contact you through several different means of communication, including two detailed letters, in an effort to determine whether you wish to continue being represented by our law firm.  You have either indicated that you do not wish for GEBHARDT & ASSOCIATES to represent you, or you have not responded to these communication efforts, which has been understood as an indication that you wish to represent yourself.  Accordingly, GEBHARDT & ASSOCIATES has filed the enclosed Motion with the Court, indicating that you no longer wish to be represented by our firm.

Local Rule 83.6(c) of the U.S. District Court for the District of Columbia states that "a motion to withdraw an appearance shall be accompanied by a certificate of service listing the party's last known address and stating that the attorney has served upon the party a copy of the motion and a notice advising the party to obtain other counsel, or, if the party intends to conduct the case <u>pro se</u> or to object to the withdrawal, to so notify the Clerk in writing within five days of service of the motion."

Accordingly, we are advising you that you may obtain other counsel to represent you in this matter.  Alternatively, you may represent yourself (<u>pro se</u>).  If you intend to represent yourself or wish to object to this Motion, you should contact the Clerk of Court in writing by no later than **June 25, 2007**, at: Clerk of Court, U.S. District Court for the District of Columbia, 333 Constitution Ave., N.W., Washington, DC 20001.  Also, to effectuate future communications with the parties and/or the Court, please provide GEBHARDT & ASSOCIATES, LLP, with your email address by sending an email to FAACase@covad.net.  Thank you.