**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

KATHLEEN A. BREEN, <u>et al</u>.,          )
                                          )
                    Plaintiffs,           )
                                          )
          v.                              )  C.A. No. 05-00654 (RWR)
                                          )
MARY E. PETERS                            )
SECRETARY OF TRANSPORTATION               )
DEPARTMENT OF TRANSPORTATION, <u>et al</u>.,  )
                                          )
                    Defendants.           )
_____       )

**PLAINTIFFS' NOTICE OF SERVICE**

I HEREBY CERTIFY that a copy of the following Notice to Plaintiff, Motion to Withdraw as Counsel for 714 Plaintiffs, Memorandum of Points and Authorities in Support of Motion to Withdraw as Counsel for 714 Plaintiffs, and the proposed Order was served this 13th day of June, 2007, via first class mail, postage prepaid, upon the 714 Plaintiffs listed in Exhibit 1 and the Certificate of Service, which were both filed with the Court on June 8, 2007. Copies of Exhibit 1 (names and addresses of 714 Plaintiffs) and Exhibit 2 (letters from 20 Plaintiffs requesting <u>pro se</u> status) are not being mailed because of their voluminous nature, but are available to any Plaintiff upon written request to undersigned counsel within 30 days of the date of this Notice.

                    _____/s/_____
                    JOSEPH D. GEBHARDT