**Kennedy, Brian (CIV)**

**From:** Bill Day [billday@covad.net]
**Sent:** Tuesday, June 12, 2007 5:41 PM
**To:** Kennedy, Brian (CIV)
**Subject:** RE: Missing exhibits?

Brian,

The letters cited are not exhibits, and we object to producing them on the basis of the attorney-client privilege. The letters are confidential communications to our clients (including employees who will remain clients after the Motion to Withdraw) for the purpose of arranging legal representation. Other than the selections we quoted, we do not waive the privilege with respect to these letters which deal with other aspects of our representation.

Very truly yours,

Bill Day

Charles W. Day, Jr.
Attorney at Law
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W., Suite 807
Washington, DC 20036
(202) 496-0400
billday@covad.net

This email message contains confidential information intended only for the use of the individual or entity to whom it is addressed. It may also be an attorney-client communication or attorney work product and may therefore be legally privileged. If the reader of this message is not the intended recipient, you are notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify me by email and destroy all paper and electronic copies. We appreciate your compliance.

---

**From:** Kennedy, Brian (CIV) [mailto:Brian.Kennedy@usdoj.gov]
**Sent:** Tuesday, June 12, 2007 2:00 PM
**To:** Bill Day; Joseph Gebhardt
**Cc:** Berman, Marcia (CIV); Jaffe, William (CIV)
**Subject:** Missing exhibits?

Your motion to withdraw quotes from and describes a letter of February 16, 2007 (quoted in your brief at 2) and a letter of April 17, 2007 (quoted at 3). I can't seem to find those exhibits, however. Can you point me to them or shoot over new copies. Thanks.

06/22/2007