

**National Association Of Air Traffic Specialists**

P (301) 933-6228
F (301) 933-3902
11303 Amherst Avenue, Suite 4
Wheaton, Maryland 20902

www.naats.org

January 29, 2005

Gebhardt &Associates, LLP
Mr. Joseph D. Gebhardt
1101 17th Street, N.W.
Suite 607
Washington, DC  20036-4718

Dear Mr. Gebhardt:

The National Association of Air Traffic Specialists (NAATS) would like to engage your firm to represent our members in an age discrimination claim against the Federal Aviation Administration (FAA).

Our understanding of the agreement is your firm will charge us $250.00 per hour for services and if there is any monetary award 10 percent of the final award.  We will send your firm a $10,000.00 retainer the week of January 31st to begin.

If you have any problems with the details above, please let me know as soon as possible.

Sincerely,

*Kathleen A. B.*

Kathleen A. Breen
President

A