

**National Association Of Air Traffic Specialists**

P (301) 933-6228
F (301) 933-3902
11303 Amherst Avenue, Suite 4
Wheaton, Maryland 20902

www.naats.org

February 01, 2005

Gebhardt & Associates, LLP
Mr. Joseph D. Gebhardt
1101 17th Street, N.W.
Suite 607
Washington, DC  20036-4718

Re:  Age Discrimination Complaint

Dear Mr. Gebhardt:

    I am writing to retain you and your law firm, Gebhardt & Associates, LLP, to file an age discrimination claim on my behalf, as part of the age discrimination action organized by the National Association of Air Traffic Specialists (NAATS).  My date of birth is October 10, 1960;  thus, I am over 40 years old.  I am now employed as an Air Traffic Control Specialist in the Flight Service Option by the Federal Aviation Administration (FAA).

    I request that you file on my behalf an appropriate complaint or notice alleging age discrimination that adversely affects my employment, salary, benefits, and retirement benefits.  If I were not adversely affected, under the current system, I would be eligible to initially retire as of October 10, 2010.

    My name and address are:  Kathleen A. Breen P.O. Box 279 Jewett City, CT  06351.  My personal email address is Kate60@aol.com.  My telephone number is (860) 460-5331.

Sincerely,

*Kathleen A. Breen*
Kathleen A. Breen

B