**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KATHLEEN A. BREEN, <u>et al.</u>, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 05-00654 (RWR) |
| | ) |
| MARY E. PETERS | ) |
| SECRETARY OF TRANSPORTATION | ) |
| DEPARTMENT OF TRANSPORTATION, <u>et al.</u>, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**CERTIFICATE OF SERVICE REGARDING DISCOVERY**

I HEREBY CERTIFY that a copy of the following 61 Plaintiffs'[1] Responses to Defendants' First Set of Interrogatories and Requests for Production of Documents, Index II to Plaintiffs' First Document Responses (Anderson through Weaver), and Plaintiffs' corresponding First Document Responses (Bates Stamp P02436-P03000) was served this 13th day of July, 2007, via hand-delivery, upon counsel for the Defendants as follows:

>    Brian G. Kennedy, Esq.
>    U.S. Department of Justice
>    20 Massachusetts Avenue, N.W.
>    Room 6104
>    Washington, DC 20530

>                /s/
>    CHARLES W. DAY, JR.
>    GEBHARDT & ASSOCIATES, LLP
>    1101 17th Street, N.W.
>    Suite 807
>    Washington, DC 20036-4716

>    Counsel for Plaintiffs

1.   Plaintiffs responding at this time are the following:

| | |
|---|---|
| Jonathan C. Anderson | Karl J. Simonyak |
| Ernesto V. Cantu | Steven A. Sims |
| Montie A. Condry | Joseph M. Skinner |
| Michael D. Crain | David A. Stich |
| Donna Jo Crigler | William A. Straube |
| Gary A. Crigler | Rebecca L. Teborek |
| Bruce K. David | Ronald L. Teems |
| Michael R. Duff | Norbert L. Teifert |
| Franklin E. Eastman | John N. Tollini |
| Delia G. Hale | Carlos G. Torres |
| Samuel S. Hipp | Milton J. Torres, III |
| Jeffrey L. Huie | Joseph A. Travagliato |
| Mark D. Jaffe | Jimmie A. Trekell |
| Kelly I. Kendrick | Robert M. Venable |
| Stephen J. Killgore | David A. Vogan |
| Ronald S. Leicht | James E. Weaver |
| John C. MacLeod | |
| John A. MacNeil | |
| William P. Martin | |
| Nicholas McClain | |
| Paul McConnellogue | |
| Malcolm M. McKean | |
| Pamela L. McPhillips | |
| Michael D. Milam | |
| Gregory M. Mitchell | |
| David S. Morrison | |
| Scott T. Morrissy | |
| Roger D. Munro | |
| Lawrence G. Myers, Jr | |
| Peter G. Olsen | |
| Eugene R. Otterbein, Sr. | |
| Michael R. Palm | |
| Terry L. Patterson | |
| Michael D. Piccola, Jr. | |
| Carl E. Pollard | |
| David J. Ritter | |
| Charles H. Robinson | |
| James A. Ruggiero | |
| Gail A. Rusch | |
| Michael P. Salimbene | |
| Vickie L. Sandy | |
| Mark G. Senter | |
| Michael J. Sheldon | |
| Wayne L. Shepard | |
| Michael E. Shew | |