UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
KATHLEEN A BREEN, et al.,            )
                                      )
        Plaintiffs,                   )
                                      )
    v.                                )   Civil Action No.: 1:05CV00654 (RWR)
                                      )
MARY E. PETERS, et al.,               )
                                      )
        Defendants.                   )
_____)

**CONSENT NOTICE**

Pursuant to this Court's Scheduling Order dated February 9, 2007, Dkt. # 53, the parties hereby notify the Court that they have agreed to alter (1) the deadline for the parties to serve their Rule(a)(2)(B) Expert Reports from September 5, 2007, to sixty days after the disposition of defendants' Motion to Bifurcate Discovery and Trial on Liability and Damages, Dkt. # 78, and (ii) the time in which to serve the reports in response to the Rule 26(a)(2)(B) Expert Reports from October 22, 2007, to thirty days after the deadline for Rule 26(a)(2)(B) Reports.

Respectfully submitted,

| | |
|---|---|
| */s/ Joseph D. Gebhardt* | PETER D. KEISLER |
| JOSEPH D. GEBHARDT | Assistant Attorney General |
| (D.C. Bar No. 113894) | |
| CHARLES W. DAY, JR. | JEFFREY A. TAYLOR |
| (D.C. Bar No. 459820) | United States Attorney |
| MARK A. DANN | |
| (D.C. Bar No. 484523) | STUART A. LICHT |
| LENORE C. GARON | Assistant Branch Director |
| (D.C. Bar No. 1772205) | Civil Division |
| GEBHARDT AND ASSOCIATES, LLP | |
| 1101 17th Street, N.W. | ____/s/ *Brian G. Kennedy*_____ |
| Suite 807 | BRIAN G. KENNEDY |
| Washington, DC 20036-4716 | (D.C. Bar # 228726) |
| (202) 496-0400 | MARCIA BERMAN |
| | (PA Bar # 66168) |
| Attorneys for Plaintiffs | WILLIAM B. JAFFE |

(NY Bar)
ADAM D. KIRSCHNER
(IL Bar # 6286601)
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, N.W.
Room 6104
Washington, D.C. 20530
Tel.: (202) 514-3357
Fax: (202) 616-8470
Email: brian.kennedy@usdoj.gov

Attorneys for Defendants