**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
KATHLEEN A. BREEN, et al.,         )
                                   )
       Plaintiffs,                 )
                                   )
                                   )
                                   )   Case No. 05-00654(RWR)
                                   )
MARY E. PETERS                     )
SECRETARY OF TRANSPORTATION        )
DEPARTMENT OF TRANSPORTATION,      )
                  et al.,          )
       Defendants.                 )
                                   )
```

**NOTICE OF APPEARANCE**

Please enter the appearance of Valencia R. Rainey as a counsel for the Plaintiffs in the above-captioned case.

Respectfully submitted,

          /s/
JOSEPH D. GEBHARDT
    (DC Bar No. 113894)
VALENCIA R. RAINEY
    (DC Bar No. 435254)
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716
(202) 496-0400
(202) 496-0404 (fax)

September 14, 2007          Attorneys for Plaintiff

I HEREBY CERTIFY that a copy of the foregoing Plaintiffs' Notice of Filing was served this 14th day of September, 2007, via electronic filing through the Court, upon counsel for Defendant as follows:

>Brian G. Kennedy, Esq.
>U.S. Department of Justice
>20 Massachusetts Avenue, N.W.
>Room 6104
>Washington, DC 20530

>              /s/
>JOSEPH D. GEBHARDT