**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| KATHLEEN A. BREEN, <u>et al</u>., | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) C.A. No. 05-00654 (RWR) |
|  | ) |
| MARY E. PETERS | ) |
| SECRETARY OF TRANSPORTATION | ) |
| DEPARTMENT OF TRANSPORTATION, <u>et al</u>., | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

**NOTICE OF FILING**

Pursuant to the Order of the Court, Plaintiffs Kathleen A. Breen, <u>et al</u>., by and through undersigned counsel, and after consultation with Defendants, hereby submit the attached names of 694 Plaintiffs to aid the Court in issuing a Show Cause Order. An identical list including addresses will be emailed to chambers per the instructions of the presiding Judge.

                                                Respectfully submitted,

                                                    /s/
                                          JOSEPH D. GEBHARDT
                                              (D.C. Bar No. 113894)
                                          CHARLES W. DAY, JR.
                                              (D.C. Bar No. 459820)
                                          MARK A. DANN
                                              (D.C. BAR No. 484523)
                                          LENORE C. GARON
                                              (D.C. BAR No. 172205)
                                          GEBHARDT & ASSOCIATES, LLP
                                          1101 17th Street, N.W.
                                          Suite 807
                                          Washington, DC 20036-4716
                                          (202) 496-0400

September 21, 2007                       Counsel for Plaintiffs