**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KATHLEEN A BREEN, et al.,     ) | |
|     ) | |
|     Plaintiffs,     ) | |
|     ) | |
| v.     ) | Civil Action No.: 1:05CV00654 (RWR) |
|     ) | |
| MARY E. PETERS, et al.,     ) | |
|     ) | |
|     Defendants.     ) | |
|     ) | |

**NOTICE OF PROPOSED ORDER TO SHOW CAUSE**

Defendants, by and through their respective undersigned counsel, hereby are submitting a proposed Order to Show Cause for why the following individuals should not have their claims dismissed: (a) the individuals identified by the Court who have elected to represent themselves but who have not entered a notice of appearance and (b) the remaining individuals for whom undersigned counsel for the plaintiffs moved to withdraw as counsel.  See Minute Order, September 14, 2007.  Mailing labels for these 714 individuals will be submitted to the Court via electronic mail.

Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General

        JEFFREY A. TAYLOR
        United States Attorney

        STUART A. LICHT
        Assistant Branch Director
        Civil Division

        ____/s/ *Adam D. Kirschner*_____
        ADAM D. KIRSCHNER
        (IL Bar # 6286601)

BRIAN G. KENNEDY
(D.C. Bar # 228726)
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, N.W.
Room 7126
Washington, D.C. 20530
Tel.: (202) 353-9265
Fax: (202) 616-8470
Email: adam.kirschner@usdoj.gov