**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KATHLEEN A BREEN, <u>et</u> <u>al</u>., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MARY E. PETERS, <u>et</u> <u>al</u>., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No.: 1:05CV00654 (RWR) |

**<u>ORDER TO SHOW CAUSE</u>**

This Order to Show Cause is being sent to you as one of over 700 of the plaintiffs in this action. You and the other plaintiffs alleged that the defendants eliminated your and other plaintiffs' positions with the Federal Aviation Administration as flight service specialists in violation of the Age Discrimination in Employment Act. The attorneys who had represented you in this matter have sought to withdraw as your counsel, and you did not oppose that motion. This Order to Show Cause is to give you an opportunity either to tell the Court that you will represent yourself or to have another attorney enter an appearance on your behalf. If you do not choose to be represented in this matter, then your claims will be dismissed unless you can "show cause," (*i.e.*, explain in a written submission to the Court) why your claims should remain pending. If you do not respond in writing to this Order to Show Cause, you will dismissed from this action.

If you wish to enter an appearance to represent yourself, you must contact the Clerk of this Court (it is not enough to contact the attorneys for one or both of the parties) and provide the Clerk with your address, phone number, and e-mail address. The Clerk's address is

        Clerk, United States District Court for the District of Columbia
        333 Constitution Avenue, N.W.
        Washington, D.C. 20001

The phone number of the Clerk's office is (202) 354-3000.

      Accordingly:

      You are hereby ORDERED within ten days of the date of this order to either 1) enter an appearance either through counsel or pro se or 2) SHOW CAUSE for why all claims of such plaintiff in this action should not be dismissed.

                                                           RICHARD W. ROBERTS
                                                           United States District Judge

_____
Date