**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
_____
                            )
KATHLEEN A. BREEN et al.,    )
                            )
          Plaintiffs,        )
                            )
          v.                 )          Civil Action No. 05-654(RWR)
                            )
MARY E. PETERS et al.,       )
                            )
          Defendants.        )
_____)
```

**ORDER SETTING DEADLINE FOR ENTERING APPEARANCE**

Plaintiffs who intend to proceed pro se in this action are directed to file with the Clerk of Court by November 29, 2007, a notice of pro se appearance, by mailing the completed enclosed notice listing contact information to:

     Clerk of Court
     United States District Court
        for the District of Columbia
     333 Constitution Avenue, NW
     Washington, D.C.  20001

Failure to mail the completed notice may result in the plaintiff not receiving timely notifications.

     SIGNED this 8th day of November, 2007.


                            _____/s/_____
                            RICHARD W. ROBERTS
                            United States District Judge