UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
KATHLEEN A. BREEN, et al.,          )
                                    )
          Plaintiffs,               )
                                    )
     v.                             )  C.A. No. 05-00654 (RWR)
                                    )
MARY E. PETERS                      )
SECRETARY OF TRANSPORTATION         )
DEPARTMENT OF TRANSPORTATION, et al.,)
                                    )
          Defendants.               )
                                    )
```

### PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE

Pursuant to the Court's November 8, 2007 Order to Show Cause, Plaintiffs Madison W. Combs, Jr., John K. Edelman, Michael C. Hiett, Randy Lee Moulton, and Salvador Mugica, by and through undersigned counsel, hereby file their Response to the Court's Order to Show Cause, and state as follows:

1.   On November 8, 2007, the Court issued an Order to Show Cause to Plaintiffs Combs, Edelman, Hiett, Moulton, and Mugica directing them "to show cause in writing by November 29, 2007, why his or her claim should not be dismissed from this case for failure to respond to defendants' discovery demands and/or failure to communicate with his or her counsel." See Order to Show Cause (Docket No. 107).  The Court's Order noted that "plaintiffs' counsel has identified plaintiffs who have not responded to multiple attempts to contact them to determine whether they wish to proceed with this case." See id.  It also explained that "Defendants have identified plaintiffs who have not responded to written requests for discovery." See id.

2.   After the Court issued its Order to Show Cause, Plain-

tiffs Combs, Edelman, Hiett, Moulton, and Mugica contacted undersigned counsel, and indicated that "they wish to proceed with this case" and that they wished to now be represented by GEBHARDT & ASSOCIATES, LLP.  In response, undersigned counsel has agreed to continue representing these five Plaintiffs. Compare Praecipe filed this date by undersigned counsel (Docket No. 113) with Order to Show Cause (Docket No. 107).

  3. Undersigned counsel has also contacted counsel for the Defendants and informed them that Plaintiffs Combs, Edelman, Hiett, Moulton, and Mugica will strive to promptly "respond[] to [Defendants'] written requests for discovery." Specifically, the Plaintiffs are preparing their responses to Defendants' First Set of Interrogatories and Requests for Production of Documents and will serve it along with their responses to Defendants' Third Set of Interrogatories and Requests for Production of Documents by December 14, 2007.

  4. Plaintiffs' commitment to respond to Defendants' written requests for discovery and to proceed with this case, as detailed above in paragraphs 2 and 3, timely responds to the two concerns expressed by the Court's November 28, 2007 Order to Show Cause as being the justifications for possible dismissal from this action. See Order to Show Cause (Docket No. 107).

  For all the reasons stated above, Plaintiffs Combs, Edelman, Hiett, Moulton, and Mugica, through undersigned counsel, respectfully request that this Court not dismiss them from the above-captioned case and allow them to proceed with

discovery.

                              Respectfully submitted,

                              /s/ Joseph D. Gebhardt
                              JOSEPH D. GEBHARDT
                                  (D.C. Bar No. 113894)
                              CHARLES W. DAY, JR.
                                  (D.C. Bar No. 459820)
                              MARK A. DANN
                                  (D.C. BAR No. 484523)
                              LENORE C. GARON
                                  (D.C. BAR No. 172205)
                              GEBHARDT & ASSOCIATES, LLP
                              1101 17th Street, N.W.
                              Suite 807
                              Washington, DC 20036-4716
                              (202) 496-0400

November 29, 2007             Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Plaintiffs' Response to Order to Show Cause, was hand-delivered this 29th day of November, 2007, to the Clerk of Court for the United States District Court for the District of Columbia, pursuant to the Court's Order to Show Cause, and was served via electronic case filing through the Court, upon counsel for Defendants as follows:

                              Brian G. Kennedy, Esq.
                              U.S. Department of Justice
                              Civil Division, Federal Programs Branch
                              20 Massachusetts Avenue, N.W., Room 6104
                              Washington, DC 20001

                                       /s/
                              MARK A. DANN