**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KATHLEEN A. BREEN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.                                                     ) | C.A. No. 05-00654 (RWR) |
| ) | |
| MARY E. PETERS ) | |
| SECRETARY OF TRANSPORTATION ) | |
| DEPARTMENT OF TRANSPORTATION, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF FILING**

Undersigned counsel hereby file this Notice in response to the Court's request that they serve the Court's November 8, 2007 Order to Show Cause via mail to 867 Plaintiffs, and state as follows:

1. On November 8, 2007, the Court issued an Order to Show Cause to 867 Plaintiffs directing them to show cause in writing by November 29, 2007, why their claims should not be dismissed. See Order to Show Cause (Docket No. 107). The Court also, in a separate communication from the Judge's Chambers, directed undersigned counsel to mail a copy of the Order to Show Cause to the 867 Plaintiffs, which undersigned counsel did on November 9, 2007, via first class mail, postage prepaid, at the addresses provided by the Court. See Notice of Service (Docket No. 110). Undersigned counsel also arranged for notices concerning the Order to be posted on certain web sites known to be viewed by former Flight Service Controllers.

2. As of today, undersigned counsel has received 23

notices from the U.S. Post Office (by way of returned envelopes) indicating that the Order to Show Cause was not delivered to the 23 Plaintiffs listed in Attachment 1 to this Notice. Moreover, the U.S. Post Office has no forwarding address for these 23 Plaintiffs, so undersigned counsel is not able to resend the Order to Show Cause.

   3.   Undersigned counsel also received 24 notices from the U.S. Post Office (by way of returned envelopes) indicating that the Order to Show Cause was not delivered to the 24 Plaintiffs listed in Attachment 2 to this Notice. Unlike the 24 Plaintiffs listed in Attachment 1, the U.S. Post Office provided undersigned counsel with a forwarding address for these 24 Plaintiffs, so undersigned counsel re-mailed the Order to Show Cause to the newly obtained addresses.

   4.   However, undersigned counsel believes the 24 Plaintiffs listed in Attachment 2 have not yet received a mailed copy of the Court's Order to Show Cause as of this date, November 29, 2007, the deadline for responding to the Court's Order. See Order to Show Cause. In fact, some of the returned envelopes were received by undersigned counsel for the first time today, and were re-mailed to the Plaintiffs' new addresses today.

   5.   Accordingly, undersigned counsel believes it would be appropriate for the Court to allow the 24 Plaintiffs listed in Attachment 2 an additional 15 days, until December 14, 2007, to respond to the Court's Order to Show Cause before a decision is

issued dismissing them from the case is issued.

                              Respectfully submitted,

                              /s/ Joseph D. Gebhardt
                              JOSEPH D. GEBHARDT
                                  (D.C. Bar No. 113894)
                              CHARLES W. DAY, JR.
                                  (D.C. Bar No. 459820)
                              MARK A. DANN
                                  (D.C. BAR No. 484523)
                              LENORE C. GARON
                                  (D.C. BAR No. 172205)
                              GEBHARDT & ASSOCIATES, LLP
                              1101 17th Street, N.W.,
                              Suite 807
                              Washington, DC 20036-4716
                              (202) 496-0400

November 29, 2007           Counsel for Plaintiffs