**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KATHLEEN A. BREEN, <u>et al</u>., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 05-00654 (RWR) |
| | ) |
| MARY E. PETERS | ) |
| SECRETARY OF TRANSPORTATION | ) |
| DEPARTMENT OF TRANSPORTATION, <u>et al</u>., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**NOTICE OF SERVICE**

I HEREBY CERTIFY, pursuant to the request of Defendants' counsel, that a modified copy of Attachments 1 and 2 to undersigned counsel's November 29, 2007 Notice of Filing (Docket No. 115), as described below in paragraphs 1 and 2, was served this 30th day of November, 2007, via first electronic mail upon counsel for Defendants as follows:

> Brian G. Kennedy, Esq.
> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Avenue, N.W., Room 6104
> Washington, DC 20001
> Email: brian.kennedy@usdoj.gov

1.   Attachment 1 contained the names of 23 Plaintiffs whose mailed copies of the Court's November 8, 2007 Order to Show Cause were "returned to sender" (undersigned counsel) by

the U.S. Post Office because Plaintiffs' last known addresses, as provided by the Court, were no longer correct and the Post Office was "unable to forward" the Order. The modified copy of Attachments 1, as delivered to Defendants' counsel, contains the names of the 23 Plaintiffs, along with the addresses to which the Orders were sent.

    2.    Attachment 2 contained the names of 24 Plaintiffs whose mailed copies of the Court's Order to Show Cause were returned by the U.S. Post Office to undersigned counsel together with a new forwarding address to which the Order was subsequently mailed. The modified copy of Attachment 2, as delivered to Defendants' counsel, contains the names of the 24 Plaintiffs, along with new addresses that were provided by the U.S. Post Office.

                                                  /s/
                                 JOSEPH D. GEBHARDT
                                    (D.C. Bar No. 113894)
                               MARK A. DANN
                                    (D.C. BAR No. 484523)
                               GEBHARDT & ASSOCIATES, LLP
                               1101 17th Street, N.W.
                               Suite 807
                               Washington, DC 20036-4716

                               Counsel for Plaintiffs