Case 1:05-cv-00654-PLF Document 119 Filed 12/10/07 Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KATHLEEN A. BREEN, et al.,

    Plaintiffs,

v.        Case No. 1:05CV00654-RWR

MARY E. PETERS, et al.,

    Defendants

DEFENDANTS' RESPONSE TO PLAINTIFFS'
NOVEMBER 30, 2007, NOTICE OF SERVICE

Plaintiffs' notice of service of November 30, 2007, contained two lists of plaintiffs whom plaintiffs' counsel assert did not receive the mailing of the Court's show cause order.

One list contained the names of 23 plaintiffs for whom the order was "returned to sender" without a forwarding address. The list as served on defendants' counsel also included the addresses to which the order was sent.[1]

Undersigned counsel attempted to find addresses for these 23 plaintiffs using Westlaw. These searches were conducted on December 3, 2007.

For 11 of these 23 plaintiffs, the address to which the order was mailed was listed, but there was also a report of a more recent address (plaintiffs Brown,

---

[1] The other list had names of persons who did not receive the original order but for which the postal service did have forwarding addresses. Plaintiffs' counsel indicate that the order was re-mailed to those forwarding addresses.

Campbell, Goodell, Mutrux, Parhamenko, Patterson, Pitre, Rohweder, Vasquez, Walter, and Wooley).

For 7 of these 23 plaintiffs, the address to which the order was sent was not listed (in some cases, there was a P.O. box for the same city where plaintiffs' counsel used a street address, or vice versa), but there was a listing of a different address that may or may not be more recent (plaintiffs Chadwick, Harvey, Hawkinberry, Madden, Edmiston, Cutrer, and Terry).

Upon request, defendants' counsel would be willing either to send mail at the direction of the Court to the potential new addresses for these 18 plaintiffs or to provide the Court with such potential new addresses (these potential new addresses were already shared with plaintiffs' counsel).

For the other 5 of the 23 plaintiffs on plaintiffs' counsel's list, the address already used by plaintiffs' counsel was also the most recent shown by the reports available on Westlaw (plaintiffs Jesse Clark, Jerry Clark, Allen, Hoyt, and Moore-Holman).

                                       JEFFREY S. BUCHOLTZ
                                       Acting Assistant Attorney General

                                       KENNETH L. WAINSTEIN
                                       United States Attorney

                                       STUART A. LICHT
                                       Assistant Branch Director
                                       Civil Division

   */s/ Brian G. Kennedy*
BRIAN G. KENNEDY (D.C. Bar # 228726)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.  Room 6104
Washington, D.C.  20530
Tel.: (202) 514-3357  Fax: (202) 616-8470
Email: brian.kennedy@usdoj.gov

Attorneys for Defendants