**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KATHLEEN A. BREEN, <u>et al</u>.,<br><br>  Plaintiffs,<br><br>   v.<br><br>MARY E. PETERS<br>SECRETARY OF TRANSPORTATION<br>DEPARTMENT OF TRANSPORTATION, <u>et al</u>.,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 05-00654 (RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **PRAECIPE**

Plaintiffs Kathleen A. Breen, <u>et al</u>., by and through their undersigned counsel, hereby file this Praecipe to notify the Court that Plaintiff Angela B. Bowman will be represented by GEBHARDT & ASSOCIATES, LLP, and in support of this Praecipe state as follows:

1. On November 29, 2007, undersigned counsel filed their fourth Praecipe to notify the Court which of the then 891 named Plaintiffs in the above-captioned case made arrangements to be represented by GEBHARDT & ASSOCIATES, LLP (182 Plaintiffs); which Plaintiffs decided to proceed as "unrepresented" (682); and which Plaintiffs had been declared <u>pro se</u> plaintiffs by the Court (27). <u>See</u> Praecipe (Docket No. 113).

2. On September 14, 2007, the Court granted undersigned counsel's Motion to Withdraw as Counsel for 20 "unrepresented" Plaintiffs who indicated in writing that they wished to proceed

pro se. See Minute Entry (09/14/07).[1] Plaintiff Bowman was one of these declared pro se plaintiffs.[2]

3. After the Court issued its Order granting Plaintiff Bowman pro se status, she contacted undersigned counsel and indicated that she wishes now to be represented by GEBHARDT & ASSOCIATES, LLP; and undersigned counsel has agreed to continue representing her.

4. Pending the Court's future actions with respect to its Order to Show Cause and consistent with the previously used designations, as of the filing of this Praecipe, there are now 183 Plaintiffs represented by GEBHARDT & ASSOCIATES, LLP; 26 declared pro se plaintiffs; and 682 unrepresented plaintiffs who are subject to the Court's Order to Show Cause.

5. Undersigned counsel have conferred with Defendants' attorneys about this third Praecipe, and the latter expressed no objection.

---

[1] Subsequently, the Court received seven similar written communications from other "unrepresented" Plaintiffs and assigned these individuals to the pro se category. See Notice (Docket No. 108).

[2] Plaintiff Bowman was not one of the 687 plaintiffs who were subject to the Court's November 28, 2007 Order to Show Cause. See Order to Show Cause (Docket No. 107).

pro se. See Minute Entry (09/14/07).[1] Plaintiff Bowman was one of these declared pro se plaintiffs.[2]

3. After the Court issued its Order granting Plaintiff Bowman pro se status, she contacted undersigned counsel and indicated that she wishes now to be represented by GEBHARDT & ASSOCIATES, LLP; and undersigned counsel has agreed to continue representing her.

4. Pending the Court's future actions with respect to its Order to Show Cause and consistent with the previously used designations, as of the filing of this Praecipe, there are now 183 Plaintiffs represented by GEBHARDT & ASSOCIATES, LLP; 26 declared pro se plaintiffs; and 682 unrepresented plaintiffs who are subject to the Court's Order to Show Cause.

5. Undersigned counsel have conferred with Defendants' attorneys about this third Praecipe, and the latter expressed no objection.

---

[1] Subsequently, the Court received seven similar written communications from other "unrepresented" Plaintiffs and assigned these individuals to the pro se category. See Notice (Docket No. 108).

[2] Plaintiff Bowman was not one of the 687 plaintiffs who were subject to the Court's November 28, 2007 Order to Show Cause. See Order to Show Cause (Docket No. 107).

```
                                    Respectfully submitted,



                                    /s/ Joseph D. Gebhardt
                                    JOSEPH D. GEBHARDT
                                        (D.C. Bar No. 113894)
                                    CHARLES W. DAY, JR.
                                        (D.C. Bar No. 459820)
                                    MARK A. DANN
                                        (D.C. BAR No. 484523)
                                    LENORE C. GARON
                                        (D.C. BAR No. 172205)
                                    GEBHARDT & ASSOCIATES, LLP
                                    1101 17th Street, N.W.
                                    Suite 807
                                    Washington, DC 20036-4716
                                    (202) 496-0400

March 26, 2008                      Counsel for Plaintiffs
```

3