```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
_____
                              )
KATHLEEN A. BREEN et al.,     )
                              )
        Plaintiffs,           )
                              )
        v.                    )   Civil Action No. 05-654(RWR)
                              )
MARY E. PETERS et al.,        )
                              )
        Defendants.           )
_____)
```

### ORDER DISMISSING PLAINTIFFS

In an order dated November 8, 2007 certain plaintiffs, identified by name on appendix A to that order, were directed to respond in writing by November 29, 2007, stating why their claims should not be dismissed from this case. That order warned that a plaintiff's failure to file a timely response with the Clerk will result in that plaintiff and his or her claims being dismissed from this action. Because the show cause order was returned as undeliverable for 23 plaintiffs, a second show cause order was issued on January 18, 2008, for 18 of those 23 plaintiffs for whom updated addresses were found, with a deadline to respond by February 7, 2008. Plaintiffs' counsel could not reach the five other plaintiffs for whom no updated addresses were found, and who therefore may not have received notice of the orders to show cause.

Twenty-eight plaintiffs contacted the clerk or plaintiffs' counsel in response to the two orders to show cause. This Court

-2-

has not received any response from the remaining plaintiffs listed on Appendix A to the November 8, 2007 Order.[1] Accordingly, it is hereby

ORDERED that, except for the following twenty-eight plaintiffs who responded and five plaintiffs who could not be reached - - Joseph Allen, Brian Bullard, Jerry M. Clark, Jesse Clark, Madison W. Combs, Jr., Curtis R. Crane, Marc A. Custis, John S. Dibble, Gregory Dixon, Tom Domingo , Rhonda Dudley, John K. Edelman, Daniel W. Fichuk, Richard C. Gray, Michael C. Hiett, James S. Hill, Charles E. Holland, Dianne Dee Moore-Holman, Kevin Hoyt, Jr., John J. Lynch, Craig R. Mackoy, G. Frank McCorry, Homer E. McCready, Randy Lee Moulton, Salvador Mugica, William R. Nelson, Nelson R. Norris, III, Larry J. Rubitsky, Mark G. Rufener, David J. Sorenson, Sheila Stillman Betts, Arpad G. Szatori, Scott L. Turner - - the individuals identified by name in Appendix A to the November 8, 2007 order be, and hereby are, DISMISSED from this case.  It is further

ORDERED that plaintiffs' counsel be, and hereby are, DIRECTED to promptly serve this Order on the dismissed plaintiffs.

---

[1] In their "Status Report on Service of Discovery" filed on May 1, 2008, plaintiffs' counsel, Gebhardt & Associates, erroneously refer to 21 of the 33 plaintiffs as "unrepresented plaintiffs."  Gebhardt & Associates' motion to withdraw as counsel for these plaintiffs was denied by Minute Order, on September 14, 2007.  Thus, those 21 plaintiffs are currently represented by Gebhardt & Associates.

-3-

SIGNED this 29th day of May, 2008.

```
                                      /s/
                              RICHARD W. ROBERTS
                              United States District Judge
```