## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHLEEN A. BREEN, <u>et al</u>., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 05-00654 (RWR) |
| | ) |
| MARY E. PETERS | ) |
| SECRETARY OF TRANSPORTATION | ) |
| DEPARTMENT OF TRANSPORTATION, <u>et al</u>., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## **PLAINTIFF DIANA MOORE-HOLMAN'S**
## **RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff Diana Moore-Holman, by and through her undersigned counsel, hereby responds to the Court's Order to Show Cause of November 8, 2007, as follows:

1.  Plaintiff Moore-Holman received the Order by e-mail from Plaintiffs' counsel on July 18, 2008. She had not previously received either the Order to Show Cause or other mailings from Plaintiffs' counsel, including the discovery requests of Defendants.

2.  Plaintiff Moore-Holman desires to remain as a Plaintiff in this case.

3.  Plaintiff Moore-Holman will immediately commence responding to Defendants' discovery requests, and will attempt to complete her responses by August 8, 2008, the close of

discovery in this case. Responses will in any event be completed as soon as possible.

    4.   Plaintiff Moore-Holman undertakes to timely respond to all future requirements of the Court.

For all the reasons stated above, Plaintiff Moore-Holman, respectfully requests that this Court not dismiss her from the above-captioned case and allow him to proceed, represented by GEBHARDT & ASSOCIATES, LLP.

                      Respectfully submitted,

                          /s/
                JOSEPH D. GEBHARDT
                    (D.C. Bar No. 113894)
                CHARLES W. DAY, JR.
                    (D.C. Bar No. 459820)
                LENORE C. GARON
                    (D.C. BAR No. 172205)
                GEBHARDT & ASSOCIATES, LLP
                1101 17th Street, N.W.
                Suite 807
                Washington, DC 20036-4716
                (202) 496-0400

July 30, 2008              Counsel for Plaintiffs