UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHLEEN A BREEN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.: 1:05CV00654 (RWR) |
| ) | |
| MARY E. PETERS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE REGARDING DEFENDANTS' MOTION TO
DISMISS THE CLAIMS OF CERTAIN PLAINTIFFS**

Defendants hereby notify the Court that they have received correspondence from five of the plaintiffs whose claims they have sought to dismiss. *Pro se* plaintiffs Roy M. Carroll, Ralph E. Kerschner, Jr., and Sharon H. Lange purported to respond to Defendants' Third Set of Discovery Requests. Defendants have informed these plaintiffs that they consider these responses to be deficient. The responses are unsigned and do not include any documents requested from them. Furthermore, none of these individuals have responded to Defendants' First Set of Discovery Requests. A fourth *pro se* plaintiff, Jim G. Wilkerson, made a request for an extension of time to respond to the discovery requests. Defendants have informed Mr. Wilkerson that they view him to still be in non-compliance with his discovery obligations. Finally, plaintiff William Madden purported to serve his responses to both sets of discovery requests through Gebhardt & Associates. However, defendants have informed Gebhardt & Associates that these responses are also inadequate because they are unsigned and do not include some of the documents requested of Mr. Madden. For the reasons stated above, defendants are not withdrawing their motion to dismiss for any of these five individuals.

Dated: October 3, 2008                           Respectfully Submitted,

                   GREGORY G. KATSAS
                   Assistant Attorney General

                   JEFFREY A. TAYLOR
                   United States Attorney

                   STUART A. LICHT
                   Assistant Branch Director
                   Civil Division

                   ____/s/ *Adam D. Kirschner*_____
                   ADAM D. KIRSCHNER (IL Bar # 6286601)
                   BRIAN G. KENNEDY (D.C. Bar # 228726)
                   LISA ZEIDNER MARCUS (N.Y. Bar)
                   United States Department of Justice
                   Civil Division, Federal Programs Branch
                   20 Massachusetts Avenue N.W. Room 7126
                   Washington, D.C. 20530
                   Tel.: (202) 353-9265  Fax: (202) 616-8470
                   Email: adam.kirschner@usdoj.gov

                   Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2008, a true and correct copy of the foregoing Notice Regarding Defendants' Motion to Dismiss the Claims of Certain Plaintiffs was served by first-class mail upon the following pro se plaintiffs who are not served through the Court's ECF system:

Michael Helwig
289 Henry Avenue
Hughesville, PA 17737

Duane Swanson
RD #1 Box 300BB
Roaring Spring, PA 16673

Eddie Krenzelok
108 Lincoln Cove
Jonesboro, AR 72404

Jim Wilkerson
605 Audrey Drive
Fairbanks, AK 99709

I further certify that on October 3, 2008, a true and correct copy of the foregoing Notice Regarding Defendants' Motion to Dismiss the Claims of Certain Plaintiffs was served by first-class mail and electronic mail  upon the following pro se plaintiff who is not served through the Court's ECF system:

Randell Liles
737 Highland Crest
Hurst, TX 76054
rsliles@charter.net

/s/ *Adam D. Kirschner*
ADAM D. KIRSCHNER