```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
_____
                              )
KATHLEEN A. BREEN et al.,     )
                              )
        Plaintiffs,           )
                              )
        v.                    )    Civil Action No. 05-654 (RWR)
                              )
MARY E. PETERS et al.,        )
                              )
        Defendants.           )
_____)
```

## ORDER TO SHOW CAUSE

Defendants have moved to dismiss twenty plaintiffs[1] from this case for failing to respond to written requests for discovery.  Each plaintiff identified in this Order is directed to show cause in writing by November 24, 2008, why his or her claim should not be dismissed from this case for failure to respond to defendants' discovery demands.  A plaintiff's failure to file a timely response with the Clerk of Court for the United States District Court for the District of Columbia, whose address is 333 Constitution Avenue, NW, Washington, D.C. 20001, will result in that plaintiff and his or her claims being dismissed from this action.

---

[1] Joseph Allen, Tye c. Bjorkman, Roy M. Carroll, Curtis R. Crane, Jerry Clark, Jesse Clark, John S. Dibble, Marjorie Edmiston, Daniel W. Fichuk, Michael A. Helwig, Ralph E. Kerschner Jr., Sharon H. Lange, John J. Lynch, William Madden, Robert Pedraza, Frances T. Siedler, Sheila K. Stillman-Betts, Scott L. Turner, Jose Vasquez, and Jim G. Wilkerson.

-2-

SIGNED this 23rd day of October, 2008

                                                        /s/
                                      RICHARD W. ROBERTS
                                      United States District Judge