```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
_____
                              )
KATHLEEN A. BREEN et al.,     )
                              )
        Plaintiffs,           )
                              )
        v.                    )    Civil Action No. 05-654(RWR)
                              )
MARY E. PETERS et al.,        )
                              )
        Defendants.           )
_____)
```

### ORDER DISMISSING PLAINTIFFS

In an order dated October 23, 2008 certain plaintiffs, identified by name were directed to respond in writing by November 24, 2008, stating why their claims should not be dismissed from this case. That order warned that a plaintiff's failure to file a timely response with the Clerk will result in that plaintiff and his or her claims being dismissed from this action.

Seven plaintiffs timely contacted the clerk or plaintiffs' counsel in response to the order to show cause. This Court did not receive a timely response from the remaining plaintiffs listed on the October 23, 2008 Order. Accordingly, it is hereby

ORDERED that, except for the following seven plaintiffs who responded to the Order by November 24, 2008 - - Roy M. Carroll, Ralph E. Kerschner Jr., Sharon H. Lange, John J. Lynch, William Madden, Robert Pedraza, and Jim G. Wilkerson, - - the individuals

-2-

identified by name in the October 23, 2008 order be, and hereby are, DISMISSED from this case.  It is further

ORDERED that plaintiffs' counsel be, and hereby are, DIRECTED to promptly serve this Order on the dismissed plaintiffs.

SIGNED this 12th day of February, 2009.

_____/s/_____
RICHARD W. ROBERTS
United States District Judge