# EXHIBIT 50

00001

1          UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF COLUMBIA

2 - - - - - - - - - - - - - - - x
                        :
3 KATHLEEN A. BREEN, et al.,   :
                        :
4      Plaintiffs,      :
                        :
5  vs.                  : Civil Action
                        :
6 MARY E. PETERS, SECRETARY    : No. 05-00654 (RWR)
   OF TRANSPORTATION,      :
7 DEPARTMENT OF TRANSPORTATION, :

8 et al.,                :

9                       :

10     Defendants.       :

11                      :

12 - - - - - - - - - - - - - - x

13               Washington, D.C.

14               Monday, March 31, 2008

15     The deposition of STEVEN BROWN, called for

16 examination by counsel for Plaintiffs in the

17 above-entitled matter, pursuant to Notice, in the

18 offices of Department of Justice, 20 Massachusetts

19 Avenue, Washington, D.C., convened at 10:26 a.m.,

20 before Catherine B. Crump, a notary public in and for

21 the District of Columbia, when were present on behalf

22 of the parties:

00050

1  to commerce and it involves safety, and there is --

2  　　　Could you read back the answer before -- the

3  answer I want you to read back is where Mr. Brown was

4  listing the things that make it core in terms of

5  safety, efficiency, availability to commerce.  So can

6  you read that back?

7  　　　[Whereupon, the requested testimony was read

8  back by the court reporter.]

9  BY MS. GARON:

10  　Q.  Okay.  You said that the Terminal Services

11  Unit and EnRoute and Oceanic Unit were core "for the

12  reasons that I explained" with regard to commerce and

13  safe navigation and efficiency and the national

14  defense.  Well, flight services does not generally

15  apply to national defense, does it?

16  　A.  Correct.

17  　Q.  But it does apply to commerce.  Right?

18  　A.  Well, I'm not sure how you would interpret

19  that.  The primary services are flight planning, so

20  filing a route declaration, an altitude, time of

21  departure, time of arrival, those kinds of

22  characteristics and a flight plan.  There are other

00051
1  advisory capabilities and information which typically

2  is weather information for a pilot to make judgments

3  about the weather along the route, to be

4  knowledgeable about the weather, and then the search

5  and rescue coordination.

6     Q.  But there is a lot of commercial traffic.  I

7  mean, you talked a little while ago when you talked

8  about the National Business Aviation Association, you

9  said it involves companies that own and use aircraft

10 in their business --

11    A.  Correct.

12    Q.  -- and that there are a lot of them,

13 including some very big ones.  So these companies do

14 utilize flight services, don't they?

15    A.  Typically, they do not.

16    Q.  They do not?

17    A.  No.

18    Q.  Who does utilize flight services?

19    A.  Typically, people who privately own aircraft

20 as individuals and use those aircraft for their own

21 personal transportation.  That's broadly referred to

22 as general aviation pilots.  You used the term

00052

1  "commercial".  The normal way we think of commercial

2  aviation is, say, the airlines.

3     Q.  Right.

4     A.  The airlines have company staff or

5  contractors that provide this service to the airline.

6  They don't use a flight service station, typically,

7  and then among companies who own airplanes and

8  operate them under Part 91 of the regulation, they're

9  private flight; they're not commercial operators.

10  They typically go to other companies that provide

11  these flight planning and weather and other services

12  to their companies, companies like Air Routing and

13  Universal Weather and a number of companies that

14  offer those services to corporations.

15     Q.  So you're saying that the only people who

16  use flight services are essentially private pilots

17  with small planes?

18     A.  It's not the only group, but it's the vast

19  majority of the customers that flight service

20  provides their service to.

21     Q.  And these people are not engaged in

22  commerce?

00053

1    A.   They are not directly engaged in the

2  separation of aircraft.

3    Q.   No.  No.  I'm talking about the customers

4  here, not the flight service.  They are engaged --

5  the customers are engaged in commerce, are they not?

6    A.   So if I understand, when you say customers,

7  you mean the general aviation pilots that contact --

8    Q.   I mean the people who use flight service.

9    A.   -- flight service stations?  Yeah.  I mean,

10  they're flying for any number of personal

11  transportation reasons.

12    Q.   Don't charter pilots use this service?

13    A.   Some do.  Some don't.

14    Q.   And this does involve safe navigation, does

15  it not?

16    A.   This involves the provision of information

17  that pilots use in order to complete their flights,

18  to make judgments about the weather conditions that

19  they're likely to encounter, the routes that are

20  available.

21    Q.   And why do pilots need to make those

22  judgments?

00054

1    A.   By regulation, they're required to get this

2  information prior to flight.

3    Q.   And why are they required to get it?

4    A.   So that they're informed about the weather

5  and that they, in fact, can judge the safety of

6  flight and the conditions.

7    Q.   That's what I was looking for.  They're

8  doing it essentially so that they can fly safely.

9  Right?

10    A.   Certainly knowledge of the weather

11  contributes to safe flight.

12    Q.   And knowledge of the routes available, I

13  would assume also contributes to efficiency.  Right?

14    A.   I wouldn't say that it contributes to

15  efficiency.  There are many routes available.  You

16  select the one that you feel is going to be the best

17  for your particular route.

18    Q.   What do you mean by -- you talked about

19  efficiency with regard to commercial aircraft.  What

20  do you mean by efficiency?

21    A.   The ability for the aircraft, particularly

22  in the case of a scheduled commercial flight, to make

**Brown, Steven 03-31-08.txt**                                  **Page 54**

00055

1  its schedule, for the capacity to be able to handle

2  the total amount of demand and to minimize, of

3  course, delays in the system.

4   Q.  Well, general aviation doesn't have

5  published schedules like airlines?

6   A.  Correct.

7   Q.  Although those schedules are, of course,

8  sometimes more fiction than fact, I think we've all

9  noticed.  But the pilots who -- but in choosing

10  routes, general aviation pilots are concerned with

11  getting there more in a way that meets their own

12  personal schedules and presumably fuel consumption

13  and whatever, are they not?

14   A.  Well, of course.  I mean, no pilot plans a

15  flight to run out of fuel, and there are regulations

16  that govern the use of fuel and other aspects of the

17  flight.  As you say, they're not flying to a schedule

18  and --

19   Q.  Well, they're not flying to a published

20  schedule.

21    MR. KENNEDY:  Let him finish his answer.

22    MS. GARON:  Okay.  I'm sorry.  I apologize.

00056

1      THE WITNESS:  I think I was done.  I mean,

2  just general aviation, as you said, is not flying to

3  a published schedule.

4  BY MS. GARON:

5      Q.  A published schedule, but presumably, people

6  have their own personal schedules which they wish to

7  keep to when they fly these planes, right; otherwise

8  they'd take the train?

9      A.  I can only speak to my experience.  I'm a

10  general aviation pilot myself.  I have 3,500 hours of

11  experience over more than 25 years.  Sometimes when

12  I'm flying, I have, you know, certainly an interest

13  in getting to a destination at a certain time.

14  Sometimes I fly just for proficiency purposes, and

15  there's absolutely no schedule at all.  I might go

16  out and practice certain procedures or fly an

17  instrument approach.  There is no schedule associated

18  with that kind of flying.

19      So in general aviation, it varies.

20      Q.  It varies, all right.  But you would agree

21  that some people are flying to get from Point A to

22  Point B for a purpose and, thus, have the same

00057

1  interest even if it's not a published interest in

2  efficiency?

3    A.  Certainly.

4    Q.  And, certainly, having enough fuel is part

5  of efficiency, isn't it?

6    A.  Certainly.

7    Q.  Do you fly visual flight rules or instrument

8  or both?

9    A.  Both.

10      MS. GARON:  All right.  Let's go to Tab B,

11  and I'm going to ask the reporter to mark this as

12  Exhibit No. 2.  This is a memorandum signed by Marion

13  Blakey, addressed to Washington Headquarters and

14  Regional Office Air Traffic Employees, Air Traffic

15  Terminal and Center Employees regarding competitive

16  sourcing.  It's dated December 19, 2002, and it's

17  Bates stamped "P", as in plaintiff, 00929.

18          [Brown Exhibit No. 2 was

19          marked for identification.]

20      [Witness peruses exhibit.]

21      THE WITNESS:  I've read it.

22      MS. GARON:  All right.  Actually, we want to

00091

1   Aviation Association.  I had previously, as we

2   discussed, worked for associations in aviation.  I

3   wanted to work in government service.  I never was

4   able to serve in the military.  So it was something I

5   enjoyed doing, but the particular job I had was a

6   very challenging job, particularly after 9-11.  It

7   was stressful and I was ready to go back to

8   association work.

9        I got a very good offer for a good position

10  that I enjoy at NBAA and I accepted it.

11   Q.  While you were with the FAA, did you have

12  contacts with Phil Boyer about issues that were in

13  front of you at that time?

14   A.  Yes, particularly after 9-11.  We had a lot

15  of interaction about general aviation access to the

16  air space.  The way in which air space was

17  controlled, the limitations, and the criteria on it,

18  that was probably our area of most regular and

19  intense discussion.

20   Q.  Did he talk to you at all about flight

21  services?

22   A.  No.  I don't recall any conversation

00092

1  specifically, and it's not surprising.  I mean, I

2  worked at AOPA for many years.  He and I are both

3  pilots.  We had similar views of flight service when

4  we worked together.  We very much respected the

5  service and valued it.

6      MS. GARON:  I think I'm done.

7      MR. KENNEDY:  Okay.  I have a few questions.

8  I'm probably not going to be as organized as

9  MS. GARON always is.

10      EXAMINATION BY COUNSEL FOR THE DEFENDANTS

11  BY MR. KENNEDY:

12    Q.  Have you done any flying since Lockheed

13  Martin took over?

14    A.  Yes, I have.  I fly generally 20 to 30 hours

15  a year pretty consistently, mostly by renting

16  aircraft at Frederick, Maryland and flying around

17  this multistate region or flying with my brother who

18  lives out in Spokane, Washington.

19    Q.  Have you received any briefings since

20  Lockheed Martin took over the flight service?

21    A.  Yes.  Virtually every time we fly, because

22  whether it's with my wife or with my brother, we make

00093

1  longer trips. So getting weather information, filing

2  a flight plan is very typical of what we do.

3      Q.  Have you received adequate service from

4  Lockheed Martin?

5      A.  The service initially was very, very good.

6  Over the course of adjusting to the workload, I think

7  particularly in the summer months when flying

8  activity is the highest, it's taken longer sometimes

9  to get through to a briefing, but by and large, the

10  service is as good as it was when I was a pilot

11  decades ago.

12      Q.  Have you ever flown in Alaska?

13      A.  Yes. I've flown extensively in Alaska,

14  naturally around Anchorage, but then I've flown up in

15  Nome, out into the YK Delta 500 miles to the west of

16  Nome, down into Kodiak and then up into Fairbanks, so

17  a large part of the state.

18      Q.  Are there any differences between flying in

19  Alaska and flying in the lower 48?

20      A.  Many.

21      Q.  Can you tell me what some of those are?

22      A.  Yes. Obviously, it's a very, very large

00094

1   state, but it has a very limited infrastructure in

2   terms of navigation aids, in terms of weather

3   reporting locations.  So unlike the lower 48 where

4   you have a rather dense network of weather reporting

5   and observation and communication capability, in

6   Alaska, you can go hundreds of miles and not have

7   that infrastructure or that information available to

8   you.  So it's much more remote and, of course, if you

9   are unfortunate and you have to land out away from an

10   airport, you will literally be hundreds of miles from

11   any human or a road, any transportation of any type.

12        So preparing, carrying survival gear, all of

13   that is a very important dimension to thinking about

14   flying in Alaska.

15   Q.  Does it affect your interaction with flight

16   service?

17   A.  Not materially.  There's always the desire

18   to have more information because there is so little

19   reporting information from actual weather observers

20   or from automated weather observation equipment.

21   There's just less of it up there.  So what you tend

22   to do to get more weather information is you tend to