**EXHIBIT 4**



U.S. Department
of Transportation
**Federal Aviation
Administration**

# ADMINISTRATOR'S FACT BOOK

## December 2006

Produced by:
Assistant Administrator for Financial Services

Website:
http://www.faa.gov/about/office_org/headquarters_offices/aba/admin_factbook/

# Air Traffic

## FAA Air Traffic Activity
### (In Thousands)

| Aircraft Handled by FAA ARTCC's | Jan-Sept 2006* | Jan-Sep 2005 | Jan-Dec 2005 |
|---|---|---|---|
| Air Carrier | 18,330 | 18,807 | 24,871 |
| Air Taxi | 7,015 | 7,586 | 10,007 |
| General Aviation | 6,201 | 6,317 | 8,313 |
| Military | 3,206 | 3,047 | 3,991 |
| TOTAL | 34,752 | 35,757 | 47,182 |
| **Airport Operations Logged by FAA Towers** | | | |
| Air Carrier | 9,802 | 10,020 | 13,253 |
| Air Taxi | 7,676 | 8,189 | 10,770 |
| General Aviation | 15,064 | 15,815 | 20,490 |
| Military | 1,282 | 1,310 | 1,689 |
| TOTAL | 33,824 | 35,334 | 46,202 |
| **Instrument Operations Logged by FAA Towers** | | | |
| Air Carrier | 10,524 | 10,661 | 14,223 |
| Air Taxi | 9,028 | 9,602 | 12,766 |
| General Aviation | 12,969 | 13,271 | 17,536 |
| Military | 2,047 | 2,140 | 2,770 |
| TOTAL | 34,568 | 35,674 | 47,295 |

| Flight Services Logged by: ** | Jan-Sept 2006* | Jan-ept 2005 | Jan-Dec 2005 |
|---|---|---|---|
| Flight Service Stations | 738 | 738 | 895 |
| Automated Flight Service Stations | 15,288 | 17,604 | 22,519 |
| TOTAL | 16,026 | 18,342 | 23,414 |

*Preliminary
As of: 10/31/06

**As of: 09/30/06

Source: APO-130
(202) 267-3350

ATO-A/AJA
(202) 385-4734

8



U.S. Department
of Transportation
Federal Aviation
Administration

# ADMINISTRATOR'S FACT BOOK

## January 2008

Produced by:
Assistant Administrator for Financial Services

Website:
http://www.faa.gov/about/office_org/headquarters_offices/aba/admin_factbook/

# Air Traffic

## FAA Air Traffic Activity
### (In Thousands)

| Aircraft Handled by<br>FAA ARTCC's | Jan-Sept<br>2007* | Jan-Sept<br>2006 | Jan-Dec<br>2006 |
|---|---|---|---|
| Air Carrier | 18,851 | 18,330 | 24,486 |
| Air Taxi | 7,231 | 7,015 | 9,437 |
| General Aviation | 6,240 | 6,201 | 8,255 |
| Military | 2,887 | 3,206 | 4,122 |
| TOTAL | 35,209 | 34,752 | 46,300 |
| **Airport Operations**<br>**Logged by FAA Towers** | | | |
| Air Carrier | 10,047 | 9,802 | 13,132 |
| Air Taxi | 7,505 | 7,677 | 10,138 |
| General Aviation | 14,666 | 15,052 | 19,714 |
| Military | 1,203 | 1,282 | 1,679 |
| TOTAL | 33,421 | 33,813 | 44,663 |
| **Instrument Operations**<br>**Logged by FAA Towers** | | | |
| Air Carrier | 10,829 | 10,524 | 14,108 |
| Air Taxi | 8,805 | 9,029 | 11,948 |
| General Aviation | 12,620 | 12,968 | 17,095 |
| Military | 1,904 | 2,047 | 2,642 |
| TOTAL | 34,158 | 34,568 | 45,793 |

| Flight Services<br>Logged by: ** | Jan-Sept<br>2007* | Jan-Sept<br>2006 | Jan-Dec<br>2006 |
|---|---|---|---|
| Flight Service Stations | 661 | 765 | 852 |
| Automated Flight Service Stations | 7,539 | 16,940 | 19,744 |
| TOTAL | 8,200 | 17,705 | 20,596 |

*Preliminary  
As of: 09/30/07

**As of: 09/30/07

Source: APO-130  
(202) 267-3350

ATO-A/AJA  
(202) 385-4734

8



U.S. Department
of Transportation
**Federal Aviation
Administration**

# ADMINISTRATOR'S FACT BOOK

## March 2009

Produced by:
Assistant Administrator for Financial Services

Website:
http://www.faa.gov/about/office_org/headquarters_offices/aba/admin_factbook/

## Air Traffic

### FAA Air Traffic Activity
### (In Thousands)

| Aircraft Handled by FAA ARTCC's | Jan-Dec 2008* | Jan-Dec 2007 |
|---|---|---|
| Air Carrier | 23,306 | 24,891 |
| Air Taxi | 9,754 | 9,828 |
| General Aviation | 7,274 | 8,246 |
| Military | 3,476 | 3,785 |
| TOTAL | 43,810 | 46,748 |
| **Airport Operations Logged by FAA Towers** | | |
| Air Carrier | 13,274 | 13,445 |
| Air Taxi | 9,007 | 9,898 |
| General Aviation | 17,818 | 19,175 |
| Military | 1,452 | 1,554 |
| TOTAL | 41,551 | 44,072 |
| **Instrument Operations Logged by FAA Towers** | | |
| Air Carrier | 13,850 | 14,432 |
| Air Taxi | 10,497 | 11,590 |
| General Aviation | 15,194 | 16,483 |
| Military | 2,315 | 2,460 |
| TOTAL | 41,856 | 44,965 |

| Flight Services Logged by: ** | Jan-Aug 2008* | Jan-Dec 2007 |
|---|---|---|
| Flight Service Stations | 731 | 796 |
| Automated Flight Service Stations | 5,334 | 7,715 |
| TOTAL | 6,065 | 8,511 |

*Preliminary
As of: 03/01/09

**As of: 03/01/09

Source: APO-130
(202) 267-3350

ATO-A/AJA
(202) 385-4734

8