November 3, 2009

Gebhardt and Associates,

As you know I am the personal representative of Kevin Diehl, a plaintiff in the Breen vs. Lahood lawsuit, civil action 05-654 (d.d.c). Please substitute my name Diana Diehl as a plaintiff of Kevin in Mr. Diehl's estates for this action.

Attached is a copy of his death certificate.

Thank you for assisting me in this matter.

Sincerely,

*Diana Diehl*

Diana Diehl