IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHLEEN BREEN, et al. ) | |
| ) | Civil Action No. 1:05-cv-00654-PLF |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| ANTHONY FOXX, SECRETARY OF ) | |
| TRANSPORTATION, DEPARTMENT ) | |
| OF TRANSPORTATION, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER OF ADMISSION PRO HAC VICE

WHEREAS attorney Linda A. Kincaid, who is admitted to practice before this Court, moves the Court for the admission *pro hac vice* of Lisa R. Sandoval to represent the Plaintiffs in the above-captioned matter; and

WHEREAS attorneys Lisa R. Sandoval appear to meet the requirements of Local Civil Rule 83.2(d);

NOW THEREFORE, it is hereby

ORDERED that Lisa R. Sandoval is admitted to represent the Plaintiffs in this case *pro hac vice.*

ORDERED on this ___ day of _____, 2016.

_____
Paul L. Friedman
United States District Judge

5