# Exhibit 2

```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

KATHLEEN A. BREEN, et al.,        )
                                  )
    Plaintiffs                    )
                                  )
VS.                               )  C.A. NO. 05-00654 (RWR)
                                  )
MARY E. PETERS                    )
SECRETARY OF TRANSPORTATION       )
DEPARTMENT OF TRANSPORTATION, et al., )
                                  )
    Defendants.                   )
```

******************************************
ORAL DEPOSITION OF

**JACK NIMMO, JR.**

APRIL 15TH, 2008
******************************************

THE ORAL DEPOSITION of JACK NIMMO, JR., produced as a witness at the instance of the Plaintiff, and duly sworn, was taken in the above-styled and numbered cause on the 15th day of April 2008, from 9:50 a.m. to 3:32 p.m., before ARLINDA RODRIGUEZ, Certified Shorthand Reporter in and for the State of Texas, reported by stenographic and computer-aided transcription, in the Office of the U.S. Attorney, Western District of Texas, San Antonio, Division, 601 Northwest Loop 410, Suite 600, San Antonio, Texas 78216, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

COPY

1  with that group on this second detail?

2                 MS. MARCUS:  Objection.  Sorry.  I just
3  want to clarify that he didn't say it was the second
4  detail.  He said it was another assignment within the
5  first detail.

6       A.   It was a change of work assignment.

7       Q.   Okay.  So it was still under the first detail
8  and was a second assignment?

9       A.   Yes.

10      Q.   I apologize.

11      A.   No problem.

12      Q.   I didn't get it like, you know --

13                MS. MARCUS:  It's nothing major.  I just
14 wanted to make sure it was clear when you talked about,
15 since he says he has another detail later, to make sure
16 when we're talking about the second detail we know what
17 we're talking about.

18      Q.   (BY MR. GEBHARDT) I understand fully.  Okay.
19 So when did this second assignment under the first
20 detail take place?  When did it start?

21      A.   It would have been in -- I'm unclear of the
22 exact date, but it would have been in 2000 or 2001, as
23 closely as I recall.

24      Q.   And how long did you do that particular
25 assignment, the one with the group developing the