# Exhibit 3

DECLARATION OF ANGELA BOWMAN

I, Angela Bowman, hereby declare under penalty of perjury and state as follows:

1. I am over the age of eighteen years and competent to testify to the matters stated herein.

2. I was employed with the Federal Aviation Administration as a Flight Service Controller for approximately nineteen years at an Automated Flight Service Station ("AFSS") in Anniston, Alabama, until October 3, 2005.

3. My date of birth is January 11, 1963.

4. During the bidding process that resulted from the A-76, I started to become worried about my job security, as did most of the Flight Service Controllers.

5. I possessed Marilyn Jackson-Brame's home and office phone numbers and decided to call her to ask about the status of the A-76 competition.

6. I called Ms. Jackson-Brame in December 2004. When I spoke with Ms. Jackson-Brame and asked her about the status of the A-76, she said that I needed to go find a job because FAA is not going to win the bid.

7. During our conversation in December 2004, I told her that I thought the FAA's bid was the most feasible and would only require attrition. Ms. Jackson-Brame responded that the Office of Competitive Sourcing was instructed to award the contract to a private contractor. She said words to the effect of, "We were instructed to make the outsourcing happen" and that "this was going to happen no matter what."

8. During our conversation in December 2004, I expressed my concern about the outsourcing of the Flight Service because I was a year short of reaching retirement eligibility. Ms. Jackson-Brame responded that the RIF would happen in October or December of 2005. She told me that she was telling me this in confidence.

9. Within a week or so of my conversation with Ms. Jackson-Brame, I told Larry Feazell, operation supervisor at the time, what Ms. Jackson-Brame told me over the phone.

10. After the RIF on October 5, 2005, the FAA refused to re-hire me, as well as many terminated Flight Service Specialists, after I applied for several jobs.

11. On or around October 5, 2005, I was forced to work for Lockheed's location in Anniston, Alabama.

12. In March 2007, the Anniston, Alabama facility closed, and I relocated myself at my own expense to Lockheed's facility in Macon, Georgia, which was three hours away from my home. I

only saw my family on the weekends, which was very difficult for me since I am a married mother of three children.

13. After two and a half years of working for Lockheed Martin, I re-entered the government as a GS-7 as an air traffic assistant, taking an approximate $20,000 pay cut. I was not hired into a General Schedule series 2152 position allowing for an enhanced retirement.

14. When I took the air traffic assistant position with the FAA, I again relocated myself at my own expense to Hampton, Georgia, which is two hours away from my home. As a result of that, I still did not see my family during the workweek and only saw them on the weekend.

15. In September 2012, I was forced to relocate myself yet again at my own expense to Kenai, Alaska, to get my 2152 position back and work as a as Flight Service Controller for one year until I was eligible for retirement.

I hereby declare under penalty of perjury that the foregoing statements are true and correct to be best of my knowledge and belief.

*Angela B. Bowman*
Name

*Angela B. Bowman*
Signature

09-15-16
Date

2