# Exhibit 4

 ORIGINAL

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - -x
                   :
KATHLEEN A. BREEN, et al.,  :
                   :
     Plaintiffs,     :
                   :
   vs.              : Civil Action
                   :
MARY E. PETERS, SECRETARY  : No. 05-00654 (RWR)
OF TRANSPORTATION,      :
DEPARTMENT OF TRANSPORTATION,:
et al.,             :
                   :
     Defendants.     :
                   :
- - - - - - - - - - - - - - x
                Washington, D.C.
                Wednesday, September 19, 2007

      The deposition of MARION C. BLAKEY, called

for examination by counsel for Plaintiffs in the

above-entitled matter, pursuant to Notice, in the

offices of Department of Justice, 20 Massachusetts

Avenue, N.W., Washington, D.C., convened at 10:10

a.m., before Cathy Jardim, a notary public in and for

the District of Columbia, when were present on behalf

of the parties:

| 11:28:47 | 1 | A.   The characterization that staffing issues, |
|---|---|---|

11:28:47   1    A.   The characterization that staffing issues,

11:28:56   2   number one, and a subset, aging workforce, as a

11:29:02   3   primary reason for proposing this to study is not

11:29:05   4   accurate.   That was not a primary reason for studying

11:29:07   5   this.   The primary reason had to do with questions of

11:29:11   6   could the service be provided on a more cost-

11:29:16   7   efficient basis with an upgrade in the technology and

11:29:19   8   the service to the flying public.

11:29:26   9    Q.   So sitting here today, you disagree with

11:29:30   10  staffing issues being the primary reason for

11:29:34   11  proposing the study of the flight service stations?

11:29:39   12   A.   Again, it was not a primary reason.   In

11:29:42   13  fact, I am not even familiar with whether this is

11:29:45   14  accurate or not.   I don't believe that 50 percent

11:29:48   15  figure is even accurate.

11:29:51   16   Q.   You said in the video, about 50 percent of

11:29:54   17  the flight service controllers were retirement

11:29:58   18  eligible.   I saw the video yesterday.   Do you

11:30:01   19  remember ever saying that?

11:30:02   20   A.   I don't remember it.   At the time, if I said

11:30:05   21  that, then that must have been my impression at the

11:30:08   22  time.   A large number of flight service specialists

47

| | | |
|---|---|---|
| 11:30:11 | 1 | were eligible to retire.  I do not remember the |
| 11:30:14 | 2 | percentage, and I did not remember that it was as |
| 11:30:17 | 3 | high as 50 percent. |
| 11:30:18 | 4 | Q.   Is there a big difference in the language |
| 11:30:23 | 5 | between saying about 50 percent are eligible to |
| 11:30:28 | 6 | retire as contrasted with over 50 percent are |
| 11:30:32 | 7 | eligible to retire, is that a big difference in |
| 11:30:35 | 8 | language? |
| 11:30:35 | 9 | A.   I am not here to dispute the percentage. |
| 11:30:38 | 10 | Again, I do not have an accurate number at this |
| 11:30:42 | 11 | point.  What I am clear about is that there was not |
| 11:30:46 | 12 | an issue or consideration of retirement eligibility |
| 11:30:52 | 13 | in determining that the A-76 process would go forward |
| 11:30:57 | 14 | for flight service stations.  That I am clear about. |
| 11:31:00 | 15 | Q.   This document indicates the contrary, |
| 11:31:03 | 16 | correct? |
| 11:31:03 | 17 | A.   Again, I didn't generate the document and I |
| 11:31:06 | 18 | am not familiar with it -- |
| 11:31:07 | 19 | Q.   And you don't know who did it? |
| 11:31:10 | 20 | A.   I do not. |
| 11:31:11 | 21 | Q.   But it appears to be an official FAA |
| 11:31:13 | 22 | document, right? |

| | | |
|---|---|---|
| 12:31:56 | 1 | MR. KENNEDY:  You interrupted her. |
| 12:32:00 | 2 | MR. GEBHARDT:  Is that an objection? |
| | 3 | MR. KENNEDY:  It is an objection to not |
| 12:32:03 | 4 | letting her finish her answers, Joe, yes. |
| 12:32:05 | 5 | THE WITNESS:  Now, I am afraid you will have |
| 12:32:07 | 6 | to repeat the question. |
| 12:32:09 | 7 | BY MR. GEBHARDT: |
| 12:32:10 | 8 | Q.   No way.  Well, the premise of this side of |
| 12:32:15 | 9 | the column, after A-76, is that there will be FAA |
| 12:32:28 | 10 | personnel leaving FAA who would need placement |
| 12:32:31 | 11 | programs, early out, right of first refusal, |
| 12:32:35 | 12 | opportunities for second careers, right? |
| 12:32:38 | 13 | A.   I think what is assumed here, because all of |
| 12:32:41 | 14 | the studies and reports that had been done to that |
| 12:32:44 | 15 | point all pointed to the need for consolidation, |
| 12:32:47 | 16 | fewer facilities, and that would mean fewer |
| 12:32:52 | 17 | personnel.  Whether it was within the FAA or outside |
| 12:32:55 | 18 | the FAA, you would then have some employees who would |
| 12:32:59 | 19 | be looking for other career opportunities and looking |
| 12:33:03 | 20 | for other positions.  That is what is assumed here. |
| 12:33:06 | 21 | It does not necessarily assume that they would or |
| 12:33:10 | 22 | would not be within the FAA. |

| | | |
|---|---|---|
| 12:42:52 | 1 | you so that your testimony can be clear. |
| 12:42:57 | 2 | A.   Is this Exhibit 3 again? |
| | 3 | Q.   Yes. |
| 12:42:57 | 4 | A.   Let's see if we can find the page.   The |
| 12:43:14 | 5 | differences under outside influences appear to be |
| 12:43:19 | 6 | that -- which document is which now -- this is the |
| 12:43:26 | 7 | older document. |
| | 8 | Q.   This is 3 and this is 4. |
| 12:43:27 | 9 | A.   Okay, thank you.   The older document, |
| 12:43:28 | 10 | Exhibit 3, references Congressional appropriations |
| 12:43:32 | 11 | language under outside influences.   This one |
| 12:43:38 | 12 | references OMB guidance.   That appears to be the |
| 12:43:40 | 13 | difference.   As you said, the center is now |
| 12:43:42 | 14 | characterized as "problem," and the far-right column |
| 12:43:47 | 15 | has aging facilities and equipment is common to it. |
| 12:43:53 | 16 | Instead of aging workforce it says retirement |
| 12:43:57 | 17 | eligible workforce and again says imbalanced |
| 12:44:01 | 18 | workload, and I believe the last two items, |
| 12:44:04 | 19 | inadequate funding and potential for efficiencies, |
| 12:44:09 | 20 | are the same. |
| 12:44:12 | 21 | Q.   In your mind, is there a difference between |
| 12:44:17 | 22 | the previously used term, aging workforce, and the |

| | | |
|---|---|---|
| 12:44:20 | 1 | term used on this one, retirement-eligible workforce? |
| 12:44:26 | 2 | A.   I think the emphasis on retirement eligible |
| 12:44:30 | 3 | means that from the standpoint of -- they both |
| 12:44:33 | 4 | indicate that you are going to have a significant |
| 12:44:36 | 5 | change in the population of people who will be |
| 12:44:41 | 6 | leaving federal service and -- or you can expect that |
| 12:44:45 | 7 | will be leaving federal service because, again, |
| 12:44:48 | 8 | remember that this workforce has a mandatory age 56 |
| 12:44:52 | 9 | retirement. |
| 12:44:53 | 10 | So, under federal -- under the federal |
| 12:44:57 | 11 | program, it was not a question of when people would |
| 12:45:01 | 12 | retire, but by that point there was a mandatory |
| 12:45:05 | 13 | retirement, so both indicate you are going to have |
| 12:45:08 | 14 | significant recruitment, significant training.  In |
| 12:45:12 | 15 | this case it also indicates, retirement eligible, |
| 12:45:16 | 16 | indicates that you have got a lot of people who will |
| 12:45:18 | 17 | be able to take advantage of federal retirement |
| 12:45:24 | 18 | benefits on a full basis.  The other term doesn't |
| 12:45:30 | 19 | cover that, I would say. |
| 12:45:36 | 20 | Q.   I think I understand what you are driving |
| 12:45:39 | 21 | at, but I am -- retirement-eligible workforce, and |
| 12:45:44 | 22 | you say there is a mandatory retirement age of 56, so |

| | | |
|---|---|---|
| 13:04:07 | 1 | over a five-year period to know about whether I was |
| 13:04:10 | 2 | in a specific meeting except for some that were very |
| 13:04:15 | 3 | memorable, but there were a number of meetings with |
| 13:04:19 | 4 | SUPCOM over the years. |
| 13:04:21 | 5 | Q.   The content, it appears, is that you -- the |
| 13:04:25 | 6 | way the minute taker wrote this up, stating that the |
| 13:04:33 | 7 | SUPCOM or AFSS managers met with you the first |
| 13:04:37 | 8 | morning of the conference, started out with informal |
| 13:04:42 | 9 | meet-and-greet with coffee before heading to the |
| 13:04:46 | 10 | conference hall, and it says what you were saying to |
| 13:04:49 | 11 | the meet and the greet and possibly to the conference |
| 13:04:55 | 12 | as whole; is that what it seems to be here? |
| 13:04:58 | 13 | A.   I think it is trying to capture what I said. |
| 13:05:02 | 14 | Q.   In both the meet-and-greet and in the |
| 13:05:07 | 15 | conference itself? |
| 13:05:08 | 16 | A.   To the best of my knowledge, reading this, |
| 13:05:10 | 17 | yes.  Again, I don't recall the specific meeting. |
| 13:05:17 | 18 | This is written in a breezy style, it is written in |
| 13:05:21 | 19 | an attempt to try to condense information.  I am |
| 13:05:25 | 20 | reading it myself for the first time. |
| 13:05:29 | 21 | Q.   I am focusing in on, as you can probably |
| 13:05:33 | 22 | tell, the sentence that says, "She described how the |

| | | |
|---|---|---|
| 13:05:39 | 1 | AFSSs have been neglected over the years.  Aging |
| 13:05:44 | 2 | workforce, old equipment, et cetera.  Even the |
| 13:05:50 | 3 | Inspector General recommends a consolidation." |
| 13:05:56 | 4 | Are those things that you said at the |
| 13:06:00 | 5 | September 21, 2004, SUPCOM conference? |
| 13:06:07 | 6 | A.   This is a summary of a discussion I gave. |
| 13:06:09 | 7 | Just looking at the very beginning of that paragraph, |
| 13:06:12 | 8 | I am certain it is not verbatim what I have said.  I |
| 13:06:18 | 9 | certainly would not have said A-76 is all about |
| 13:06:22 | 10 | money, as we have discussed already today.  So this, |
| 13:06:25 | 11 | as I say, is written in a breezy style, it is a |
| 13:06:29 | 12 | summary. |
| 13:06:30 | 13 | Q.   What about what follows it, financial |
| 13:06:30 | 14 | situation of the FAA is in sad shape, more money |
| 13:06:34 | 15 | going out than coming in.  Kind of like my checking |
| 13:06:40 | 16 | account. |
| 13:06:42 | 17 | A.   I am planning to A-76 my family soon, no, I |
| 13:06:46 | 18 | don't think I said that.  I am fairly confident I |
| 13:06:49 | 19 | didn't say a lot of this.  The essence of what they |
| 13:06:51 | 20 | are trying to capture here is that the FAA has had -- |
| 13:06:56 | 21 | or had at that point, because this is September of |
| 13:07:01 | 22 | '04, escalating operating costs that were escalating |

| | | |
|---|---|---|
| 15:30:58 | 1 | support during that period of time. |
| 15:31:06 | 2 | Q. I want to get back to that just in a minute, |
| 15:31:10 | 3 | but what I would like you to do is try to identify, |
| 15:31:14 | 4 | to the best of your recollection, where you were |
| 15:31:19 | 5 | involved with decision making or decision points in |
| 15:31:25 | 6 | this process that led to the outsourcing and |
| 15:31:30 | 7 | reduction in force. |
| 15:31:31 | 8 | You already indicated that you did an |
| 15:31:34 | 9 | initial approval after the briefings? |
| 15:31:36 | 10 | A. Correct. |
| 15:31:37 | 11 | Q. And you just indicated you were looking at |
| 15:31:39 | 12 | the workforce disruption and personnel issues. |
| 15:31:43 | 13 | A. Correct. |
| 15:31:45 | 14 | Q. Did that ever reach a decision point or did |
| 15:31:49 | 15 | you ever make a decision regarding workforce |
| 15:31:53 | 16 | disruption or personnel issues, or anything of the |
| 15:32:00 | 17 | like? |
| 15:32:01 | 18 | A. Ever would be both before, during and after |
| 15:32:03 | 19 | the competition, I am assuming; is that correct? |
| 15:32:07 | 20 | Q. Yes. I am thinking about from the beginning |
| 15:32:09 | 21 | of your term as FAA administrator until you left, |
| 15:32:13 | 22 | where did you make decisions that were in furtherance |

| | | |
|---|---|---|
| 15:32:19 | 1 | of the A-76 outsourcing and reduction in force? |
| 15:32:28 | 2 | A.    There are a whole series of actions and |
| 15:32:31 | 3 | decisions that come into play here, and what I would |
| 15:32:36 | 4 | simply say is that there were decisions about the |
| 15:32:44 | 5 | team and resources allocated to pursuing this both in |
| 15:32:50 | 6 | terms of our response to the union's concerns and |
| 15:32:55 | 7 | challenge as well as to forming the office which |
| 15:32:59 | 8 | became the Office of the Competitive Sourcing, |
| 15:33:04 | 9 | assigning resources and people to that, and then as |
| 15:33:12 | 10 | issues came up that were of some magnitude, having |
| 15:33:17 | 11 | periodic briefings on how this was proceeding up to |
| 15:33:20 | 12 | the point that we put out a solicitation for the |
| 15:33:25 | 13 | proposal, proposals. |
| 15:33:27 | 14 | At that point, as I explained earlier, under |
| 15:33:31 | 15 | our procurement policy, I was not involved in any way |
| 15:33:35 | 16 | in the selection, not in reviewing the proposal nor |
| 15:33:39 | 17 | in the selection, and it was only after the fact when |
| 15:33:43 | 18 | there was a challenge to whether the selection was |
| 15:33:48 | 19 | correctly done that I received the report from our |
| 15:33:53 | 20 | Office of Dispute Resolution for Acquisitions, it is |
| 15:34:00 | 21 | called ODRA, and I reviewed that and determined that |
| 15:34:07 | 22 | it was, that procurement was done in accordance with |

| | | |
|---|---|---|
| 15:34:09 | 1 | correct procedures. |
| 15:34:10 | 2 | During that time, we took steps, as I |
| 15:34:14 | 3 | outlined earlier, in terms of our Office of Human |
| 15:34:19 | 4 | Resources working with both the line staff and |
| 15:34:23 | 5 | supervisors, to ensure a smooth transition and to |
| 15:34:28 | 6 | ensure that there were resources for the support of |
| 15:34:34 | 7 | employees as they began to analyze what their career |
| 15:34:38 | 8 | choices were. |
| 15:34:40 | 9 | And at a point further down the line, there |
| 15:34:44 | 10 | was also the decisions that I made, on the basis of |
| 15:34:48 | 11 | recommendations, that we would provide access to |
| 15:34:54 | 12 | Federal Aviation Administration positions on a basis |
| 15:34:57 | 13 | that gave advantage to flight service specialists as |
| 15:35:02 | 14 | they competed for those positions both within the FAA |
| 15:35:06 | 15 | broadly and within the air traffic control |
| 15:35:09 | 16 | organization. |
| 15:35:10 | 17 | Q.   Can you think of any other place where you |
| 15:35:15 | 18 | were involved in decisions made regarding the A-76, |
| 15:35:22 | 19 | the outsourcing and the reduction in force? |
| 15:35:26 | 20 | A.   Subsequent to that, there has been the |
| 15:35:29 | 21 | decision as to how we staffed our oversight office |
| 15:35:33 | 22 | for the contract, how we approached monitoring the |

| | | |
|---|---|---|
| 15:35:38 | 1 | performance of Lockheed Martin and the issues that |
| 15:35:42 | 2 | have come up in terms of transition.  I had |
| 15:35:48 | 3 | periodically been briefed and been, again, |
| 15:35:51 | 4 | responsible official when it comes to the FAA's |
| 15:35:54 | 5 | actions.  I am not the person who makes day-in- |
| 15:35:58 | 6 | and-day-out decisions, but I am certainly the overall |
| 15:36:02 | 7 | responsible person for the agency. |
| 15:36:05 | 8 | Q.   I heard quite clearly your previous answer |
| 15:36:09 | 9 | that you were interested in issues involving |
| 15:36:17 | 10 | personnel and workforce disruption and that you took |
| 15:36:20 | 11 | an active interest in that; is that right? |
| 15:36:23 | 12 | A.   I took an active interest in the entire |
| 15:36:28 | 13 | process, but I certainly was very concerned about our |
| 15:36:31 | 14 | personnel.  Again, this is a process that in the |
| 15:36:36 | 15 | federal government we knew was, as it has developed |
| 15:36:40 | 16 | so far to my knowledge, the largest competitive |
| 15:36:45 | 17 | sourcing involving a civil workforce in government. |
| 15:36:47 | 18 | In that sense, it is important to understand |
| 15:36:49 | 19 | that you try to rely on the experience of other |
| 15:36:53 | 20 | agencies both civil and military, but you also |
| 15:36:57 | 21 | understand that you are to some degree involved in |
| 15:37:02 | 22 | making decisions that there is not a lot of |