# Exhibit 5



```
 1                UNITED STATES DISTRICT COURT
 2                FOR THE DISTRICT OF COLUMBIA
 3                  DOCKET NO. CA-05-654
 4   KATHLEEN BREEN, et al.,
                Plaintiffs
 5       Vs.
 6   NORMAN MINETA,
                Defendant.
 7
 8       Date Taken:  Monday - February 25, 2008
 9
10          Oral sworn deposition of KATHLEEN BREEN,
11   taken at the Federal Aviation Technical Center,
12   Atlantic City, New Jersey, before Laurie R.
13   Costa-Pepe, Certified Court Reporter and Notary
14   Public of the State of New Jersey, on the above
15   date, commencing at 9:45 a.m., there being
16   present:
17
18   _____
19
20            CIPOLLONI & ASSOCIATES, INC.
21      CERTIFIED COURT REPORTERS & VIDEOGRAPHERS
22          1125 Atlantic Avenue - Suite 416
23         Atlantic City, New Jersey 08401
24                 (609) 348-9190
25
```

Breen - Gebhardt

```
 1        A.      When I first walked in I was a
 2   little taken back.  I thought it was going to be
 3   just the administrator and Bobby Stergel in the
 4   meeting.
 5        Q.      Did you have anyone with you?
 6        A.      I had Scott Malon with me.
 7        Q.      Okay.
 8        A.      Who at that time was the chief
 9   negotiator for the union.
10        Q.      Okay.
11        A.      And when I walked in there was
12   Ventrias and the attorney, and I stated I was a
13   little uneasy at the other people in the room, and
14   she simply stated that because of the lawsuit she
15   wanted her attorney present.
16        Q.      Okay. And is this the same meeting
17   where she just said that because of the ages of
18   the flight service controllers, that she didn't
19   think retraining them was appropriate?
20        A.      It was not a wise use of taxpayers'
21   money.
22        Q.      To do what?
23        A.      To retrain these people at their age
24   to only get a couple of years service out of them.
25        Q.      If -- and this is a big if -- if
```