# Exhibit 7



# AFSS Competitive Sourcing Program
## Briefing to ARAMT

*by*
*Joann Kansier (ACA-1)*
*Office of Competitive Sourcing Acquisitions*

*August 14, 2003*

# FAA's Business Case for Competitive Sourcing

## Outside Influences

- DOT IG recommendation on consolidation
- FAA Studies
- OMB Guidance
- President's Management Agenda



*OPPORTUNITY*

## State of AFSS

- Aging facilities and equipment
- Aging workforce
- Imbalanced workload
- Inadequate funding of AFSS related programs
- Potential for efficiencies