# Exhibit 10



FEDERAL AVIATION ADMINISTRATION • AIR TRAFFIC ORGANIZATION

# Joint Resources Council 2B Briefing

## Automated Flight Service Station A-76 Competition

**Office of Competitive Sourcing**

**December 8, 2004**

D005485



# What can be Expected from the AFSS A-76 Study?

## Status Quo

**Facilities:**
- 48 expiring leases
- Substandard small facilities

**Equipment:**
- Aging
- Doesn't meet all service requirements

**People:**
- Inadequate/unbalanced staffing
- 54% of employees eligible to retire
- Age 56 mandatory retirement for operational personnel

**Cost:**
- Continue to escalate

**IG:**
- Recommends consolidation

## After A-76

**Facilities:**
- Upgraded/new large facilities

**Equipment:**
- Meet all service requirements

**People:**
- Right of First Refusal
- Opportunities for second careers for retirees
- Protected by Service Contract Act
- Age 56 mandatory retirement for operational personnel does not apply to vendors

**Cost:**
- Required 22% savings = $478.5M over 5 years
- Cost incentives to meet quality

FEDERAL AVIATION ADMINISTRATION  ·  AIR TRAFFIC ORGANIZATION

3

D005488