**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KATHLEEN BREEN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ANTHONY FOXX, SECRETARY OF )<br>TRANSPORTATION, DEPARTMENT OF )<br>TRANSPORTATION, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 05-cv-654 (PLF) |

**NOTICE OF WITHDRAWAL AS ATTORNEY FOR PLAINTIFFS**

Attorney Lisa R. Sandoval hereby provides notice, pursuant to Local Rule 83.6(b), of her withdrawal as attorney for Plaintiffs in the above-captioned case. A trial date has not been set.

The undersigned is withdrawing as counsel, as she will be leaving her current employment with the Law Offices of Gary M. Gilbert & Associates, P.C. effective November 4, 2016. Plaintiffs will continue to be represented by previously designated counsel.

Kathleen Breen, a plaintiff in this matter, consents to the withdrawal. *See* Attached Declaration of Kathleen Breen.

Therefore, for good reason shown, the undersigned respectfully requests the Court enter her withdrawal in this matter.

Respectfully submitted,

Date: November 3, 2016

/s/ Lisa R. Sandoval
Lisa R. Sandoval, *admitted pro hac vice*
The Law Offices of Gary M. Gilbert
& Associates, P.C.
1100 Wayne Avenue, Suite 900
Silver Spring, MD 20910
Tel: (301) 608-0880
Fax: (301) 608-0881

lsandoval-efile@ggilbertlaw.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the CM/ECF electronic filing system on this 3rd day of November, 2016, and thereby served upon certain parties or their counsel. The following individuals, who are not served via the CM/ECF electronic filing system, were served via first-class mail:

CHARLES E. HOLLAND
21927 Bayard Terrace
Broadlands, VA 20148

DONNA DODSON
7499 Hidden Glen Drive
Amherst, OH 44001-2575

HENRY ONTIVEROS
516 E. Byron Nelson Blvd, #124
Roanoke, TX 76262

JANICE I. TEED WILSON
12706 Amor Street
Dewey, AZ 86327

JIM G. WILKERSON
2205 Meadowood Drive
Kronenwetter, WI 54455

TOM DOMINGO
RR2 Box 228 Gilman Road
Elkins, WV 26241

WILLIAM R. MADDEN
1050 Harrison Avenue, Apt. 8-A
Dyer, IN 46311

By: /s/ Lisa R. Sandoval
Lisa R. Sandoval, *admitted pro hac vice*
**THE LAW OFFICES OF GARY M. GILBERT & ASSOCIATES, P.C.**
1100 Wayne Avenue, Suite 900
Silver Spring, MD 20910
Telephone: (301) 608-0880
Facsimile: (301) 608-0881
lsandoval-efile@ggilbertlaw.com