DECLARATION OF KATHLEEN BREEN

I, Kathleen Breen, hereby declare under penalty of perjury and state as follows:

1. I am over the age of eighteen years and competent to testify to the matters stated herein.
2. I am the lead Plaintiff in the lawsuit <u>Breen et al. v. Foxx et al.</u>, Civil Action No. 05-cv-654 (PLF).
3. I consent to the withdrawal of attorney Lisa R. Sandoval as attorney for Plaintiffs in the above-mentioned case.

I hereby declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

*Kathleen Breen*
Name

*Kathl B.*
Signature

11/02/2016
Date