# Last Will and Testament

## of

CRAIG JAMES MARCUS
GRAND LEDGE, MI 48837
SSN ███████9167

Personal Representative:

Patricia Emeline Marcus
███████████████
Grand Ledge, MI 48837

DUNNINGS AND FRAWLEY, P. C.
ATTORNEYS AT LAW
DUNCAN BUILDING
530 SOUTH PINE
LANSING, MICHIGAN 48933

# Last Will and Testament

## OF

## CRAIG JAMES MARCUS

I, Craig James Marcus, of ▇▇▇ Grand Ledge, Michigan, being of sound and disposing mind, memory and understanding, do hereby make, publish and declare this to be my Last Will and Testament hereby revoking any and all prior Wills, Codicils and testamentary disposition by me at any time made.

FIRST: I direct that my Personal Representative hereinafter named pay all of my debts and funeral expenses as soon after my death as practicable. I also direct my said Personal Representative to pay all inheritance, estate, transfer, succession, and other governmental charges, taxes and liens imposed upon my estate passing under the terms of this my Last Will and Testament or upon the interest of any of the legatees, devisees or beneficiaries herein by any present or future law of the United States or any state relating to the transmission of property by descent and/or devise, and that such charges, taxes and liens be considered and treated as expenses and costs of administering my estate and be paid out of the corpus of my estate before distribution thereof, if possible.

SECOND: I give and devise all the rest, residue and remainder of my estate, real and personal, of whatsoever character and wheresoever situate, to my dearly beloved wife, Patricia Emeline Marcus..

THIRD: If my dearly beloved wife, Patricia Emeline Marcus, does not survive me or if we die in a mutual disaster, then I leave the rest, residue and remainder of my estate, real and personal, of whatsoever character and wheresoever situate, to my dearly beloved children, to wit: Michelle Lynn Markstrom, DOB ▇▇71, SSN ▇▇5709, whose present address is ▇▇▇ Howell, Michigan 48843; Jessica Marcus Bennett, DOB ▇▇73, SSN ▇▇4275, whose present address is ▇▇▇ Grand Ledge, Michigan 48837; and Melinda Marcus, DOB ▇▇75, SSN ▇▇4596 whose present address is ▇▇▇ Grand Ledge, Michigan 48837 to share and share alike. If any of the above named children predecease me and leave surviving children, then the share they would take under this my Last Will and Testament shall go to their surviving children to share and share alike.

*[Margin signature: Craig James Marcus]*

FOURTH: I nominate, constitute and appoint as Personal Representative of this Last Will and Testament my wife, Patricia Emeline Marcus, and I direct that no bond shall be required of my Personal Representative in any jurisdiction; and I do empower my Personal Representative to sell, mortgage or lease any such real property or interest therein of which I may die seised at such time, in such manner and on such terms as the Personal Representative shall deem wise. In the event my wife is unable or unwilling to act, then I nominate, constitute an appoint my daughter, Michelle Lynn Markstrom, with the same powers

FIFTH: I hereby direct my personal representative to use an independent probate proceeding where possible.

IN WITNESS WHEREOF, I have set my hand and seal to this my Last Will and Testament consisting of two (2) pages, this page included, on the margin of which, except this page I have affixed my signature for better identification this 16TH day of July, 1999, A.D.

_Craig James Marcus_ (SEAL)
Craig James Marcus

We, the undersigned, hereby certify that the foregoing instrument was on the day of the date thereof signed, sealed, published and declared by the said Craig James Marcus, in his presence and in the presence of each other we have at his request, hereunto subscribed our names as witnesses to the execution thereof this 16th day of July, 1999, A.D., and we hereby certify that at the time of the execution thereof, we believe the said Craig James Marcus to be of sound and disposing mind, memory and understanding.

_Judith A. Liban_ residing at _Eaton Rapids_, Michigan

_Courtney R. Dunn_ residing at _Lansing_, Michigan