IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KATHLEEN BREEN, *et al.*, <br> Plaintiffs, <br><br> v. <br><br> ELAINE CHAO, SECRETARY OF TRANSPORTATION, DEPARTMENT OF TRANSPORTATION, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-cv-654 (PLF) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFFS' MOTION FOR SUBSTITUTION OF ESTATE FOR PLAINTIFF NANCY SUTTON

Plaintiffs, by and through undersigned counsel, hereby move pursuant to Federal Rule of Civil Procedure 25(a)(1), to substitute the Estate of Nancy J. Sutton via her Personal Representative Carolyn M. Bixler for deceased Plaintiff Nancy J. Sutton. In support of this motion, Plaintiffs state as follows:

Ms. Sutton died on March 24, 2017. Her Personal Representative has instructed Plaintiffs' counsel to substitute the Estate for Ms. Sutton as a Plaintiff in this case. Attached hereto as Exhibits are:

1. a letter of instruction from Carolyn M. Bixler, the Personal Representative;
2. the Certificate of Death of Ms. Sutton; and
3. Letters Testamentary appointing Carolyn M. Bixler as the Personal Representative of the Estate.

Plaintiffs' Counsel contacted Defendants' Counsel on August 8, 2017 and August 15, 2017 to request the Defendants' position on Plaintiffs' Motion. On August 17, 2017, Elizabeth Kade, Trial Attorney for the Department of Justice (DOJ) emailed seeking the names of the deceased for whom we will file and the date we intend to file the Motions. This morning, August 18, 2017, we responded providing the names and repeating the intended filing date of August 18, 2017 that we noted in our prior emails. DOJ Senior Counsel Lisa Marcus responded at approximately 2 PM this afternoon seeking additional information about the personal representatives, information that we are attaching to this submission in accordance with the procedural rules. She asked that the following statement be included in our submission: "Defendants currently lack information regarding the proposed substitutes for the deceased; defendants requested this information from movants but did not receive it prior to the filing of this motion.  Defendants intend to review the motion for substitution to consider whether it meets the requirements of Rule 25, and will respond to the motion within the time allotted by the local rules."

Wherefore, for the reasons stated above, Plaintiffs respectfully move this Court to substitute the Estate of Nancy J. Sutton, through her Personal Representative, Carolyn M. Bixler, as a Plaintiff in this case. A proposed order is attached.

Date: August 18, 2017

          Respectfully Submitted,

          **/s/ Linda A. Kincaid**

          Linda A. Kincaid, Esq.
          Bar No. 416936
          **GILBERT EMPLOYMENT LAW, P.C.**
          1100 Wayne Avenue, Suite 900
          Silver Spring, MD 20910

Tel: (301) 608-0880  
Fax: (301) 608-0881  
lkincaid-efile@gelawyer.com  
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via the CM/ECF electronic filing system on this 18th day of August, 2017, and thereby served upon the parties and/or their counsel. The following individuals, who are not served via the CM/ECF electronic filing system, were served via first-class mail:

TOM DOMINGO
RR2 Box 228 Gilman Road
Elkins, WV 26241

JULIA GREENWAY
9904 Hemlock Woods Ln
Burke, VA 22105

JOHN LYNCH
89 Flying Squares Dr
Beverly, WV 26253

By: **/s/ Linda A. Kincaid**
Linda A. Kincaid, Esq.
**GILBERT EMPLOYMENT LAW, P.C.**
1100 Wayne Avenue, Suite 900
Silver Spring, MD 20910
Telephone: (301) 608-0880
Facsimile: (301) 608-0881