_Carolyn Bixler_
Name

███████████
Address

_Aztec  NM  87410_
City, State, Zip Code

The Law Offices of Gary M. Gilbert
& Associates, P.C.
1100 Wayne Avenue
Suite 900
Silver Spring, MD 20910
(301) 608-0881 (Facsimile)
faacase@ggilbertlaw.com

## LETTER OF INSTRUCTION TO SUBSTITUTE ESTATE

To The Law Offices of Gary M. Gilbert & Associates, P.C.,

I, _Carolyn M. Bixler_, write to you to instruct you to substitute me for _Nancy J. Sutton_, (who is now deceased), in the pending lawsuit *Breen et al v. Chao et al*, case number 1:05-cv-00654-PLF, before the U.S. District Court for the District of Columbia. I am the executor of the estate.

Enclosed you will find a copy of the original Death Certificate and the Certificate of Appointment. Please contact me if you need anything further.

Sincerely,

_Carolyn M. Bixler_         7/17/17
Name                                  Date