# STATE OF COLORADO
## CERTIFICATION OF VITAL RECORD

### CERTIFICATE OF DEATH

**STATE FILE NUMBER:** 1052017008884

**DECEDENT'S LEGAL NAME:** NANCY SUTTON
**DATE OF DEATH:** MARCH 24, 2017

| Field | Value |
|---|---|
| SEX | FEMALE |
| SOCIAL SECURITY NUMBER | [redacted] |
| AGE-Last Birthday (Years) | 61 |
| DATE OF BIRTH | [redacted] 1955 |
| BIRTHPLACE | IOWA |

**IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL:** DECEDENT'S HOME

**CITY, TOWN OR LOCATION OF DEATH:** LONGMONT
**COUNTY OF DEATH:** BOULDER

**RESIDENCE - STREET AND NUMBER:** [redacted]
**ZIP CODE:** 80501
**INSIDE CITY LIMITS:** YES

**RESIDENCE STATE:** COLORADO
**COUNTY:** BOULDER
**CITY OR TOWN:** LONGMONT

**DECEDENT'S USUAL OCCUPATION:** AIR TRAFFIC CONTROL
**KIND OF BUSINESS/INDUSTRY:** FAA
**DECEDENT'S EDUCATION:** SOME COLLEGE CREDIT BUT NO DEGREE

**EVER IN US ARMED FORCES:** NO
**MARITAL STATUS AT TIME OF DEATH:** DIVORCED

**FATHER'S NAME:** FRANK HALSTED
**MOTHER'S NAME (prior to first marriage):** GLADYS MEYER

**INFORMANT'S NAME:** KARA EDWARDS

**NAME OF FUNERAL HOME:** BLUE MOUNTAIN CREMATION SERVICES
**WAS CORONER NOTIFIED:** YES

**METHOD OF DISPOSITION:** CREMATION
**PLACE OF DISPOSITION:** THOMPSON VALLEY CREMATION CENTER
**LOCATION:** LARIMER, COLORADO

**WAS DECEDENT UNDER PHYSICIAN'S CARE:** YES
**DATE PRONOUNCED DEAD:** MARCH 24, 2017
**TIME PRONOUNCED DEAD:** 10:04 AM

**MANNER OF DEATH:** NATURAL

### CAUSE OF DEATH

**PART I:**
a. MALIGNANT NEOPLASM OF UNSPECIFIED OVARY — Approximate interval: DAYS

**TITLE, NAME, ADDRESS, ZIP CODE AND COUNTY OF PHYSICIAN:** L. ELAINE SHIRAR MD, 5920 MCINTYRE STREET, GOLDEN CO 80403
**DATE SIGNED:** MARCH 24, 2017

**DATE FILED BY REGISTRAR:** MARCH 24, 2017

**DATE ISSUED:** MARCH 29, 2017

A. ALEX QUINTANA
STATE REGISTRAR



*008262243*