| ☒ District Court   ☐ Denver Probate Court<br>Boulder County, Colorado<br>Court Address: 1777 Sixth St., Boulder, CO 80302 | |
|---|---|
| In the Matter of the Estate of:<br><br>**NANCY J. SUTTON**<br><br>Deceased | ▲   **COURT USE ONLY**   ▲<br>Case Number: 2017PR30222<br><br>Division        Courtroom |
| **LETTERS ☒ TESTAMENTARY ☐ OF ADMINISTRATION** | |

Carolyn M. Bixler was appointed or qualified by this Court or its Registrar on April 17, 2017 (date) as:

☒ Personal Representative.
☐ Successor Personal Representative.

The Decedent died on _____ March 24, 2017 _____ (date).

These Letters are proof of the Personal Representative's authority to act pursuant to §15-12-701, et.seq, C.R.S. except for the following restrictions, if any:

N/A

Date: April 17, 2017

_____
Probate Registrar/(Deputy)Clerk of Court

## CERTIFICATION

Certified, to be a true copy of the original in my custody and to be in full force and effect as of ___04/17/17___ (date).

_____
Probate Registrar/(Deputy)Clerk of Court

JDF 915   1/09   LETTERS TESTAMENTARY/OF ADMINISTRATION