IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHLEEN BREEN, *et al.*,<br>Plaintiffs,<br><br>v.<br><br>ELAINE CHAO, SECRETARY OF<br>TRANSPORTATION, DEPARTMENT OF<br>TRANSPORTATION, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-cv-654 (PLF)<br>)<br>)<br>)<br>)<br>)<br>) |

## **PROPOSED ORDER**

Upon consideration of the Plaintiffs' Motion for Substitution of Estate for Plaintiff Nancy Sutton, it is **HEREBY ORDERED THAT** the Motion is **GRANTED**, and it is further

**ORDERED THAT** the Estate of Nancy J. Sutton be substituted through her Personal Representative, Carolyn M. Bixler, as a Plaintiff in this case.

**SO ORDERED.**

Dated _____, 2017

_____
The Hon. Paul L. Friedman
United States District Judge

1