UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
KATHLEEN BREEN, et al.,             )
                                    )
    Plaintiffs,                    )
                                    )
    v.                              )    Civil Action No. 05-0654 (PLF)
                                    )
ELAINE L. CHAO, Secretary of        )
Transportation, Department of       )
Transportation, et al.,             )
                                    )
    Defendants.                     )
_____)

ORDER

For the reasons set forth in the opinion issued this same day, it is hereby

ORDERED that the motion [Dkt. No. 316] of fifteen prospective plaintiffs to reconsider this Court's prior orders denying them leave to join or, in the alternative, intervene in the above-captioned case is GRANTED; and it is

FURTHER ORDERED that plaintiffs may file an amended complaint adding the movants as plaintiffs to this case on or before April 10, 2018.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
DATE: March 27, 2018    United States District Judge