UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KATHLEEN BREEN, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) | Civil Action No. 05-0654 (PLF) |
| ELAINE L. CHAO, Secretary of Transportation, Department of Transportation, et al., | ) ) ) ) ) | |
| Defendants. | ) ) | |

ORDER

On March 27, 2018, the Court issued an opinion [Dkt. No. 378] and order [Dkt. No. 377] granting the motion of 226 dismissed plaintiffs for reconsideration of the Court's orders of dismissal and an opinion [Dkt. No. 380] and order [Dkt. No. 379] granting the motion of fifteen prospective plaintiffs for reconsideration of the Court's orders denying them leave to join the above-captioned case. As a result, the Court reinstated the claims of the 226 dismissed plaintiffs and granted plaintiffs leave to file an amended complaint joining the fifteen additional plaintiffs to this case. The Court now seeks the parties' preferences for advancing the litigation. Accordingly, it is hereby

ORDERED that the parties shall appear at 11:00 A.M. on May 1, 2018, for a status conference; and it is

FURTHER ORDERED that the parties shall meet and confer and submit a joint status report to the Court on or before April 24, 2018. The joint status report shall either suggest an agreed upon plan for proceeding in this case or explain the parties' respective proposals and

positions, including their positions regarding mediation before a court-appointed or private mediator or settlement discussions with a magistrate judge.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  April 2, 2018