

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Kathleen Breen, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Elaine Chao, Secretary Of Transportation, Department Of Transportation, *et al.*,<br><br>Defendants. | Civil Action No. 05-cv-654 (PLF) |

## [PROPOSED] ORDER

Upon consideration of the parties' joint recommendation and the entire record herein, the Court concludes that it is necessary to establish with greater certainty and finality which individuals may participate in this case as plaintiffs. Therefore, it is hereby

ORDERED that any individual who was initially a plaintiff in this action and whose claim was dismissed without prejudice and has not been reinstated, or who previously sought but was denied joinder into the case and has not been reinstated, may seek to rejoin the case by providing written notice to Counsel for the Plaintiffs identified below by first class mail, postmarked no later than, or by electronic mail, received no later than, July 31, 2018, and it is further

ORDERED that any individual who wishes to rejoin the case but whose request is not postmarked or transmitted by July 31, 2018 as provided above, will be required to demonstrate to the Court good cause why he or she was unable to provide the notice required by July 31, 2018, and it is further

ORDERED that Plaintiffs' counsel submit to the Court by August 10, 2018 a motion to reinstate all individuals who have expressed their intention to participate as plaintiffs this case, along with a proposed order including a list of all such individuals, and incorporating the prior requests to reinstate certain plaintiffs set forth in filings docketed as entries numbered 383 and 385.

Counsel for the Plaintiffs and the means of providing them notice of an interest in rejoining this case are identified below:

Gary M. Gilbert
Linda A. Kincaid
**GILBERT EMPLOYMENT LAW, P.C.**
1100 Wayne Avenue, Suite 900
Silver Spring, MD 20910
Telephone: (301) 608-0880
Facsimile:  (301) 608-0881
FAAcase@gelawyer.com

Joseph M. Sellers
Shaylyn Cochran
Brian Corman
**COHEN MILSTEIN SELLERS
 & TOLL PLLC**
1100 New York Avenue, N.W.
Suite 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile:  (202) 408-4699
FAAcase@cohenmilstein.com

**SO ORDERED.**

DATE: _____, 2018

_____
PAUL L. FRIEDMAN
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via the CM/ECF electronic filing system on this 2nd day of May, 2018, and thereby served upon the parties and/or their counsel.

By:  /s/ Shaylyn Cochran