# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| KATHLEEN BREEN, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 05-cv-654 (PLF) |
| ELAINE L. CHAO, Secretary of Transportation, DEPARTMENT OF TRANSPORTATION, *et al.*, | ) |
| Defendants. | ) |

## MOTION FOR A STAY OF DISCOVERY DEADLINES
## IN LIGHT OF LAPSE OF APPROPRIATIONS

The United States of America hereby moves for a stay of all discovery deadlines in the above-captioned case.

1. At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for several other Executive agencies, including the federal defendants. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the federal defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of the discovery deadlines until Congress has restored appropriations to the Department.

4.      If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department.  The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

5.      Opposing counsel has authorized counsel for the Government to state that the Plaintiffs have no objection to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of discovery deadlines in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated:  December 26, 2018

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JESSIE LIU
United States Attorney

JOSHUA E. GARDNER
Special Counsel

 /s/ *Kari E. D'Ottavio*
ADAM D. KIRSCHNER
Senior Trial Counsel
KARI E. D'OTTAVIO
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Tel: (202) 305-0568
Fax: (202) 616-8470
Email: kari.e.d'ottavio@usdoj.gov

*Attorneys for Defendants*