UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KATHLEEN BREEN, et al.,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>ELAINE L. CHAO, Secretary of<br>Transportation, Department of<br>Transportation, et al.,<br><br>　　　Defendants. | Civil Action No. 05-0654 (PLF) |

## ORDER

Upon consideration of the plaintiffs' ten unopposed motions for substitution of estate, seeking to substitute the deceased plaintiffs with their respective estates via the decedents' personal representatives, it is hereby

ORDERED that Plaintiffs' Motion for Substitution of Estate for Plaintiff Bobby R. Wilkins, Jr. [Dkt. No. 404] is GRANTED and Bobbly R. Wilkins, Jr.'s estate, through his personal representative Tamara Wilkins, is substituted as plaintiff in this case; it is

FURTHER ORDERED that Plaintiffs' Motion for Substitution of Estate for Plaintiff Carl Corwin [Dkt. No. 405] is GRANTED and Carl Corwin's estate, through his personal representative Mary Jane Corwin, is substituted as plaintiff in this case; it is

FURTHER ORDERED that Plaintiffs' Motion for Substitution of Estate for Plaintiff David G. Ryan [Dkt. No. 406] is GRANTED and David G. Ryan's estate, through his personal representative Linda M. Ryan, is substituted as plaintiff in this case; it is

FURTHER ORDERED that Plaintiffs' Motion for Substitution of Estate for Plaintiff Frederick L. Green [Dkt. No. 407] is GRANTED and Frederick L. Green's estate, through his personal representative Deborah A. Green, is substituted as plaintiff in this case; it is

FURTHER ORDERED that Plaintiffs' Motion for Substitution of Estate for Plaintiff Greg F. Woolley [Dkt. No. 408] is GRANTED and Greg F. Woolley's estate, through his personal representative Megan Woolley is substituted as plaintiff in this case; it is

FURTHER ORDERED that Plaintiffs' Motion for Substitution of Estate for Plaintiff Phillip D. Perreira, Jr. [Dkt. No. 409] is GRANTED and Phillip D. Perreira, Jr.'s estate, through his personal representative Cheryl L. Scellato is substituted as plaintiff in this case; it is

FURTHER ORDERED that Plaintiffs' Motion for Substitution of Estate for Plaintiff Richard A. Reimann [Dkt. No. 410] is GRANTED and Richard A. Reimann's estate, through his personal representative Patricia A. Reimann is substituted as plaintiff in this case; it is

FURTHER ORDERED that Plaintiffs' Motion for Substitution of Estate for Plaintiff Ronald E. Coleman [Dkt. No. 411] is GRANTED and Ronald E. Coleman's estate, through his personal representative Robin Coleman, is substituted as plaintiff in this case; it is

FURTHER ORDERED that Plaintiffs' Motion for Substitution of Estate for Plaintiff Tyrone Austin [Dkt. No. 412] is GRANTED and Tyrone Austin's estate, through his personal representative Karen Fisher-Austin, is substituted as plaintiff in this case; and it is

FURTHER ORDERED that Plaintiffs' Motion for Substitution of Estate for Plaintiff Willie E. Rogers [Dkt. No. 413] is GRANTED and Willie E. Rogers' estate, through his personal representative Heath Rogers is substituted as plaintiff in this case.

SO ORDERED.

/s/ Paul L. Friedman
PAUL L. FRIEDMAN
United States District Judge

DATE: 1/11/19