# ATTACHMENT B

*Breen, et al. v. Chao, et al.*, Case No. 05-cv-654 (D.D.C.)
**Defendants' Rule 26(a)(3)(A)(ii) Disclosures: Defendants' Deposition Counter-Designations**

| DEPONENT | DEFENDANTS' DEPOSITION COUNTER-DESIGNATIONS |
|---|---|
| Charlene Argo | 17:6-17:20; 19:3-19:15; 28:19-29:7; 31:1-31:17; 43:13-43:22 |
| Marion Blakey | 28:22-29:6; 29:16; 29:19-29:22; 86:13-86:22; 87:6-87:10; 88:16-88:18; 93:3-93:4; 167:14-167:21; 184:13-184:17 |
| Steven Brown | 45:13-45:16; 47:1-49:21; 72:12-75:3; 75:9-75:21 |
| Peter Challan | 61:9-61:21; 77:15-78:1; 78:13-80:8; 85:5-85:15 |
| Dennis DeGaetano | 22:8-22:17; 25:4-25:15; 36:10-36:17; 38:10-38:12; 39:21-39:21; 42:1-42:9; 45:16-45:18; 46:9-46:12; 46:17-47:1; 47:16-47:19; 52:22-53:4; 54:11-54:15; 56:14-57:2; 60:22-61:2 |
| John Hennigan (2/1/08) | 25:2-25:4; 42:15-42:22; 43:20-44:10; 57:1-57:7; 74:13; 101:11-101:14; 119:7-121:1; 131:1; 147:2-148:12 |
| Marilyn Jackson-Brame | 33:21-34:10; 35:8-35:9; 56:21-57:10; 122:9-123:8; 205:2-205:4 |
| Mark Jaffe | 120:9-120:15 |
| Denise Jones | 41:6-42:18; 112:12-112:19; 114:16-116:4 |
| Joann Kansier | 39:1-39:3; 42:16-43:17; 84:3-84:11; 152:20-153:3; 154:19-155:3; 155:11-156:6; 156:12-157:2 |
| James Little | 30:21-31:5; 31:8-31:10; 32:12-32:15 |
| Pilar Madera | 29:17-30:22; 41:16-46:15; 48:8-49:19 |
| Darlene Olson | 31:17-32:19; 36:1-36:6 |
| Ronald Page | 37:10-37:11; 38:14-38:20; 54:11-54:21; 62:9-62:16; 74:6 |
| Richard Reimann | 92:22-94:14; 97:2-98:7; 98:20-99:6; 113:8; 144:15; 204:2-204:22 |
| Steven Simms | 68:8-69:16; 72:7-73:15; 75:17-75:20; 94:2-94:20; 170:9-170:16 |
| James Sturm | 19:16; 20:4-20:11; 21:15-21:17 |
| George Williams | 35:15-36:3; 102:14-102:21; 103:15-103:21; 107:18-107:19; 112:1; 115:8-115:12; 120:3-120:10; 120:21; 141:2-141:6 |

*Breen, et al. v. Chao, et al.*, Case No. 05-cv-654 (D.D.C.)
**Defendants' Rule 26(a)(3)(A)(ii) Disclosures: Defendants' Deposition Counter-Designations**

**Defendants respectfully reserve the right to submit additional deposition testimony for rebuttal or impeachment purposes, to refresh a witness's recollection, or for any other purpose permitted under the rules governing this proceeding. In addition, Defendants reserve the right to further designate depositions if a witness listed above becomes unavailable pursuant to Federal Rule of Civil Procedure 32(a)(4). Defendants also reserve the right to use at trial any deposition transcripts designated by the Plaintiffs.**