**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| KATHLEEN BREEN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ELAINE L. CHAO, SECRETARY OF TRANSPORTATION, DEPARTMENT OF TRANSPORTATION, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-cv-654 (PLF)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' AMENDED RULE 26(a)(3) DISCLOSURES AND OBJECTIONS AND COUNTER-DESIGNATIONS TO PLAINTIFFS' RULE 26(a)(3) DISCLOSURES**

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, and the Local Rules of the U.S. District Court for the District of Columbia, Defendants make the following amended[1] pretrial disclosures, and objections and counter-designations to Plaintiffs' pretrial disclosures. Defendants reserve the right to further supplement their disclosures prior to trial in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

**I.     Rule 26(a)(3)(A)(i):  Identification of Witnesses**

    **A.     Defendants' Witnesses**

Defendants expect to call the following witnesses at trial:

1. Christopher Bertram
2. Marion Blakey
3. Robert Burton

---

[1] Any changes from Defendants' Rule 26(a)(3) disclosures filed with the Court on November 26, 2019, ECF No. 456, are noted with an asterisk (*). In addition to the changes within this filing, Defendants' also amend their disclosures with regard to their exhibit list and deposition designations, both filed as attachments. Defendants also file: counter-designations to Plaintiffs' deposition designations, objections to Plaintiffs' deposition designations, and objections to Plaintiffs' exhibits. These are identical to the documents filed by Defendants at ECF Nos. 456-2, 456-3, and 456-5, but Defendants file them again for the ease of the Court and Parties being able to locate a complete set of Defendants' most up to date 26(a)(d) disclosures.

1

    4. Dennis DeGaetano
    5. Jane Garvey
    6. *Ventris Gibson[2]
    7. John Hennigan
    8. Marilyn Jackson-Brame
    9. Joann Kansier
    10. Bob McMullen
    11. *Robert Sturgill[3]
    12. George Williams

Defendants may call the following witnesses at trial:

    1. Steven Brown
    2. Peter Challan
    3. Lauren Grace
    4. Mark Jaffe
    5. James Little
    6. Jack Nimmo
    7. Darlene Olson
    8. Ronald Page
    9. Bernard Siskin
    10. James Washington

## II.    Rule 26(a)(3)(A)(ii):  Deposition Designations

### A.    Defendants' Deposition Designations

Defendants' deposition designations, subject to any errata submitted by the deponents, are identified in the accompanying Attachment A.[4]

Defendants take the position that it is not necessary to designate the deposition testimony of the parties' respective expert witnesses because those witnesses are listed on the parties' expect-

---

[2] Ms. Gibson previously appeared on Defendants' list of witnesses that they "may call" at trial. *See* ECF No. 456 at 2.

[3] Mr. Sturgill also previously appeared on Defendants' list of witnesses that they "may call" at trial. *See* ECF No. 456 at 2.

[4] The only difference between this Attachment A and the Attachment A to Defendants' previous Rule 26(a)(3) disclosures, ECF No. 456-1, is that this amended Attachment A includes deposition designations from the depositions of Malcolm Brydon, Ernesto Cantu, Richard Freed, and Philip Killpatrick. Defendants noted in their previous Rule 26(a)(3) disclosures that "[i]n light of recent testimony by Plaintiffs in deposition, Defendants intend to designate portions of Malcolm Brydon's deposition and will file a supplement in the near future identifying those designations." ECF No. 456 at 2.  Upon further review, Defendants have also identified the need to supplement designations for Mr. Killpatrick, Mr. Freed, and Mr. Cantu in light of recent deposition testimony by Plaintiffs.

to-call witness lists.  Likewise, it is not necessary to designate the deposition testimony of fact witnesses that have recently been deposed and are on the parties' witness lists.  To the extent the Court would like Defendants to designate the deposition testimony of these witnesses, Defendants will do so.

Defendants reserve the right to submit additional deposition testimony for rebuttal or impeachment purposes, to refresh a witness's recollection, or for any other purpose permitted under the rules governing these proceedings.  In addition, Defendants reserve the right to further designate depositions if a witness listed above becomes unavailable pursuant to Federal Rule of Civil Procedure 32(a)(4).  Defendants also reserve the right to use at trial any deposition transcripts designated by the Plaintiffs.

**B.     Defendants' Counter-Designations to Plaintiffs' Deposition Designations**

Defendants' counter-designations to Plaintiffs' deposition designations, subject to any errata submitted by the deponents, are identified in the accompanying Attachment B.

**C.     Defendants' Objections to Plaintiffs' Deposition Designations**

Defendants make the following general objections to Plaintiffs' deposition designations:

(i) if either party calls the deponent as a witness at trial;

(ii) if the deponent is a living plaintiff at the time of trial and is otherwise available pursuant to the Federal Rule of Civil Procedure 32(a)(4);

(iii) if the deponent is an expert witness;

(iv) if the deponent is within the subpoena power of the Court and is otherwise available pursuant to the Federal Rule of Civil Procedure 32(a)(4).

Defendants' specific objections to Plaintiffs' deposition designations are identified in the accompanying Attachment C.  To the extent the Court overrules any of these general or specific objections, Defendants are not limited in their designations by any such overruled objection.

**III.     Rule 26(a)(3)(A)(iii):  Identification of Exhibits**

    **A.     Defendants' Exhibits**

Defendants' exhibits are identified in the accompanying Attachment D.  Defendants reserve the right to submit additional exhibits for rebuttal or impeachment purposes, to refresh a witness's recollection, or for any other purpose permitted under the rules governing this proceeding.  Defendants reserve the right to use at trial any exhibits designated by the Plaintiffs.

    **B.     Defendants' Objections to Plaintiffs' Exhibits**

Defendants' objections to Plaintiffs' exhibits are identified in the accompanying Attachment E.

For proposed exhibits that appear on both Plaintiffs' and Defendants' exhibit lists, Defendants reserve the right to object to any such exhibit that Plaintiffs solely seek to introduce into evidence, including but not limited to objecting on the basis of a lack of proper foundation or sponsoring witness under Federal Rule of Evidence 901.  Defendants do not make such objections at this time because Defendants may ultimately establish the necessary predicates for such exhibits, and it is unclear at this time which exhibits would necessarily elicit objections.

Dated:  December 11, 2019	Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JESSIE LIU
United States Attorney

CARLOTTA P. WELLS
Assistant Branch Director

*s/ Martin M. Tomlinson*
ADAM D. KIRSCHNER
(IL Bar # 6286601)
Senior Trial Counsel
KARI E. D'OTTAVIO
(NY Bar Reg. # 5338785)
Trial Attorney
MARTIN M. TOMLINSON
(SC Bar No. 76014)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 353-4556
Fax: (202) 616-8470
Email: martin.m.tomlinson@usdoj.gov

*Counsel for Defendants*