IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHLEEN BREEN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ELAINE CHAO, SECRETARY OF TRANSPORTATION, DEPARTMENT OF TRANSPORTATION, *et al.*, <br><br> Defendants. | Civil Action No. 05-cv-654 (PLF) |

## JOINT STATUS REPORT

While the parties have made substantial progress in their negotiations, they believe some limited additional discussions between the parties should conclude before they can report to the Court on the status of the case. Therefore, the parties jointly seek an additional forty-five days to and including September 14, 2020 to report to the Court on the status of the case.

Dated: July 30, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

 /s/ Adam D. Kirschner
ADAM D. KIRSCHNER (IL Bar # 6286601)
Senior Trial Counsel
KARI E. D'OTTAVIO (NY Bar Reg. # 5338785)
Trial Attorney
MARTIN M. TOMLINSON (SC Bar No. 76014)
Trial Attorney
U.S. Department of Justice

1

Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Tel: (202) 353-9265
Fax: (202) 616-8470
Adam.Kirschner@usdoj.gov

*Attorneys for Defendants*

/s/ *Joseph M. Sellers*
Joseph M. Sellers, Bar No. 318410
Shaylyn Cochran, Bar No. 1012977
Brian Corman, Bar No. 1008635
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, N.W.
Suite 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
jsellers@cohenmilstein.com


/s/ *Gary M. Gilbert*
Gary M. Gilbert, Bar No. 15808
Linda A. Kincaid, Bar No. 416936
Michal Shinnar, Bar No. MD0033
Shannon C. Leary, Bar No. MD18396
**GILBERT EMPLOYMENT LAW, P.C.**
1100 Wayne Avenue, Suite 900
Silver Spring, MD 20910
Telephone: (301) 608-0880
Facsimile: (301) 608-0881
gary@ggilbertlaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2020, a true and correct copy of the foregoing was filed electronically via the Court's ECF system, which sent notification of such filing to counsel of record for all parties.

*/s/ Joseph M. Sellers*
Joseph M. Sellers