IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHLEEN BREEN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ELAINE CHAO, SECRETARY OF TRANSPORTATION, DEPARTMENT OF TRANSPORTATION, *et al.*, <br><br> Defendants. | Civil Action No. 05-cv-654 (PLF) |

## JOINT STATUS REPORT

The parties continue to make substantial progress in their negotiations, but need additional time before they can report anything further to the Court.  Therefore, the parties jointly seek an additional 21 days to and including October 5, 2020 to report to the Court on the status of the case.


Dated:  September 14, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

 /s/ Adam D. Kirschner
ADAM D. KIRSCHNER (IL Bar # 6286601)
MARTIN M. TOMLINSON (SC Bar No. 76014)
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Tel: (202) 353-9265
Fax: (202) 616-8470

Adam.Kirschner@usdoj.gov

*Attorneys for Defendants*

/*s/ Joseph M. Sellers*
Joseph M. Sellers, Bar No. 318410
Shaylyn Cochran, Bar No. 1012977
Brian Corman, Bar No. 1008635
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, N.W.
Suite 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
jsellers@cohenmilstein.com


/*s/ Gary M. Gilbert*
Gary M. Gilbert, Bar No. 15808
Linda A. Kincaid, Bar No. 416936
Michal Shinnar, Bar No. MD0033
Shannon C. Leary, Bar No. MD18396
**GILBERT EMPLOYMENT LAW, P.C.**
1100 Wayne Avenue, Suite 900
Silver Spring, MD 20910
Telephone: (301) 608-0880
Facsimile: (301) 608-0881
gary@ggilbertlaw.com


*Attorneys for Plaintiffs*