# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KATHLEEN BREEN, *et al.*, | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) |
|  | ) Civil Action No. 05-cv-654 (PLF) |
| ELAINE CHAO, SECRETARY OF TRANSPORTATION, DEPARTMENT OF TRANSPORTATION, *et al.*, | ) |
|  | ) |
| Defendants. | ) |

## JOINT STATUS REPORT

Notwithstanding that the parties very recently made significant progress in their efforts to achieve an informal resolution of this action, they request a brief enlargement of time within which to report on the status of this case in the hope that they can complete those discussions. Accordingly, the parties jointly request an extension of time to and including October 22, 2020 to report on the status of the case.

Dated: October 5, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

 /s/ Adam D. Kirschner
ADAM D. KIRSCHNER (IL Bar # 6286601)
MARTIN M. TOMLINSON (SC Bar No. 76014)
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20530

1

Tel: (202) 353-9265
Fax: (202) 616-8470
Adam.Kirschner@usdoj.gov

*Attorneys for Defendants*

/*s/ Joseph M. Sellers*
Joseph M. Sellers, Bar No. 318410
Shaylyn Cochran, Bar No. 1012977
Brian Corman, Bar No. 1008635
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, N.W.
Suite 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
jsellers@cohenmilstein.com


/*s/ Gary M. Gilbert*
Gary M. Gilbert, Bar No. 15808
Linda A. Kincaid, Bar No. 416936
Michal Shinnar, Bar No. MD0033
Shannon C. Leary, Bar No. MD18396
**GILBERT EMPLOYMENT LAW, P.C.**
1100 Wayne Avenue, Suite 900
Silver Spring, MD 20910
Telephone: (301) 608-0880
Facsimile: (301) 608-0881
gary@ggilbertlaw.com


*Attorneys for Plaintiffs*