IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KATHLEEN BREEN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 05-cv-654 (PLF) |
| ELAINE CHAO, SECRETARY OF ) | |
| TRANSPORTATION, DEPARTMENT OF ) | |
| TRANSPORTATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**CORRECTED JOINT STATUS REPORT**

The status report filed as Docket No. 489 was filed in error. We ask the Court to strike Dockt No. 489. Since the previous status report, the parties have continued to work productively together in negotiating the details of the agreement that they have reached in principle, subject to approval of their principles. Undersigned counsel hope to achieve a preliminary agreement on the language of the settlement and releases, likewise subject to approval of their principles, by December 18, 2020. Accordingly, the parties propose updating the Court by December 18, 2020, on the status of such negotiations.

Dated:  December 3, 2020                Respectfully submitted,

                                        JEFFREY BOSSERT CLARK
                                        Acting Assistant Attorney General

                                        CARLOTTA P. WELLS
                                        Assistant Branch Director

                                         /s/ Adam D. Kirschner
                                        ADAM D. KIRSCHNER (IL Bar # 6286601)
                                        MARTIN M. TOMLINSON (SC Bar No. 76014)
                                        Senior Trial Counsel

1

U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Tel: (202) 353-9265
Fax: (202) 616-8470
Adam.Kirschner@usdoj.gov

*Attorneys for Defendants*

/*s/ Joseph M. Sellers*
Joseph M. Sellers, Bar No. 318410
Shaylyn Cochran, Bar No. 1012977
Brian Corman, Bar No. 1008635
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, N.W.
Suite 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
jsellers@cohenmilstein.com


/*s/ Gary M. Gilbert*
Gary M. Gilbert, Bar No. 15808
Linda A. Kincaid, Bar No. 416936
Michal Shinnar, Bar No. MD0033
Shannon C. Leary, Bar No. MD18396
**GILBERT EMPLOYMENT LAW, P.C.**
1100 Wayne Avenue, Suite 900
Silver Spring, MD 20910
Telephone: (301) 608-0880
Facsimile: (301) 608-0881
gary@ggilbertlaw.com


*Attorneys for Plaintiffs*