IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHLEEN BREEN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 05-cv-654 (PLF) |
| ) | |
| v. ) | |
| ) | |
| ELAINE L. CHAO, Secretary of ) | |
| Transportation, Department of Transportation, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. | |

### CONSENT MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF KENNETH CURRIER

The undersigned Counsel for the Plaintiffs hereby respectfully move to withdraw from representing Plaintiff Kenneth Currier. Mr. Currier asked us to notify the Court that he wishes to proceed *pro se* in this matter. A Memorandum in Support of this Motion is attached.

Dated: December 18, 2020                                                  Respectfully submitted,

/s/ Joseph M. Sellers                                                              /s/ Gary M. Gilbert
Joseph M. Sellers, Bar No. 318410                                      Gary M. Gilbert, Bar No. 15808
Shaylyn Cochran, Bar No. 1012977                                    Linda A. Kincaid, Bar No. 416936
Brian Corman, Bar No. 1008635                                        Michal Shinnar, Bar No. MD0033
**COHEN MILSTEIN SELLERS**                                     Shannon C. Leary, Bar No. MD18396
**& TOLL PLLC**                                                                **GILBERT EMPLOYMENT LAW, P.C.**
1100 New York Avenue, N.W.                                          1100 Wayne Avenue, Suite 900
Suite 500, East Tower                                                        Silver Spring, MD 20910
Washington, DC 20005                                                     Telephone: (301) 608-0880
Telephone: (202) 408-4600                                                Facsimile: (301) 608-0881
Facsimile: (202) 408-4699                                                 gary@ggilbertlaw.com
jsellers@cohenmilstein.com

*Attorneys for Plaintiffs*

2794408 v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHLEEN BREEN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 05-cv-654 (PLF) |
| ) | |
| v. ) | |
| ) | |
| ELAINE L. CHAO, Secretary of ) | |
| Transportation, Department of Transportation, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF KENNETH CURRIER**

Plaintiffs' Counsel Gilbert Employment Law, P.C. and Cohen Milstein Sellers & Toll, PLLC submit this Memorandum of Points and Authorities in support of their Motion for Leave to Withdraw their appearance as Counsel for Plaintiff Kenneth Currier stating as follows:

Plaintiffs initiated this case in 2005 against the Federal Aviation Administration, an agency of the U.S. Department of Transportation, alleging violations of the Age Discrimination in Employment Act of 1967, 29 U.S.C. § 621, 633(a) *et seq*. Dkt. 1. On January 22, 2020, the Court referred this case to mediation. Dkt. 467. Since that time, the Parties have negotiated a settlement in principle on behalf of the Plaintiffs who are individually before the Court. Dkt. 490.

In the course of the negotiation of the settlement in principle, Plaintiffs' Counsel and Mr. Currier have reached an irreconcilable difference about how he should proceed with his individual claim. Mr. Currier instructed Plaintiffs' Counsel to notify the Court that he wishes to proceed *pro se.* On December 18, 2020**,** pursuant to LCvR83.6(c), Plaintiffs' Counsel sent via

email and certified mail to Mr. Currier a copy of this Motion and Memorandum as well as a letter instructing him that if he wished to proceed *pro se* or object to Plaintiffs' Counsel's withdrawal, he would be required to notify the Clerk in writing within seven days. *See* Exh. 1. As of the date on which this motion has been filed, there is no record in the docket of Mr. Currier lodging an objection to this motion.

Pursuant to Local Rule 83.6(d), there is no basis on which to conclude that granting the relief requested in this motion would prejudice Mr. Currier. There is no date on which trial or any other appearance before the Court has been scheduled. As Mr. Currier has requested to proceed *pro se,* he will not be prejudiced by the granting of this Motion.

Defendants consent to this Motion but ask the Court to issue an order to Mr. Currier to show cause for why his claim should not be dismissed for failure to prosecute. Mr. Currier has refused to respond to Defendants' outstanding discovery requests for his tax returns so that Defendants could assess his claims for recovery in this action.

Accordingly, Plaintiffs' Counsel requests that the Court grant them leave from representing Mr. Currier in this action. A proposed Order is attached.

Dated: December 18, 2020                                       Respectfully submitted,

/s/ *Joseph M. Sellers*                                              /s/ *Gary M. Gilbert*

| Joseph M. Sellers, Bar No. 318410 | Gary M. Gilbert, Bar No. 15808 |
| Shaylyn Cochran, Bar No. 1012977 | Linda A. Kincaid, Bar No. 416936 |
| Brian Corman, Bar No. 1008635 | Michal Shinnar, Bar No. MD0033 |
| **COHEN MILSTEIN SELLERS** | Shannon C. Leary, Bar No. MD18396 |
| **& TOLL PLLC** | **GILBERT EMPLOYMENT LAW, P.C.** |
| 1100 New York Avenue, N.W. | 1100 Wayne Avenue, Suite 900 |
| Suite 500, East Tower | Silver Spring, MD 20910 |
| Washington, DC 20005 | Telephone: (301) 608-0880 |
| Telephone: (202) 408-4600 | Facsimile: (301) 608-0881 |
| Facsimile: (202) 408-4699 | gary@ggilbertlaw.com |
| jsellers@cohenmilstein.com | |

*Attorneys for Plaintiffs*

2794408 v1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the CM/ECF electronic filing system on this 18th day of December, 2020, and thereby served upon the parties and/or their counsel. The following individual, who is not served via the CM/ECF electronic filing system, was served via first-class mail:

Tom Domingo
RR2 Box 228 Gilman Road
Elkins, WV 26241

Pursuant to Local Rule 83.6, Plaintiffs' Counsel has served upon Kenneth Currier at his last known address a copy of this Motion and a Notice advising Mr. Currier to obtain other counsel or notify the Court if he wishes to proceed *pro se* within seven days of service of the motion.

Kenneth Currier
11220 Southwest 130th Avenue
Miami, FL 33186

/s/ Linda A. Kincaid
Linda A. Kincaid, Bar No. 416936
Gilbert Employment Law, P.C.
1100 Wayne Ave., Ste. 900
Silver Spring, MD 20910
Telephone: (301) 608-0880
Facsimile: (301) 608-0881
lkincaid@gelawyer.com

**2794408 v1**