# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHLEEN BREEN, *et al.*, <br> Plaintiffs, <br><br> v. <br><br> PETER BUTTIGIEG, SECRETARY OF TRANSPORTATION, DEPARTMENT OF TRANSPORTATION, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )  Civil Action No. 05-cv-654 (PLF) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT STATUS REPORT

Having been authorized by the principals to agree upon terms for the settlement of this action, undersigned counsel represent to the Court that a settlement has been reached in this action. Counsel are in the process of securing execution of the settlement agreement and will shortly begin implementation of the settlement. Counsel expect to be in a position by no later than April 28, 2021 to file the settlement agreement and address the process for concluding the proceedings before this Court.

Dated:  April 8, 2021

Respectfully submitted,

/s/ *Joseph M. Sellers*
Joseph M. Sellers, Bar No. 318410
Brian Corman, Bar No. 1008635
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, N.W.
Suite 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
jsellers@cohenmilstein.com
bcorman@cohenmilstein.com

1

/s/ Gary M. Gilbert
Gary M. Gilbert, Bar No. 15808
Linda A. Kincaid, Bar No. 416936
Michal Shinnar, Bar No. MD0033
Shannon C. Leary, Bar No. MD18396
**GILBERT EMPLOYMENT LAW, P.C.**
1100 Wayne Avenue, Suite 900
Silver Spring, MD 20910
Telephone: (301) 608-0880
Facsimile: (301) 608-0881
gary@ggilbertlaw.com

*Attorneys for Plaintiff*

BRIAN M. BOYNTON
Acting Assistant Attorney General
CARLOTTA P. WELLS
Assistant Branch Director

 /s/ Adam D. Kirschner
ADAM D. KIRSCHNER (IL Bar # 6286601)
Senior Trial Counsel
MARTIN M. TOMLINSON (SC Bar No. 76014)
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue
NW Washington, D.C. 20530
Tel: (202) 353-9265
Fax: (202) 616-8470
Adam.Kirschner@usdoj.gov

*Attorneys for Defendants*