IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KATHLEEN BREEN, *et al.*,<br>Plaintiffs,<br><br>v.<br><br>PETER BUTTIGIEG, SECRETARY OF TRANSPORTATION, DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-cv-654 (PLF)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

Having reached a final agreement that resolves all claims before the Court, the undersigned counsel have executed the settlement agreement attached. Attachments A and B to the agreement identify the names of the plaintiffs whom plaintiffs' counsel represent and whose claims are being resolved by the terms of the settlement memorialized in the attached agreement.

Plaintiff Kenneth Currier, whom undersigned plaintiffs' counsel previously sought to withdraw from representing, *see* ECF No. 491, has since re-engaged plaintiffs' counsel to represent him and has resolved his claims as part of the final settlement agreement. As a result, his name is included on the list of settled claims in Attachment A to the settlement agreement.

Plaintiff Tom Domingo has appeared *pro se*, but with the assistance of plaintiffs' counsel has agreed to settle his claims separately. His claim has been resolved and will be subject to dismissal at the time that the other claims subject to the final settlement agreement are dismissed.

The agreement also provides that the parties jointly request that, upon dismissal of this action with prejudice, the Court retain jurisdiction for the limited purpose provided in paragraph 15 of the attached settlement agreement.

The parties are available to participate in a status conference to discuss the steps that remain before this action can be fully and finally dismissed.

Dated:  April 28, 2021                                   Respectfully submitted,

*/s/ Joseph M. Sellers*
Joseph M. Sellers, Bar No. 318410
Brian Corman, Bar No. 1008635
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, N.W.
Suite 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
jsellers@cohenmilstein.com
bcorman@cohenmilstein.com

*/s/ Gary M. Gilbert*
Gary M. Gilbert, Bar No. 15808
Linda A. Kincaid, Bar No. 416936
Michal Shinnar, Bar No. MD0033
Shannon C. Leary, Bar No. MD18396
**GILBERT EMPLOYMENT LAW, P.C.**
1100 Wayne Avenue, Suite 900
Silver Spring, MD 20910
Telephone: (301) 608-0880
Facsimile: (301) 608-0881
gary@ggilbertlaw.com

*Attorneys for Plaintiff*

BRIAN M. BOYNTON
Acting Assistant Attorney General
CARLOTTA P. WELLS
Assistant Branch Director

 /s/ Adam D. Kirschner
ADAM D. KIRSCHNER (IL Bar # 6286601)
Senior Trial Counsel

MARTIN M. TOMLINSON (SC Bar No. 76014)
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue
NW Washington, D.C. 20530
Tel: (202) 353-9265
Fax: (202) 616-8470
Adam.Kirschner@usdoj.gov

*Attorneys for Defendants*