# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

---

KATHLEEN BREEN, *et al.*,                )
                                         )
                  Plaintiffs,            )          Civil Action No. 05-cv-654 (PLF)
                                         )
v.                                       )
                                         )
PETER P. M. BUTTIGIEG, Secretary of      )
Transportation, Department of Transportation, )
*et al.*,                                )
                                         )
                  Defendants.            )

---

## SETTLEMENT AGREEMENT

1.   This Agreement is between the Defendants in this action, Peter Buttigieg, Secretary of Transportation, U.S. Department of Transportation (hereinafter the "DOT") and Stephen Dickson, Administrator, U.S. Federal Aviation Administration (hereinafter the "FAA"), both in their official capacity (hereinafter, collectively referred to as the Defendants) and the plaintiffs named in Attachments A and B to this agreement (known as the Plaintiffs). Together the Plaintiffs and the Defendants are known as the Parties. The Plaintiffs are represented by Joseph Sellers and the firm of Cohen Milstein Sellers & Toll PLLC, and Gary Gilbert and the firm of Gilbert Employment Law, P.C. Together they are Plaintiffs' Counsel.

   a.   For any plaintiff who is deceased, his or her estate or other lawfully appointed successor is identified on Attachment A.

2.   This Agreement sets forth the complete terms by which the Plaintiffs and the Defendants are settling the claims of all Plaintiffs named in Attachment A and Attachment B.

3.   In exchange for the dismissal with prejudice of all claims pending in this action brought by the Plaintiffs named in this action, the Defendants agree to: (a) provide 25 specific Plaintiffs, identified in Attachment B to this Agreement (known as the Annuity Adjustment Plaintiffs) additional service credit sufficient for each of them to qualify for an Air Traffic Controller retirement (known as the Annuity Adjustment), as well as providing the funds to U.S. Office of Personnel Management ("OPM") necessary to cover the contributions required to provide the additional service credit, as specified in subparagraph 3.b; and (b) pay the other Plaintiffs,

identified in Attachment A to this Agreement (known as the Settlement Fund Plaintiffs), an aggregate amount of $43.8 Million (known as The Settlement Fund).

    a.  The Defendants and Plaintiffs agree that payments made in settlement of this action are made in lieu of lost retirement benefits. This Agreement reflects that the settled amount is for Plaintiffs' claims from fiscal years (FYs) 2016 through 2020 only, with all other claims, including, without limitation, those from FY 2005 through FY 2015 and FY 2021 forward, are waived and/or discharged. While this provision defines the monies used to fund this settled amount, it does not otherwise exclude from the scope of this Agreement claims to relief that arose in earlier years.

    b.  The FAA is responsible for providing the funds necessary, including but not limited to the required employer contributions and employee deductions, for providing the additional service credit for each of the Annuity Adjustment Plaintiffs.

4.  By entering into this Agreement, Plaintiffs, their heirs, and personal representatives, agree that the payments made in settlement of this action constitute a full and complete settlement of any and all claims that were or could have been brought in this matter by Plaintiffs or on Plaintiffs' behalf, against the Defendants or their officers, executives, agents, managers, supervisors, employees, or representatives relating to any matters that occurred prior to the date on which each Plaintiff executed a release appended as Attachment C.[1] By entering into this Agreement, Plaintiffs, their heirs, and personal representatives, fully and forever release, acquit, and discharge Defendant and their officers, executives, agents, managers, supervisors, employees and representatives, either in their official or individual capacities, from any and all claims, demands, and causes of action of every kind, nature or description, whether known or unknown, for any and all lost wages, retirement benefits, other benefits (including but not limited to any changes to Plaintiffs' Federal Employees Health Benefits, Federal Employees' Group Life Insurance, Thrift Savings Plan contributions or payments, or Social Security benefits), and/or any other damages that Plaintiffs may have suffered as a result of Defendants' actions related to the 2005 RIF. By entering into this Agreement, Plaintiffs acknowledge that they are aware that they may hereafter discover claims presently unknown or unsuspected, or facts in addition to or different from those which they now know, with respect to the matters released herein. Nevertheless, it is the intention of Plaintiffs through this Agreement and the releases signed pursuant to this Agreement, and with the advice of counsel, to settle and release all such matters, and all claims relative thereto, which heretofore have existed, now exist, or hereafter may exist between Plaintiffs and Defendants, or its officers, executives, agents, managers, supervisors, employees and representatives, arising out of the circumstances encompassed by this Agreement. It is further stipulated that the withdrawals are made without any threat, coercion, intimidation, promise, or inducement other than the terms set forth in this Agreement.

5.  The entirety of the Settlement Fund, subject to any applicable offset determined by the U.S. Department of Treasury that is permitted by law, will be paid to an account denominated as The Breen v. Buttigieg Settlement Account and wired to the account per the instructions that Plaintiffs' Counsel will provide Defendants within seven days of the signing of this

---

[1] The releases in this case have the caption of *Breen v. Chao* because they were generated before the current Secretary of Transportation Peter P. M. Buttigieg was substituted as defendant in this case.

Settlement Agreement. Cohen Milstein Sellers & Toll PLLC, along with the Gilbert Employment Law , P.C., serve jointly as legal representatives of record for each plaintiff or their successors or assigns (known as Counsel). Counsel will be solely responsible for the distribution of the Settlement Fund among the Plaintiffs.

6. Counsel will distribute the Settlement Funds in amounts to which each of the Settlement Fund Plaintiffs agreed.

7. Each Plaintiff will execute a release of all claims he or she has or may have had in this action. The terms of the release will reflect whether the Plaintiff is a Settlement Fund Plaintiff or an Annuity Adjustment Plaintiff. Sample copies of the releases that will be used are appended to this Agreement as Attachment C.

8. It is understood by the Parties that this Agreement, and the resolution of all claims as set forth in this Agreement, do not constitute a precedent in what may occur in other cases, and that this Agreement, the releases signed by Plaintiffs pursuant to this Agreement, or their contents may not be cited in any other proceeding in any forum, except to enforce this Agreement.

9. Nothing in this Agreement waives or modifies federal, state or local law pertaining to taxes, offsets, levies and liens that may apply to this Agreement or the settlement proceeds and Plaintiffs' counsel are executing this Agreement and the Plaintiffs are executing the releases appended as Attachment C without reliance or representation by the Government as to the application of any such law.

10. Releases:

    a. Exchange of releases and payment of the Settlement Funds

        i. Within 21 calendar days of the execution of this Agreement, or as soon thereafter as possible, the Plaintiffs will transmit to the mediators in this action, Michael Lewis and Dina Gold (Known as the Mediators), executed copies of releases for all Plaintiffs named on Attachments A and B.

        ii. Once the Mediators confirm that they have in their possession executed releases for all Plaintiffs named in Attachments A and B, they have agreed to notify the Defendants and Plaintiffs' Counsel when they have made this determination.

        iii. Within five calendar days of receiving notice from the Mediators that they have in their custody releases for all Plaintiffs named in Attachment A, or as soon thereafter as possible, the Defendants will initiate transmission of all required information to the U.S. Department of Treasury so that U.S. Department of Treasury may begin processing the payment required by paragraph 3 to Counsel by means provided by Counsel and, after receiving written confirmation that the U.S. Department of Treasury has been so notified, the Mediators will convey the releases in their custody to the Defendants.

11. Payment of Attorneys' Fees and Costs

    a. The Parties agree that the amount of attorneys' fees and costs paid to Plaintiffs' Counsel will be governed by the terms of agreements each Plaintiff reached with Plaintiffs' Counsel.

    b. The Parties agree that no additional attorneys' fees and costs will be paid to Plaintiffs' Counsel beyond the amount Defendants will pay to The Settlement Fund as provided in Paragraph 3.

    c. Plaintiffs and Plaintiffs' Counsel waive the right to seek any further attorneys' fees and costs related to their representation of Plaintiffs in this matter.

12. Annuity Adjustments

    a. Defendants have agreed to provide for the 25 Annuity Adjustment Plaintiffs, on whose identities the Parties have agreed, additional service credit sufficient for each of them to qualify for an Air Traffic Controller retirement, as described in sections 8336(e) and 8339(e) of title 5 of the U.S. Code for Plaintiffs who were in the Civil Service Retirement System and sections 8412(e) and 8415(e) of title 5 of the U.S. Code for Plaintiffs who were in the Federal Employees Retirement System. To the extent that the documentation FAA submits to OPM does not ultimately provide an Annuity Adjustment Plaintiff with sufficient service credit to provide that Plaintiff with an Air Traffic Controller retirement, the FAA will submit corrections to OPM (and any associated additional employee deductions and agency contributions) necessary to ensure the records provided allow for entitlement to an Air Traffic Controller annuity.

    b. Defendants will transmit to the OPM the names and other required identification information of the 25 Annuity Adjustment Plaintiffs for whom the Parties have agreed to provide an Annuity Adjustment along with a request that OPM make arrangements to ensure each receives the additional service credit necessary to qualify for an Air Traffic Controller retirement annuity.

    c. The funds necessary to provide the entitlement to annuity or annuity adjustment, including but not limited to the required employer contributions and employee deductions, necessary for providing the additional service credit for each of the Annuity Adjustment Plaintiffs, will be paid directly to OPM by the FAA separate from The Settlement Fund provided for in Paragraph 3.b.

    d. The Annuity Adjustments only encompass the annuity payments the Annuity Adjustment Plaintiffs will receive under an Air Traffic Controller retirement, but will not entail the Government making adjustments to any other employment-related benefits, including but not limited to Federal Employees Health Benefits, Federal Employees' Group Life Insurance, Thrift Savings Plan contributions or payments, or

Social Security benefits. However, nothing in this paragraph may affect an individual's right to request from OPM reconsideration of its determinations regarding the computation of annuity or to appeal any adverse final OPM determination to the U.S. Merit Systems Protection Board and the U.S. Court of Appeals for the Federal Circuit.

13. At such time as the parties have executed this agreement, the parties will notify the Court of the existence of this agreement and of its terms.

14. Timing: Within five business days after Counsel receive payment of the Settlement Funds, they will file a Motion to Dismiss all claims of the Plaintiffs named in Attachment A, subject to the Court's retention of jurisdiction for the purpose described in paragraph 15 below.

15. Limited Retention of Court Jurisdiction

   a. The parties agree that they will ask the Court to retain jurisdiction for a limited purpose after this action is dismissed with prejudice.

   b. The limited purpose for which the Court would retain jurisdiction is solely to ensure that the FAA timely makes the payments to OPM that are required for each plaintiff identified in Attachment B to obtain an Annuity Adjustment.

   c. The FAA agrees to initiate the necessary payments to OPM no later than 30 days after dismissal of this action.

   d. Once the Plaintiffs receive written notice from the FAA that it has made the payments to OPM necessary to secure Annuity Adjustments for the Plaintiffs identified in Attachment B, the Plaintiffs will move within five business days to terminate the Court's limited retained jurisdiction.

   e. Nothing in this paragraph purports to otherwise expand the jurisdiction of this Court to hear disputes arising out of any matter related to this Agreement other than what is explicitly set forth in subparagraph 15.b.

16. Compliance with all applicable federal, state, and local tax requirements and obligations shall be the sole responsibility of Plaintiffs. This Agreement is executed without reliance upon any representation by Defendants or their counsel as to tax consequences, and Plaintiffs are responsible for the payment of any and all taxes that may be associated with the settlement payments. Further, nothing in this Agreement purports to waive or modify any federal, state, or local law pertaining to taxes, offsets, levies, and liens that may apply to this Agreement or the settlement proceeds, and this Agreement is executed without reliance on any representation by Defendants or their counsel as to the application of any such law.

17. The Parties agree that this Agreement, and the releases signed by Plaintiffs pursuant to this Agreement, are not and shall not be construed as an admission by Defendants, their officers,

executives, agents, managers, supervisors, employees, or representatives, of the truth of any allegation or the validity of any claim asserted in this lawsuit, or of Defendants liability therein. The terms of this Agreement shall not be construed as an admission by Defendants that the consideration to be provided hereunder represents the relief, if any, that could be recovered after trial. Furthermore, none of the terms of this Agreement may be offered or received in evidence or in any way referred to in any civil, criminal, or administrative action or proceeding other than proceedings that may be necessary to consummate or enforce this Agreement.

18. The Parties further agree that nothing contained in this Agreement shall give rise to a cause of action against OPM, its officers, executives, agents, managers, supervisors, employees, or representatives, whether in their official or individual capacities, with respect to the terms and conditions of this Agreement.

19. Should any provision of this Agreement be declared or be determined by any court of competent justification to be partially illegal, invalid, or unenforceable, the legality, validity, and enforceability of this Agreement, and/or the remaining parts of this Agreement, shall not be affected thereby and said illegal, invalid, or unenforceable part, term, or provision shall be deemed not to be part of this Agreement.

20. This Agreement contains the entire agreement between Plaintiffs and Defendants, and Plaintiffs acknowledge and agree that no promise or representation not contained in this Agreement has been made to them, and they acknowledge and represent that this Agreement contains the entire understanding between the Parties, and contains the all terms and conditions pertaining to the compromise and settlement of the disputes referenced herein.  No statement, remark, agreement, or understanding, oral or written, that is not contained herein shall be recognized or enforced, nor does this Agreement reflect any agreed-upon purpose other than the desire of the Parties to reach a full and final conclusion of the litigation and to resolve this matter without the time and expense of further litigation.

21. This Agreement cannot be modified or amended except by an instrument in writing, agreed to and signed by counsel for the Parties, nor shall any provision hereof be waived other than by a written waiver, signed by counsel for the Parties.

22. This Agreement shall be binding upon and inure to the benefit of Plaintiffs and Defendants and their officers, executives, agents, managers, supervisors, employees, or representatives, including any person, entity, department, or agency succeeding to the interests or obligations of any party hereto, or having an interest herein.

23. Plaintiffs represent and warrant that they are the sole and lawful owners of all rights, title, and interests in and to every claim and other matter which they purport to release herein, and that they have not heretofore assigned or transferred, or purported to assign or transfer, to any persons or entities ay claims or other matters herein released. Plaintiffs shall indemnify Defendants and their officers, executives, agents, managers, supervisors, employees, or representatives, whether in their official or individual capacities, against, and defend and

hold harmless from, any claims arising out of or relating to any such assignment or transfer of any claims or other matters released herein.

24. This Agreement shall be considered a jointly drafted agreement and shall not be construed against either party as the drafting party.

25. This Agreement will become effective on the date when it has been executed by counsel for the parties. Each person signing this Agreement represents and warrants that he or she has full authority to execute the Agreement on behalf of the party or entity on whose behalf he or she signs this Agreement.

26. This Agreement may be signed and delivered in counterparts. Each counterpart, when executed, shall be considered one and the same instrument, which shall comprise the Agreement, and the Parties agree to accept signature(s) transmitted by facsimile or electronic mail as authentic and effective.

27. The parties agree that the Plaintiffs may execute the releases appended as Attachment C by either providing their electronic signature through use of DocuSign, available at www.docusign.com, or by personal handwritten signature, whichever they prefer. The parties further agree that, pursuant to 15 U.S.C. § 7001, an electronic signature to the release will bind the Plaintiffs to the same extent as a personal, handwritten signature.

For the Plaintiffs:

_____     4/27/2021
Joseph M. Sellers                        Date
*Counsel for Plaintiffs*

_____     4/27/2021
Gary M. Gilbert                          Date
*Counsel for Plaintiffs*

For the Defendants:

_____     04/27/2021
Adam D. Kirschner                        Date
*Counsel for Defendants*

**Attachment A**      *Breen v. Buttigieg*: Plaintiffs Settling for Monetary Payment      Page 1
of 18

| No. | Last Name | First Name | MI | Name Changes (if applicable) | Estate Representative (if applicable) |
|---|---|---|---|---|---|
| 1 | Abbott | Ed | G. | *Clarification:* Legal name is Edward G. Abbott | |
| 2 | Abney | Charles | N. | | |
| 3 | Abrahamsen | Bruce | | | |
| 4 | Ahmad | Iftikhar | | | |
| 5 | Aluni | Robert | R. | | |
| 6 | Amato | Dennis | A. | | |
| 7 | Amend | Frederick | J. | | |
| 8 | Amero | Gary | V. | | |
| 9 | Amos | Carmen | J. | | |
| 10 | Anderson | Debra | | | |
| 11 | Anderson | James | E. | | |
| 12 | Anderson | Jonathan | | | |
| 13 | Anderson | Pamela | K. | | |
| 14 | Anderson | Richard | C. | | |
| 15 | Andries | Charles | | | |
| 16 | Anesi | Charles | E. | | |
| 17 | Antush | Jeffrey | J. | | |
| 18 | Archibald | Kenneth | J. | | |
| 19 | Armstrong | Stephan | Y. | | |
| 20 | Arrow | John | K. | | |
| 21 | Askew, Jr. | Joe | B. | | |
| 22 | Auld | Lynn | V. | | |
| 23 | Austin | Tyrone | | | Karen Fisher-Austin- Dkt. 417 |
| 24 | Autry (Grace) | Cynthia | (L.) | Changed name from Cynthia L. Autry to Cynthia L. Grace. *See* Dkt. 365. | |
| 25 | Avalos | Thomas | | | |
| 26 | Ayer | Bruce | A. | | |
| 27 | Ayers | Darryl | W. | | |
| 28 | Bailey | Archer | | | |
| 29 | Bakken | Marty | E. | | |
| 30 | Balfour | Ronald | M. | | |

**Attachment A**   *Breen v. Buttigieg* **: Plaintiffs Settling for Monetary Payment**   Page 2 of 18

| No. | Last Name | First Name | MI | Name Changes (if applicable) | Estate Representative (if applicable) |
|---|---|---|---|---|---|
| 31 | Barber | Stephen | G. | | |
| 32 | Barlow | Edward | Y. | | |
| 33 | Barnes | Dianne | v. | | |
| 34 | Barnett | Rickie | L. | | |
| 35 | Barth (Marlar) | Kelli | M. (S) | Changed name from Kelli M. Barth to Kelli S. Marlar. *See* Dkt. 365. | |
| 36 | Bartlett | Frances | E. | | |
| 37 | Basore, Jr. | C. | A. | | |
| 38 | Basye | Charles | R. | | |
| 39 | Batcha | Michael | C. | | |
| 40 | Batson | Pamela | | | |
| 41 | Batye | Nancy | A. | | |
| 42 | Bauder | Arlene | | | |
| 43 | Baughn | Lisa | K. | | |
| 44 | Beale | Christopher | W.H. | | Barbara Hoyt- Dkt. 373 |
| 45 | Becerril | Jorge | L. | | |
| 46 | Bennett | George | F. | | |
| 47 | Bennetts | Gary | | | |
| 48 | Berggren | G. | P. | *Clarification:* Legal name is G. Peter Berggren | |
| 49 | Bergren | Brett | R. | | |
| 50 | Bergren | Denise | G. | | |
| 51 | Bermudez | Robert | M. | | |
| 52 | Bernard | Kenneth | R. | | |
| 53 | Berry | Marlene | | | |
| 54 | Berry | Russell | | | |
| 55 | Bertram | Alan | B. | | |
| 56 | Bittner | Jeffrey | D. | | |
| 57 | Bjork | Lisa | M. | | |
| 58 | Bjorkman | Tye | C. | | |
| 59 | Blaine III | James | W. | | |
| 60 | Blake | Vanessa | | | |
| 61 | Blascziek | Gary | L. | | |
| 62 | Bocher | Gordon | L. | | |
| 63 | Bonilla | Angel | A. | *Clarification:* Legal name is Angel A. Bonilla, Sr. | |
| 64 | Bowie | Sandra | | | |

**Attachment A**       *Breen v. Buttigieg*: Plaintiffs Settling for Monetary Payment          Page 3
of 18

| No. | Last Name | First Name | MI | Name Changes (if applicable) | Estate Representative (if applicable) |
|-----|-----------|------------|----|------------------------------|---------------------------------------|
| 65 | Bowman | Angela | | | |
| 66 | Bowman | Gary | L. | | |
| 67 | Bradley | David | L. | | |
| 68 | Brandes | Scott | L. | | |
| 69 | Breen | Kathleen | A. | | |
| 70 | Brooks | David | | | |
| 71 | Broughton | Brett | C. | | |
| 72 | Brown | Barbara | A. | | |
| 73 | Brown | Jeffrey | L. | | |
| 74 | Brown | Martin | | | |
| 75 | Brown | Melvin | L. | | |
| 76 | Brown, Jr. | Charles | G. | | |
| 77 | Brubaker | Randal | | | |
| 78 | Bruneau (Gonzales) | Mary | (A.) | Changed name from Mary Bruneau to Mary A. Gonzales. *See* Dkt. 365. | |
| 79 | Bruton | Dave | | | |
| 80 | Bryan | John | C. | | |
| 81 | Brydon | Malcolm | P. | | |
| 82 | Buckallew | Norman | B. | | |
| 83 | Bullard | Brian | K. | | |
| 84 | Butler | Arthur | L. | | |
| 85 | Byrum | Helen | D. | | |
| 86 | Cairns | Daniel | W. | | |
| 87 | Campbell | David | | | |
| 88 | Campell | Cathy | | | |
| 89 | Cantu | Ernesto | V. | | |
| 90 | Carl | Kevin | B. | | |
| 91 | Carney | Lionel | | | |
| 92 | Carney | Sandra | | | |
| 93 | Carroll | Roy | M. | | |
| 94 | Carroll | Shawn | | | |
| 95 | Carter | Carroll | J. | | |
| 96 | Carter (Hursey) | Diane | (R.) | Changed name from Diane Carter to Diane R. Hursey. *See* Dkt. 365. | |
| 97 | Caruso | Jean | K. | | |
| 98 | Carver | Donald | J. | | |
| 99 | Catt | Wayne | A. | | |
| 100 | Cavanagh | Kevin | J. | | |
| 101 | Cecil | William | | | |
| 102 | Champa | Stephen | F. | | |

| No. | Last Name | First Name | MI | Name Changes (if applicable) | Estate Representative (if applicable) |
|-----|-----------|------------|-----|------------------------------|----------------------------------------|
| 103 | Chapman | Robert | J. | | |
| 104 | Chay | Andrea | J. | | |
| 105 | Cherry | Steven | M. | | |
| 106 | Chilen | James | E. | | |
| 107 | Clark | Jesse | | | |
| 108 | Coffey | Robert | M. | | |
| 109 | Coleman | Ronald | | | Robin Coleman- Dkt. 417 |
| 110 | Collier | Purvis | R. | | |
| 111 | Collier | Richard | L. | | |
| 112 | Colwell | William | G. | | |
| 113 | Comisky | Kurt | J. | | |
| 114 | Condry | Montie | A. | | |
| 115 | Conlon | Gerald | A. | | |
| 116 | Conyers | Jeff | | | |
| 117 | Cooper | Thomas | G. | | |
| 118 | Corbett | Larry | | | |
| 119 | Corbo | Marguerite | A. | | |
| 120 | Corbo, Jr. | William | A. | | |
| 121 | Corwin | Carl | | | Mary Jane Corwin- Dkt. 417 |
| 122 | Couglin | John | J. | | |
| 123 | Craig | Dennis | H. | | |
| 124 | Crain | Michael | D. | | |
| 125 | Cramutolo | Thomas | D. | *Clarification:* Name is Domenic Thomas Cramutolo | |
| 126 | Crandell | Janet | S. | | |
| 127 | Crane | Curtis | R. | | |
| 128 | Crigler | Donna | J. | | |
| 129 | Crigler | Gary | A. | | |
| 130 | Critchfield | Jacquelin | S. | | |
| 131 | Cunningham | Patrick | J. | | |
| 132 | Currier | Kenneth | C. | | |
| 133 | Custis | Marc | A. | | |
| 134 | Dabb | Michael | J. | | |
| 135 | Danigelis | Paul | W. | | |
| 136 | Dankers | Diane | | | |
| 137 | David | Bruce | K. | | |
| 138 | Davis | James | D. | | |
| 139 | Davis | Larry | M. | | |
| 140 | Davis | Scott | A. | | |
| 141 | Day | Gloria | J. | | |

| No. | Last Name | First Name | MI | Name Changes (if applicable) | Estate Representative (if applicable) |
|-----|-----------|------------|-----|------------------------------|---------------------------------------|
| 142 | Deatherage | Brian | | | |
| 143 | Decker | Donavon | R. | | |
| 144 | DeGrande | Victor | | | |
| 145 | DeGrazio | Timothy | E. | | |
| 146 | Dellinger | David | T. | | |
| 147 | DeShon | Norman | | | |
| 148 | DeSira | Joseph | V. | | |
| 149 | Desmond | Sheila | | | |
| 150 | Detrow | Dennis | R. | | |
| 151 | Deveraux | Gregory | L. | | |
| 152 | Dibble | John | S. | | |
| 153 | Dickinson | Brenda | L. | | |
| 154 | Diehl | Kevin | S. | | Diana Diehl- Dkt. 272 |
| 155 | Dixon | Gregory | G. | | |
| 156 | Dodson | Donna | M. | | |
| 157 | Donnelly | Laura | T. | | |
| 158 | Doody | Francis | P. | | |
| 159 | Drew, Sr. | Steven | E. | | |
| 160 | Dudley | Rhonda | | | |
| 161 | Duff | Michael | R. | | |
| 162 | Duplessie | Tom | | | |
| 163 | Duroy | Ralph | L. | | |
| 164 | DuRussell | Mark | D. | | |
| 165 | Eastman | Franklin | E. | | |
| 166 | Eccles | Warren | | | |
| 167 | Eckel | William | L. | | |
| 168 | Edelman | John | | | |
| 169 | Edmiston | Lee | | | |
| 170 | Edmonson | Mahlon | E. | | |
| 171 | Edwards | Jody | L. | | |
| 172 | Edwards | Walter | D. | | |
| 173 | Ehlert-McBride | Joan | M. | | |
| 174 | Elias | Denise | M. | | |
| 175 | Ellsworth | David | L. | | |
| 176 | Elmes | Michael | C. | | |
| 177 | Emerson | Paul | D. | | |
| 178 | Ertner | Penny | | Changed name from Penny Ertner to Penny Strand. *Documentation to be filed.* | |
| 179 | Escalante | Carlos | J. | | |
| 180 | Evans | William | | | Carol Haggard Evans - Dkt. 481 |

| No. | Last Name | First Name | MI | Name Changes (if applicable) | Estate Representative (if applicable) |
|---|---|---|---|---|---|
| 181 | Fairbanks-Eastman | Bonnie | | Changed name from Bonnie Fairbanks-Eastman to Bonnie A. Fairbanks. *Documentation to be filed.* | |
| 182 | Felderhoff | Anthony | J. | | |
| 183 | Felt | Joseph | | | |
| 184 | Felts | Robert | B. | | |
| 185 | Ferraro | Danny | J. | | |
| 186 | Ferry | Paul | E. | | |
| 187 | Fischer | Richard | S. | | |
| 188 | Fitzgerald | Laurie | | Changed name from Laurie Fitzgerald to Laurie A. Ziegler. *Documentation to be filed.* | |
| 189 | Fix | Kenneth | E. | | |
| 190 | Flavors | William | E. | | |
| 191 | Fleming | Kerry | G. | | |
| 192 | Flynn | Anthony | T. | | |
| 193 | Folstrom | Lachlan | P. | | |
| 194 | Forte | Tommy | D. | | Mary Forte- Dkt. 373 |
| 195 | Francis | Robert | V. | | |
| 196 | Franklin | Robert | | | |
| 197 | Freed | Richard | | | |
| 198 | Gallup | Gary | L. | | |
| 199 | Gearity | Raymond | J. | | |
| 200 | Gehle | John | F. | | |
| 201 | Geletei, Jr. | Frank | J. | | |
| 202 | Germain | Warren | C. | | |
| 203 | Gerrits | Beth | A. | | |
| 204 | Gibson | Mark | A. | | |
| 205 | Gilbert | Melvin | T. | | |
| 206 | Gilligan, Jr. | George | T. | | |
| 207 | Gilroy | Robert | | | |
| 208 | Goodell | Joseph | D. | | |
| 209 | Gow | Randall | J. | | |
| 210 | Graham | David | | | |
| 211 | Graning | George | T. | | |
| 212 | Grate | Yvonne | M. | | |
| 213 | Gray | Michael | A. | | |
| 214 | Gray | Richard | C. | | |
| 215 | Green | Rodney | A. | | |
| 216 | Green | Frederick | L. | | Deborah Green- Dkt. 417 |

| No. | Last Name | First Name | MI | Name Changes (if applicable) | Estate Representative (if applicable) |
|-----|-----------|-----------|-----|------------------------------|---------------------------------------|
| 217 | Greenway | Julia | | | |
| 218 | Greer | Erik | | | |
| 219 | Greschel | George | B. | | |
| 220 | Grimsley | Martha | L. | | |
| 221 | Guinther | Jean | A. | | |
| 222 | Gullo | Frances | | | |
| 223 | Gustafson | Gary | R. | | |
| 224 | Haddow | Hector | | | Lisa Haddow- Dkt. 444 |
| 225 | Haeck | David | | | |
| 226 | Hainsworth | Lisa | L. | | |
| 227 | Hale | Delia | G. | | |
| 228 | Hale | James | W. | | |
| 229 | Haley | Talwyn | L. | | |
| 230 | Hall | Richard | P. | | |
| 231 | Hamm | Troy | R. | | |
| 232 | Hammond | Daniel | O. | | |
| 233 | Hanjoul | Georgianne | | | |
| 234 | Harpool | John | A. | | |
| 235 | Harrelson | Deborah | S. | | |
| 236 | Harris | Karen | | | |
| 237 | Harris | Patrick | | | |
| 238 | Harris | Winfred | W. | | |
| 239 | Hart | Richard | B. | | |
| 240 | Harvey | Timothy | L. | | |
| 241 | Harzewski | Alan | E. | | |
| 242 | Hatman, Jr. | Alton | D. | | |
| 243 | Haug | Mark | | | |
| 244 | Hawkinson | Robert | D. | | |
| 245 | Helmuth | Brenda | L. | | |
| 246 | Helwig | Michael | A. | | |
| 247 | Henderson | Dean | | *Clarification*: Legal name is Steven Dean Henderson | |
| 248 | Hensley | Richard | A. | | |
| 249 | Herner | Dave | D. | | |
| 250 | Hiett | Michael | C. | | |
| 251 | Higganbotham | John | K. | | |
| 252 | Higgins | Terry | G. | | |
| 253 | Hill | James | S. | | |
| 254 | Hiller | Scott | M. | | |
| 255 | Hillman | Ronald | | | |
| 256 | Hilscher | Paul | W. | | |
| 257 | Hinga | Paul | | | |

| No. | Last Name | First Name | MI | Name Changes (if applicable) | Estate Representative (if applicable) |
|---|---|---|---|---|---|
| 258 | Hinojosa | Oscar | | | Juanita Hinojosa- Dkt. 506 |
| 259 | Hipp | Samuel | S. | | |
| 260 | Hoffman | Chris | A. | | |
| 261 | Holamon | Terry | L. | | |
| 262 | Holland | Jay | D. | | |
| 263 | Holland, Jr | Charles | E. | | |
| 264 | Holliman | Christopher | | | |
| 265 | Hollister | Lesley | | | |
| 266 | Holman | Franklin | G. | | |
| 267 | Holmes | Kimberly | | | |
| 268 | Holodick | Daniel | J. | | Carol Holodick- Dkt. 279 |
| 269 | Horton | Darryl | P. | | |
| 270 | Hoskins | Michal | L. | | |
| 271 | Houser | Robert | | | |
| 272 | Hoyt | Kevin | | | |
| 273 | Hribal | Sandra | J. | Changed name from Sandra J. Hribal to Sandra J. Lafferty. *Documentation to be filed.* | |
| 274 | Huie | Jeffrey | L. | | |
| 275 | Humburg | Keith | | | |
| 276 | Hunter | Stephen | B. | | |
| 277 | Impallomeni | Robert | A. | | |
| 278 | Ingram | Robert | M. | | |
| 279 | Ishmael | Kalam | A. | | |
| 280 | Jaeger | Roger | W. | | |
| 281 | Jaffe | Mark | | | |
| 282 | Jaggers | Raymond | J. | | |
| 283 | Jahn | Michael | W. | | |
| 284 | Jarrett | Larry | F. | | |
| 285 | Jensen | Peter | E. | | |
| 286 | Johnson | Clyde | H. | | |
| 287 | Johnson | Cynthia | L. | | |
| 288 | Johnson | Thomas | D. | | |
| 289 | Johnston | Larry | J. | | Deborah Johnston- Dkt. 373 |
| 290 | Jones | Denise | C. | | Jody Kaler- Dkt. 240, 255 |
| 291 | Jones | John | E. | | |
| 292 | Jones | Oliver | G. | | |
| 293 | Jones | Stephen | L. | | |
| 294 | Kalicharan | K. | | | |
| 295 | Kancyr | Harry | C. | | |

| No. | Last Name | First Name | MI | Name Changes (if applicable) | Estate Representative (if applicable) |
|-----|-----------|------------|-----|------------------------------|----------------------------------------|
| 296 | Kane | Daniel | L. | | |
| 297 | Kane | Richard | | | |
| 298 | Kast | Patricia | A. | | |
| 299 | Kaye | Sharon | | | |
| 300 | Kelley | George | E. | | |
| 301 | Kendrick | Kelly | I. | | |
| 302 | Kerber | Patrick | R. | | |
| 303 | Kerschner, Jr. | Ralph | E. | | |
| 304 | Khanoyan, Jr. | David | M. | | |
| 305 | Killgore | Stephen | J. | | |
| 306 | Killpatrick | Philip | J. | | |
| 307 | Kingsley | Billy | J. | | |
| 308 | Kinkade | Rodney | | | |
| 309 | Klearman | Sheryl | | | |
| 310 | Klimek | Gary | P. | | |
| 311 | Klumpner | Peter | R. | | |
| 312 | Kohl | Robert | J. | | |
| 313 | Koontz | Harry | | | |
| 314 | Kreider | Jeffrey | | | |
| 315 | Krenzelok | Eddie | A. | | |
| 316 | Krieger | Kenneth | A. | | |
| 317 | Krueger | Paul | J. | | |
| 318 | Kuroiwa | Dan | K. | | |
| 319 | Kurtock | Dianne | | | |
| 320 | Kushner | Kenneth | | *Clarification:* Last name is spelled Kueshner | |
| 321 | Lacey | Margaret | H. | | |
| 322 | Lafreniere | Diane | J. | | |
| 323 | Lagerson | Christina | M. | | |
| 324 | Lampi | Sharon | A. | | |
| 325 | Landy-Fayad | Sharon | | | |
| 326 | Langan | John | R. | | |
| 327 | Lange | Sharon | H. | | |
| 328 | Larkin | Debra | L. | | |
| 329 | Lasley II | Curtis | F. | | |
| 330 | Latham | Harlan | A. | | |
| 331 | Lay | Lourdes | M. | | |
| 332 | Lazor | Deborah | A. | | |
| 333 | Lazor | John | | | |
| 334 | Le Mire | Janelle | | | |
| 335 | Lederer | Ted | | | |
| 336 | Leicht | Ronald | | | |

**Attachment A**      *Breen v. Buttigieg* : Plaintiffs Settling for Monetary Payment      Page 10
of 18

| No. | Last Name | First Name | MI | Name Changes (if applicable) | Estate Representative (if applicable) |
|---|---|---|---|---|---|
| 337 | Lemke (Spurlin) | Kathryn | (L.) | Changed name from Kathryn Lemke to Kathryn L. Spurlin. *See* Dkt. 365. | |
| 338 | Lemoine | Winton | | | |
| 339 | Lewis | Joanna | L. | | |
| 340 | Liebeno | William | L. | | |
| 341 | Liebsch | Michael | J. | | |
| 342 | Liles | Randell | S. | | |
| 343 | Lingenfelter | Roger | D. | | |
| 344 | Lippi | Fred | E. | | Monica Lippi- Dkt. 373 |
| 345 | Lloyd | Kenneth | R. | | |
| 346 | Logan | Kevin | M. | | |
| 347 | Lombard | David | W. | | |
| 348 | Lopez | David | | | |
| 349 | Lovett | Thomas | | | |
| 350 | Lowery | Timothy | J. | | |
| 351 | Lowther | Marc | | | |
| 352 | Lueders | Randy | | | |
| 353 | Lund | George | E. | | |
| 354 | Luskin, Ill | Charles | B. | | |
| 355 | Lynch | John | J. | | |
| 356 | Mackoy | Craig | R. | | |
| 357 | MacLeod | John | C. | | |
| 358 | MacNeil | John | A. | | |
| 359 | Madden | William | | | |
| 360 | Madren | Silas | | | |
| 361 | Marcincuk | Dorey | | | |
| 362 | Marcincuk | Joseph | A. | | |
| 363 | Marcus | Craig | J. | | Patricia Marcus- Dkt. 373 |
| 364 | Marshall | Robert | L. | | William Marshall and Melissa Ross- Dkt. 373 |
| 365 | Martin | John | F. | | |
| 366 | Martin | William | P. | | |
| 367 | Matheny | Barbara | S. | | |
| 368 | Mathisen | Neal | C. | | |
| 369 | Matkins | Frank | | | |
| 370 | Mauck | Richard | D. | | |
| 371 | Mauriala | John | T. | | |
| 372 | Mayfield | Dean | A. | | Lisa Mayfield - Dkt. 505 |
| 373 | Mayhood | Steven | R. | | |
| 374 | McAteer | Carol | A. | | |

| No. | Last Name | First Name | MI | Name Changes (if applicable) | Estate Representative (if applicable) |
|-----|-----------|------------|-----|------------------------------|---------------------------------------|
| 375 | McCall | Warren | E. | | Nichole D. McCall - Dkt. 480 |
| 376 | McCandless, Jr. | Roger | | | |
| 377 | McClain | Nicholas | | | |
| 378 | McClearn | Linda | | | |
| 379 | McClearn | Rod | | | |
| 380 | McConnellogue | Paul | | | |
| 381 | McCormick | Stephen | J. | | |
| 382 | McCorry | G. | Frank | | |
| 383 | McCready | Homer | | | |
| 384 | McDaniel | William | S. | | |
| 385 | McElhinny | Edward | J. | | |
| 386 | McGann | Gregory | D. | | |
| 387 | McInernery | Barbara | | | |
| 388 | McKean | Malcom | M. | | |
| 389 | McKinnis | Winston | R. | | |
| 390 | McNamara | Christopher | J. | | |
| 391 | McNealy | James | R. | | |
| 392 | McPhillips | Pamela | L. | | |
| 393 | Meehan | James | V. | | |
| 394 | Melon, Jr | Jose | M. | | |
| 395 | Melvin, Jr. | Robert | E. | | |
| 396 | Mercker | Bill | | *Clarification:* First name is William | |
| 397 | Michael | Randall | | | |
| 398 | Michaud | Maurice | E. | | |
| 399 | Michel | Terri | | | |
| 400 | Micheletti | Michael | A. | | |
| 401 | Milam | Michael | D. | | |
| 402 | Miller | Matthew | E. | | |
| 403 | Miller | Robyn | | | |
| 404 | Minnie | Donna | J. | | |
| 405 | Mitchell | Gregory | | | |
| 406 | Moe | Curtis | J. | | |
| 407 | Montanez | Daniel | | | |
| 408 | Moore-Holman | Dianne | D. | | |
| 409 | Morales | Rafael | | | |
| 410 | Morelli | Vincent | | | |
| 411 | Morrison | David | S. | | |
| 412 | Morrissy | Elinormarie | L. | | |
| 413 | Morrissy | Scott | T. | | |

Attachment A       *Breen v. Buttigieg*: Plaintiffs Settling for Monetary Payment       Page 12
of 18

| No. | Last Name | First Name | MI | Name Changes (if applicable) | Estate Representative (if applicable) |
|---|---|---|---|---|---|
| 414 | Mote | Rebecca | | | |
| 415 | Motto | Mark | | | |
| 416 | Moulton | Randy | L. | | |
| 417 | Mugica | Salvador | | | |
| 418 | Munro | Roger | | | |
| 419 | Murdock | David | W. | | |
| 420 | Murray | Donald | T. | | |
| 421 | Myers, Jr. | Lawrence | G. | | |
| 422 | Myrvold | Erik | A. | | |
| 423 | Nagel | Herbert | W. | | Cathy Nagel- Dkt. 351 |
| 424 | Nasser | Ghassen | | | |
| 425 | Navratil | William | J. | | |
| 426 | Nedderman | Rebecca | | | |
| 427 | Nelson | James | S. | | |
| 428 | Nelson | Richard | A. | | |
| 429 | Newton | John | | | |
| 430 | Nichols | Amy | L. | | |
| 431 | Niemiec | Nancee | | | |
| 432 | Nix-Phillips | Jacqueline | | Changed name from Jaqueline Nix-Phillips to Jacqueline Nix. *Documentation to be filed.* | |
| 433 | Noel | Earle | | | |
| 434 | Norris | Wayne | J. | | |
| 435 | Norris, III | Nelson | R. | | |
| 436 | Northover | Donald | C. | | Nyoka Northover- Dkt. 373 |
| 437 | Novak | Chris | S. | | |
| 438 | Nunez, Jr. | Miguel | A. | | |
| 439 | O'Connell | John | | | Lee O'Connell - Dkt. 507 |
| 440 | Oien | Wade | | | |
| 441 | Olsen | Peter | G. | | |
| 442 | Ontiveros | Henry | | | |
| 443 | Osswald | Robert | J. | | |
| 444 | Ostrand | Karen | A. | | |
| 445 | Otterbein, Sr. | Eugene | R. | | |
| 446 | Palm | Michael | R. | | |
| 447 | Parnell | James | A. | | |
| 448 | Parrish | Paul | E. | | |
| 449 | Patterson | Steven | K. | | |
| 450 | Patterson | Terry | L. | | |
| 451 | Pavicic | Robert | D. | | |

| No. | Last Name | First Name | MI | Name Changes (if applicable) | Estate Representative (if applicable) |
|---|---|---|---|---|---|
| 452 | Pavlicka | Gregory | | | |
| 453 | Pavlicka | Penny | V. | | |
| 454 | Pawlak | Ralph | W. | | |
| 455 | Peck | James | B. | | |
| 456 | Pedraza | Robert | | | |
| 457 | Pember | Lindsey | | | |
| 458 | Pember | Robert | B. | | |
| 459 | Perez | Efrain | | | |
| 460 | Perreira, Jr. | Phillip | D. | | Cheryl Scellato - Dkt. 417 |
| 461 | Perry | Sharon | A. | | |
| 462 | Peters | Dennis | W. | | |
| 463 | Peters | Donald | J. | | |
| 464 | Piccola, Jr. | Michael | D. | | |
| 465 | Pierce | Edward | | | |
| 466 | Pignatiello | Rocco | | | |
| 467 | Pinter | Ronald | A. | | |
| 468 | Piotrowiak | Richard | | | |
| 469 | Pipenur | Barbara | G. | | |
| 470 | Pollard | Carl | | | |
| 471 | Portuondo | Pablo | | | |
| 472 | Potter | Maurita | F. | | Veronica Missouri - Dkt. 373 |
| 473 | Potter | Sheryl | L. | | |
| 474 | Potts | Eugene | T. | | |
| 475 | Powers | Dennis | M. | | |
| 476 | Rajecki | Richard | M. | | |
| 477 | Reese | Martha | C. | | |
| 478 | Reimann | Richard | A. | | Patricia Reimann - Dkt. 417 |
| 479 | Reppin | James | A. | | |
| 480 | Reppin | Paula | W. | | |
| 481 | Rey | Alfonso | | | |
| 482 | Reynolds | Patrick | | | |
| 483 | Reynolds (Conyers) | Pauline | (F.) | Changed name from Pauline Reynolds to Pauline F. Conyers. *See* Dkt. 365. | |
| 484 | Rezler | John | S. | | |
| 485 | Richardson, Jr. | Isiah | | | |
| 486 | Rieger | Steve | | | |
| 487 | Rijos | Lydia | | | |
| 488 | Riley | Angela | | | |
| 489 | Ritter | David | J. | | |

| No. | Last Name | First Name | MI | Name Changes (if applicable) | Estate Representative (if applicable) |
|---|---|---|---|---|---|
| 490 | Rivero | Hector | M. | | |
| 491 | Robbins | Dennis | S. | | |
| 492 | Roberts | Guylan | E. | | |
| 493 | Robinson | Charles | H. | | |
| 494 | Robinson | Flora | A. | | |
| 495 | Rochelle (Middleton) | Dyan (Margaret) | R. (D.) | Changed name from Margaret Dyan Rochelle to Margaret Middleton. *Documentation to be filed.* | |
| 496 | Roden | Cindy | E. | | |
| 497 | Roeck | Dennis | J. | | |
| 498 | Rogers | Willie | E. | | Heath Rogers - Dkt. 417 |
| 499 | Rohweder | Sue | E. | | |
| 500 | Rolan | Christopher | R. | | |
| 501 | Roney | Diana | | | |
| 502 | Roney | Marvin | K. | | |
| 503 | Rubitsky | Lacy | R. | Changed name from Larry Rubitsky to Lacy Rubitsky. *See*  Dkt. 280. | |
| 504 | Rufener | Mark | | | |
| 505 | Rufo | Paul | A. | | |
| 506 | Ruggiero | James | A. | | |
| 507 | Rusch (Leonard) | Gail | A. | Changed her name from Gail A. Rusch to Gail A. Leonard. *See* Dkt. 364. | |
| 508 | Russell | Donald | G. | | |
| 509 | Russman | Teri | | | |
| 510 | Ryan | David | G. | | Linda Ryan - Dkt. 417 |
| 511 | Salimbene | Michael | P. | | |
| 512 | Sandy | Vickie | L. | | |
| 513 | Savino | Stephen | E. | | |
| 514 | Scanlon | David | | | |
| 515 | Schilling | Randolph | T. | | |
| 516 | Schissler | David | J. | | |
| 517 | Schweigert | John | A. | | Aaron Schweigert - Dkt. 373 |
| 518 | Senter | Mark | G. | | |
| 519 | Sheldon | Michael | J. | | |
| 520 | Shelton | Sidney | | | |
| 521 | Shepard | Wayne | L. | | |
| 522 | Shew | Michael | E. | | |
| 523 | Shields | Robert | C. | | |

| No. | Last Name | First Name | MI | Name Changes (if applicable) | Estate Representative (if applicable) |
|-----|-----------|------------|-----|------------------------------|----------------------------------------|
| 524 | Shoaf | Charles | | | |
| 525 | Showalter | William | E. | | |
| 526 | Siedler | Francis | T. | | |
| 527 | Simpson | Courtney | C. | | |
| 528 | Sims | Steven | A. | | |
| 529 | Skinner | Joseph | | | |
| 530 | Skur | Michael | | | |
| 531 | Smelstor, Jr. | Ronald | A. | | |
| 532 | Smith | Crystal | | | |
| 533 | Smith | Jaymie | | | |
| 534 | Soll | David | K. | | |
| 535 | Sorenson | David | J. | | |
| 536 | Sorge | Keith | R. | | |
| 537 | Sorich | Frank | | | |
| 538 | Spafford | Steven | | | |
| 539 | Spielman | Lawrence | A. | | |
| 540 | Spina | Frank | | *Clarification:* First name is Mark | |
| 541 | St. John | James | R. | | |
| 542 | Standlee | Jerry | D. | | |
| 543 | Standridge | Joe | S. | | |
| 544 | Sterling | Linda | M. | | |
| 545 | Stich | David | A. | | |
| 546 | Stillman-Betts (Miles) | Sheila (K.) | | | |
| 547 | Stoelting | John | M. | | |
| 548 | Stokes II | John | R. | | |
| 549 | Straube | William | A. | | |
| 550 | Stultz | Kenneth | R. | | |
| 551 | Sturz | Timothy | J. | | |
| 552 | Suggs | Carmen | | | |
| 553 | Sutton | Nancy | J. | | Carolyn Bixler - Dkt. 373 |
| 554 | Swailes | Robert | A. | | |
| 555 | Swanson | Duane | S. | | |
| 556 | Sweet | Gary | L. | | |
| 557 | Swofford | Marlin | M. | | |
| 558 | Sykes | Janice | | | |
| 559 | Szatori, Jr. | Arpad | G. | | |
| 560 | Talbot | David | P. | | |
| 561 | Tangen | Steven | | | |
| 562 | Taylor | Carl | D. | | |
| 563 | Taylor | Larry | D. | | |

| No. | Last Name | First Name | MI | Name Changes (if applicable) | Estate Representative (if applicable) |
|---|---|---|---|---|---|
| 564 | Taylor (Merta) | Diane | R. | Changed name from Diane R. Taylor to Diane R. Merta. *See* Dkt. 365. | |
| 565 | Teborek | Rebecca | | | |
| 566 | Teed (Wilson) | Janice | (I.) | Changed name from Janice Teed to Janice I. Wilson. *See* Dkt. 365. | |
| 567 | Teems | Ronald | L. | | |
| 568 | Teifert | Norbert | L. | | |
| 569 | Thomas | Kenneth | D. | | |
| 570 | Thompson | Hugh | W. | | |
| 571 | Thompson | Stephen | J. | | Barbara Thompson - Dkt. 487 |
| 572 | Thornton | Reginald | | | |
| 573 | Tiller | Alfred | | | |
| 574 | Tillman | Joel | | | |
| 575 | Tobin | Mark | F. | | |
| 576 | Tollerstad | Christer | G. | | |
| 577 | Tollini | John | N. | | |
| 578 | Torres | Carlos | G. | | |
| 579 | Torres | Charles | R. | | |
| 580 | Torres, III | Milton | J. | | |
| 581 | Townsend | Gregory | | | |
| 582 | Trabold | Jeffrey | G. | | |
| 583 | Travagliato | Joseph | A. | | |
| 584 | Trekell | Jimmie | | | |
| 585 | Tsokris | Darlene | | Changed name from Darlene Tsokris to Darlene Feicht. *Documentation to be filed.* | |
| 586 | Turner | Scott | L. | | |
| 587 | Tyler | Jeffery | J. | | |
| 588 | Tyler | Lamount | B. | | |
| 589 | Ulmer | Jeffrey | M. | | |
| 590 | Urrutia | Adolfo | | | |
| 591 | Vandawalker | Derald | E. | | |
| 592 | Vande Kieft | John | H. | | |
| 593 | Vanvacter | Jerry | | | |
| 594 | Vasquez | Jose | A. | | |
| 595 | Venable | Robert | M. | | |
| 596 | Villagomez, Jr. | Ralph | M. | | |
| 597 | Viloria | Leonard | H. | | |
| 598 | Vogan | David | A. | | |

| No. | Last Name | First Name | MI | Name Changes (if applicable) | Estate Representative (if applicable) |
|---|---|---|---|---|---|
| 599 | Wade | Robert | A. | | |
| 600 | Wagner | Rick | E. | | |
| 601 | Waldrep | Randy | E. | | |
| 602 | Walker | Sheila | A. | | |
| 603 | Walter | Henry | A | | |
| 604 | Walz | David | | | |
| 605 | Warner | John | B. | | |
| 606 | Warrington | Dwight | B. | | |
| 607 | Weaver | James | E. | | |
| 608 | Wesselhoft | John | W. | | |
| 609 | Westberry | Sarah | P. | | |
| 610 | Westermeier | Barbara | A. | | |
| 611 | Weston | Thomas | M. | | |
| 612 | Wheeler | Marsha | B. | | |
| 613 | Whelan | John | | | |
| 614 | White | John Paul | | | |
| 615 | White | Ollie | D. | | |
| 616 | Wiese | Robert | T. | | |
| 617 | Wiggins | Donald | E. | | |
| 618 | Wiggins | Janet | | | |
| 619 | Wild | Edward | S. | | |
| 620 | Wilkerson | Jim | G. | | |
| 621 | Wilkins, Jr. | Bobby | R. | | Tamara Wilkins - Dkt. 417 |
| 622 | Williams | David | E. | | |
| 623 | Williams | Daniel | M. | | |
| 624 | Williams | Linda | R. | | |
| 625 | Willsey | William | M. | | |
| 626 | Wilson | Randy | A. | | |
| 627 | Winterstein | Russell | | | |
| 628 | Wisniewski (Ryan) | Paula | (J.) | Changed name from Paula Wisniewski to Paula J. Ryan. *See* Dkt. 365. | |
| 629 | Wolf | William | E. | | |
| 630 | Wolthausen | Karl | | | |
| 631 | Wood | Bernard | | | |
| 632 | Woolley | Greg | F. | | Megan Woolley - Dkt. 417 |
| 633 | Yencich | Gary | P. | | |
| 634 | Yonkin | William | D. | | |
| 635 | York | Charlotte | | | |
| 636 | Young | Joseph | | | |
| 637 | Ysasi-Huerta | Raquel | L. | | |
| 638 | Zachary | Edwin | | | |

| No. | Last Name | First Name | MI | Name Changes (if applicable) | Estate Representative (if applicable) |
|-----|-----------|------------|-----|------------------------------|---------------------------------------|
| 639 | Zagorski | James | | | |
| 640 | Zaleski | Edward | J. | | |
| 641 | Zane | Robert | W. | | |
| 642 | Zarifis | Karen | A. | | |
| 643 | Zarifis | Michael | G. | | |
| 644 | Zeman | Michael | | | |
| 645 | Zimmerman | John | M. | | |
| 646 | Zimmermann | Timothy | K. | | |

**Attachment B**       *Breen v. Buttigieg* : Plaintiffs Settling for Adjusted Annuity       Page 1of 1

| No. | Last Name | First Name | MI | Name Changes (if applicable) |
|---|---|---|---|---|
| 1 | Alexander | David | L. | |
| 2 | Anderson | Bernard | C. | |
| 3 | Arnold | Paul | | |
| 4 | Aytes | Maurice | J. | |
| 5 | Bradshaw | Barbara | | |
| 6 | Brown, Jr. | Franklin | R. | |
| 7 | Brzyski | Kenneth | A. | |
| 8 | Chilbert | Paul | J. | |
| 9 | Combs, Jr. | Madison | W. | |
| 10 | Consalvo | Ronald | J. | |
| 11 | Cosgrove | John | A. | |
| 12 | Dodge | David | E. | |
| 13 | Doody | Mary | I. | |
| 14 | Forster | Jon | R. | |
| 15 | Griffith | Roger | L. | |
| 16 | Hull | David | D. | |
| 17 | King | Mark | A. | |
| 18 | Konschake | Karen | L. | |
| 19 | Pollock | Richard | | *Clarification:* Last name spelled Pollok |
| 20 | Ray | Roger | C. | |
| 21 | Simonyak | Karl | | |
| 22 | Tingley | Frank | J. | |
| 23 | Van Hise | Paul | J. | |
| 24 | Warby | Linda | D. | |
| 25 | Wilson | Roger | W. | |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| KATHLEEN BREEN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 05-cv-654 (PLF) |
| | ) | |
| v. | ) | |
| | ) | |
| ELAINE L. CHAO, Secretary of | ) | |
| Transportation, Department of Transportation, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | | |

**INDIVIDUAL RELEASE**

In full and complete resolution of all claims in this matter of _____ (hereinafter "Plaintiff _____") against Elaine L. Chao, Secretary of Transportation, U.S. Department of Transportation (hereinafter the "DOT") and Stephen Dickson, Administrator, U.S. Federal Aviation Administration (hereinafter the "FAA"), both in their official capacity (hereinafter, collectively referred to as the "Defendants") as more fully set forth herein, the undersigned parties agree as follows:

1.   Plaintiff [NAME] hereby certifies he/she is a Plaintiff named in the case *Breen, et. al., v. Chao, et. al.,* Civil Action No. 05-cv-654 (PLF) before the United States District Court for the District of Columbia.

2.   This Individual Release (hereinafter the "Release") is entered pursuant to the Settlement Agreement signed by my counsel.  This Release incorporates the terms of the Settlement Agreement and is an exhibit to the Settlement Agreement.

3.   In signing this Release, Plaintiff understands that he/she is permanently waiving his/her right to make or pursue a claim for individual relief in any action, as defined by the incorporated Settlement Agreement, relating to the allegations that were raised or could have been raised in the case *Breen, et al. v. Chao, et al.*, Civil Action No. 05-cv-654 (PLF) (D.D.C.).

4.   Plaintiff understands and agrees, as a term and condition of this Release, that in consideration for Plaintiff's promises herein, the Defendants have agreed to provide Plaintiff with the additional service credit for an Air Traffic Controllers retirement as defined by the incorporated Settlement Agreement.

_____
Plaintiff's Initials

**Attachment C**

5.      Plaintiff acknowledges that he/she has been given 10 calendar days within which to review and consider this Agreement. Plaintiff further represents that:

a. The Plaintiff understands the terms of the Settlement Agreement;

b. The Plaintiff does not waive any rights or claims that only arise after the date on which Plaintiff signs and dates this release;

c. The rights and claims the Plaintiff is waiving through this release are in exchange for the provision of additional service credit sufficient to receive an Air Traffic Controller annuity, as identified in paragraph 4 of this Release; and

d. The Plaintiff is represented by counsel in this action and has conferred with his/her attorney before signing and dating this Release, as required by the Age Discrimination in Employment Act, 29 U.S.C. § 626(c)(1)(A-E).


PLAINTIFF _____


_____ Date: _____
[NAME]
[ADDRESS]


2

_____
Plaintiff's Initials

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KATHLEEN BREEN, *et al.*,       ) | |
|       ) | |
|     Plaintiffs,       ) | Civil Action No. 05-cv-654 (PLF) |
|       ) | |
| v.       ) | |
|       ) | |
| ELAINE L. CHAO, Secretary of       ) | |
| Transportation, Department of Transportation,  ) | |
| *et al.*,       ) | |
|       ) | |
|     Defendants. | |

## <u>INDIVIDUAL RELEASE</u>

In full and complete resolution of all claims in this matter of _____ (hereinafter "Plaintiff _____") against Elaine L. Chao, Secretary of Transportation, U.S. Department of Transportation (hereinafter the "DOT") and Stephen Dickson, Administrator, U.S. Federal Aviation Administration (hereinafter the "FAA"), both in their official capacity (hereinafter, collectively referred to as the "Defendants") as more fully set forth herein, the undersigned parties agree as follows:

1.    Plaintiff _____ hereby certifies he/she is a Plaintiff named in the case *Breen, et. al., v. Chao, et. al.,* Civil Action No. 05-cv-654 (PLF) before the United States District Court for the District of Columbia.

2.    This Individual Release (hereinafter the "Release") is entered pursuant to the Settlement Agreement signed by Plaintiff's counsel. This Release incorporates the terms of the Settlement Agreement and is an exhibit to the Settlement Agreement.

3.    In signing this Release, Plaintiff understands that he/she is permanently waiving his/her right to make or pursue a claim for individual relief in any action, as defined by the incorporated Settlement Agreement, relating to the allegations that were raised or could have been raised in the case *Breen, et al. v. Chao, et al.*, Civil Action No. 05-cv-654 (PLF) (D.D.C.).

4.    Plaintiff understands and agrees, as a term and condition of this Release, that in consideration for Plaintiff's promises herein, the Defendants have agreed to provide a lump sum in the amount calculated by Plaintiff's counsel per the terms of the incorporated Settlement Agreement to settle and release all legal claims, including for relief, Plaintiff may have in the case *Breen, et al. v. Chao, et al.*, Civil Action No. 05-cv-654 (PLF) (D.D.C.).

_____
Plaintiff's Initials

**Attachment C**

5.      Plaintiff acknowledges that he/she has been given 10 calendar days within which to review and consider this Agreement. Plaintiff further represents that:

a. The Plaintiff understands the terms of the Settlement Agreement;

b. The Plaintiff does not waive any rights or claims that only arise after the date on which Plaintiff signs and dates this release;

c. The rights and claims the Plaintiff is waiving through this release are in exchange for the payment identified in paragraph 4 of this Release; and

d.  The Plaintiff is represented by counsel in this action and has conferred with his/her attorney before signing and dating this Release, as required by the Age Discrimination in Employment Act, 29 U.S.C. § 626(c)(1)(A-E).


PLAINTIFF _____



_____ Date: _____
[NAME]
[ADDRESS]


2

_____
Plaintiff's Initials