IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHLEEN BREEN, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> PETER P. M. BUTTIGIEG, Secretary of ) <br> Transportation, Department of Transportation, ) <br> *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 05-cv-654 (PLF) |

ERRATA

In Appendix A of the Parties' April 28, 2021 Joint Status Report [Dkt. 511], Plaintiff John Coughlin's name was inadvertently misspelled as "John Couglin." As such, please find attached a revised copy of Appendix A that includes the correct name spelling.

Dated: July 13, 2021

Respectfully submitted,

/s/ *Joseph M. Sellers*
Joseph M. Sellers, Bar No. 318410
Brian Corman, Bar No. 1008635
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, N.W.
Suite 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
jsellers@cohenmilstein.com
bcorman@cohenmilstein.com

/s/ *Gary M. Gilbert*
Gary M. Gilbert, Bar No. 15808 Linda
A. Kincaid, Bar No. 416936 Michal
Shinnar, Bar No. MD0033 Shannon C.
Leary, Bar No. MD18396
**GILBERT EMPLOYMENT LAW, P.C.**
1100 Wayne Avenue, Suite 900
Silver Spring, MD 20910
Telephone: (301) 608-0880

Facsimile: (301) 608-0881
gary@gelawyer.com

*Attorneys for Plaintiff*

Case 1:05-cv-00654-PLF   Document 514   Filed 07/13/21   Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the CM/ECF electronic filing system on this 13th day of July, 2021 and thereby served upon the parties and/or their counsel.

By: **LINDA A. KINCAID**
Linda A. Kincaid, Esq.
*Of Counsel*
GILBERT EMPLOYMENT LAW, P.C.
1100 Wayne Avenue, Suite 900
Silver Spring, MD 20910
Telephone: (301) 608-0880
Facsimile: (301) 608-0881