| No. | Last Name | First Name | MI | Name Changes (if applicable) | Estate Representative (if applicable) |
|---|---|---|---|---|---|
| 1 | Abbott | Ed | G. | *Clarification:* Legal name is Edward G. Abbott | |
| 2 | Abney | Charles | N. | | |
| 3 | Abrahamsen | Bruce | | | |
| 4 | Ahmad | Iftikhar | | | |
| 5 | Aluni | Robert | R. | | |
| 6 | Amato | Dennis | A. | | |
| 7 | Amend | Frederick | J. | | |
| 8 | Amero | Gary | V. | | |
| 9 | Amos | Carmen | J. | | |
| 10 | Anderson | Debra | | | |
| 11 | Anderson | James | E. | | |
| 12 | Anderson | Jonathan | | | |
| 13 | Anderson | Pamela | K. | | |
| 14 | Anderson | Richard | C. | | |
| 15 | Andries | Charles | | | |
| 16 | Anesi | Charles | E. | | |
| 17 | Antush | Jeffrey | J. | | |
| 18 | Archibald | Kenneth | J. | | |
| 19 | Armstrong | Stephan | Y. | | |
| 20 | Arrow | John | K. | | |
| 21 | Askew, Jr. | Joe | B. | | |
| 22 | Auld | Lynn | V. | | |
| 23 | Austin | Tyrone | | | Karen Fisher-Austin- Dkt. 417 |
| 24 | Autry (Grace) | Cynthia | (L.) | Changed name from Cynthia L. Autry to Cynthia L. Grace. *See* Dkt. 365. | |
| 25 | Avalos | Thomas | | | |
| 26 | Ayer | Bruce | A. | | |
| 27 | Ayers | Darryl | W. | | |
| 28 | Bailey | Archer | | | |
| 29 | Bakken | Marty | E. | | |
| 30 | Balfour | Ronald | M. | | |

| No. | Last Name | First Name | MI | Name Changes (if applicable) | Estate Representative (if applicable) |
|---|---|---|---|---|---|
| 31 | Barber | Stephen | G. | | |
| 32 | Barlow | Edward | Y. | | |
| 33 | Barnes | Dianne | v. | | |
| 34 | Barnett | Rickie | L. | | |
| 35 | Barth (Marlar) | Kelli | M. (S) | Changed name from Kelli M. Barth to Kelli S. Marlar. *See* Dkt. 365. | |
| 36 | Bartlett | Frances | E. | | |
| 37 | Basore, Jr. | C. | A. | | |
| 38 | Basye | Charles | R. | | |
| 39 | Batcha | Michael | C. | | |
| 40 | Batson | Pamela | | | |
| 41 | Batye | Nancy | A. | | |
| 42 | Bauder | Arlene | | | |
| 43 | Baughn | Lisa | K. | | |
| 44 | Beale | Christopher | W.H. | | Barbara Hoyt- Dkt. 373 |
| 45 | Becerril | Jorge | L. | | |
| 46 | Bennett | George | F. | | |
| 47 | Bennetts | Gary | | | |
| 48 | Berggren | G. | P. | *Clarification:* Legal name is G. Peter Berggren | |
| 49 | Bergren | Brett | R. | | |
| 50 | Bergren | Denise | G. | | |
| 51 | Bermudez | Robert | M. | | |
| 52 | Bernard | Kenneth | R. | | |
| 53 | Berry | Marlene | | | |
| 54 | Berry | Russell | | | |
| 55 | Bertram | Alan | B. | | |
| 56 | Bittner | Jeffrey | D. | | |
| 57 | Bjork | Lisa | M. | | |
| 58 | Bjorkman | Tye | C. | | |
| 59 | Blaine III | James | W. | | |
| 60 | Blake | Vanessa | | | |
| 61 | Blasczick | Gary | L. | | |
| 62 | Bocher | Gordon | L. | | |
| 63 | Bonilla | Angel | A. | *Clarification:* Legal name is Angel A. Bonilla, Sr. | |
| 64 | Bowie | Sandra | | | |

Case 1:05-cv-00634-PLF Document 514-1 Filed 07/13/21 Page 3 of 18
Attachment 5 – Breen v. Buttigieg Plaintiffs Settling for Monetary Payment
Page 3 of 18

| No. | Last Name | First Name | MI | Name Changes (if applicable) | Estate Representative (if applicable) |
|---|---|---|---|---|---|
| 65 | Bowman | Angela | | | |
| 66 | Bowman | Gary | L. | | |
| 67 | Bradley | David | L. | | |
| 68 | Brandes | Scott | L. | | |
| 69 | Breen | Kathleen | A. | | |
| 70 | Brooks | David | | | |
| 71 | Broughton | Brett | C. | | |
| 72 | Brown | Barbara | A. | | |
| 73 | Brown | Jeffrey | L. | | |
| 74 | Brown | Martin | | | |
| 75 | Brown | Melvin | L. | | |
| 76 | Brown, Jr. | Charles | G. | | |
| 77 | Brubaker | Randal | | | |
| 78 | Bruneau (Gonzales) | Mary | (A.) | Changed name from Mary Bruneau to Mary A. Gonzales. *See* Dkt. 365. | |
| 79 | Bruton | Dave | | | |
| 80 | Bryan | John | C. | | |
| 81 | Brydon | Malcolm | P. | | |
| 82 | Buckallew | Norman | B. | | |
| 83 | Bullard | Brian | K. | | |
| 84 | Butler | Arthur | L. | | |
| 85 | Byrum | Helen | D. | | |
| 86 | Cairns | Daniel | W. | | |
| 87 | Campbell | David | | | |
| 88 | Campell | Cathy | | | |
| 89 | Cantu | Ernesto | V. | | |
| 90 | Carl | Kevin | B. | | |
| 91 | Carney | Lionel | | | |
| 92 | Carney | Sandra | | | |
| 93 | Carroll | Roy | M. | | |
| 94 | Carroll | Shawn | | | |
| 95 | Carter | Carroll | J. | | |
| 96 | Carter (Hursey) | Diane | (R.) | Changed name from Diane Carter to Diane R. Hursey. *See* Dkt. 365. | |
| 97 | Caruso | Jean | K. | | |
| 98 | Carver | Donald | J. | | |
| 99 | Catt | Wayne | A. | | |
| 100 | Cavanagh | Kevin | J. | | |
| 101 | Cecil | William | | | |
| 102 | Champa | Stephen | F. | | |

Case 1:05-cv-00634-PLF Document 514 Filed 07/13/21 Page 4 of 18
Attachment B – Breen v. Buttigieg Plaintiffs Seeking for Monetary Payment

Page 4 of 18

| No. | Last Name | First Name | MI | Name Changes (if applicable) | Estate Representative (if applicable) |
|---|---|---|---|---|---|
| 103 | Chapman | Robert | J. | | |
| 104 | Chay | Andrea | J. | | |
| 105 | Cherry | Steven | M. | | |
| 106 | Chilen | James | E. | | |
| 107 | Clark | Jesse | | | |
| 108 | Coffey | Robert | M. | | |
| 109 | Coleman | Ronald | | | Robin Coleman- Dkt. 417 |
| 110 | Collier | Purvis | R. | | |
| 111 | Collier | Richard | L. | | |
| 112 | Colwell | William | G. | | |
| 113 | Comisky | Kurt | J. | | |
| 114 | Condry | Montie | A. | | |
| 115 | Conlon | Gerald | A. | | |
| 116 | Conyers | Jeff | | | |
| 117 | Cooper | Thomas | G. | | |
| 118 | Corbett | Larry | | | |
| 119 | Corbo | Marguerite | A. | | |
| 120 | Corbo, Jr. | William | A. | | |
| 121 | Corwin | Carl | | | Mary Jane Corwin- Dkt. 417 |
| 122 | Coughlin | John | J. | | |
| 123 | Craig | Dennis | H. | | |
| 124 | Crain | Michael | D. | | |
| 125 | Cramutolo | Thomas | D. | *Clarification:* Name is Domenic Thomas Cramutolo | |
| 126 | Crandell | Janet | S. | | |
| 127 | Crane | Curtis | R. | | |
| 128 | Crigler | Donna | J. | | |
| 129 | Crigler | Gary | A. | | |
| 130 | Critchfield | Jacquelin | S. | | |
| 131 | Cunningham | Patrick | J. | | |
| 132 | Currier | Kenneth | C. | | |
| 133 | Custis | Marc | A. | | |
| 134 | Dabb | Michael | J. | | |
| 135 | Danigelis | Paul | W. | | |
| 136 | Dankers | Diane | | | |
| 137 | David | Bruce | K. | | |
| 138 | Davis | James | D. | | |
| 139 | Davis | Larry | M. | | |
| 140 | Davis | Scott | A. | | |
| 141 | Day | Gloria | J. | | |

Case 1:05-cv-00634-PLF Document 514-1 Filed 07/13/21 Page 5 of 18
Attachment A - Breen v. Buttigieg Plaintiffs Settling for Monetary Payment

Page 5 of 18

| No. | Last Name | First Name | MI | Name Changes (if applicable) | Estate Representative (if applicable) |
|---|---|---|---|---|---|
| 142 | Deatherage | Brian | | | |
| 143 | Decker | Donavon | R. | | |
| 144 | DeGrande | Victor | | | |
| 145 | DeGrazio | Timothy | E. | | |
| 146 | Dellinger | David | T. | | |
| 147 | DeShon | Norman | | | |
| 148 | DeSira | Joseph | V. | | |
| 149 | Desmond | Sheila | | | |
| 150 | Detrow | Dennis | R. | | |
| 151 | Deveraux | Gregory | L. | | |
| 152 | Dibble | John | S. | | |
| 153 | Dickinson | Brenda | L. | | |
| 154 | Diehl | Kevin | S. | | Diana Diehl- Dkt. 272 |
| 155 | Dixon | Gregory | G. | | |
| 156 | Dodson | Donna | M. | | |
| 157 | Donnelly | Laura | T. | | |
| 158 | Doody | Francis | P. | | |
| 159 | Drew, Sr. | Steven | E. | | |
| 160 | Dudley | Rhonda | | | |
| 161 | Duff | Michael | R. | | |
| 162 | Duplessie | Tom | | | |
| 163 | Duroy | Ralph | L. | | |
| 164 | DuRussell | Mark | D. | | |
| 165 | Eastman | Franklin | E. | | |
| 166 | Eccles | Warren | | | |
| 167 | Eckel | William | L. | | |
| 168 | Edelman | John | | | |
| 169 | Edmiston | Lee | | | |
| 170 | Edmonson | Mahlon | E. | | |
| 171 | Edwards | Jody | L. | | |
| 172 | Edwards | Walter | D. | | |
| 173 | Ehlert-McBride | Joan | M. | | |
| 174 | Elias | Denise | M. | | |
| 175 | Ellsworth | David | L. | | |
| 176 | Elmes | Michael | C. | | |
| 177 | Emerson | Paul | D. | | |
| 178 | Ertner | Penny | | Changed name from Penny Ertner to Penny Strand. *Documentation to be filed.* | |
| 179 | Escalante | Carlos | J. | | |
| 180 | Evans | William | | | Carol Haggard Evans - Dkt. 481 |

Case 1:05-cv-00634-PLF Document 514-1 Filed 07/13/21 Page 6 of 18
Attachment 5- Breen v. Buttigieg Plaintiffs Seeking for Monetary Payment
Page 6 of 18

| No. | Last Name | First Name | MI | Name Changes (if applicable) | Estate Representative (if applicable) |
|---|---|---|---|---|---|
| 181 | Fairbanks-Eastman | Bonnie | | Changed name from Bonnie Fairbanks-Eastman to Bonnie A. Fairbanks. *Documentation to be filed.* | |
| 182 | Felderhoff | Anthony | J. | | |
| 183 | Felt | Joseph | | | |
| 184 | Felts | Robert | B. | | |
| 185 | Ferraro | Danny | J. | | |
| 186 | Ferry | Paul | E. | | |
| 187 | Fischer | Richard | S. | | |
| 188 | Fitzgerald | Laurie | | Changed name from Laurie Fitzgerald to Laurie A. Ziegler. *Documentation to be filed.* | |
| 189 | Fix | Kenneth | E. | | |
| 190 | Flavors | William | E. | | |
| 191 | Fleming | Kerry | G. | | |
| 192 | Flynn | Anthony | T. | | |
| 193 | Folstrom | Lachlan | P. | | |
| 194 | Forte | Tommy | D. | | Mary Forte- Dkt. 373 |
| 195 | Francis | Robert | V. | | |
| 196 | Franklin | Robert | | | |
| 197 | Freed | Richard | | | |
| 198 | Gallup | Gary | L. | | |
| 199 | Gearity | Raymond | J. | | |
| 200 | Gehle | John | F. | | |
| 201 | Geletei, Jr. | Frank | J. | | |
| 202 | Germain | Warren | C. | | |
| 203 | Gerrits | Beth | A. | | |
| 204 | Gibson | Mark | A. | | |
| 205 | Gilbert | Melvin | T. | | |
| 206 | Gilligan, Jr. | George | T. | | |
| 207 | Gilroy | Robert | | | |
| 208 | Goodell | Joseph | D. | | |
| 209 | Gow | Randall | J. | | |
| 210 | Graham | David | | | |
| 211 | Graning | George | T. | | |
| 212 | Grate | Yvonne | M. | | |
| 213 | Gray | Michael | A. | | |
| 214 | Gray | Richard | C. | | |
| 215 | Green | Rodney | A. | | |
| 216 | Green | Frederick | L. | | Deborah Green- Dkt. 417 |

Case 1:05-cv-00634-PLF Document 514 Filed 07/13/21 Page 7 of 18
Attachment A - Breen v. Buttigieg Plaintiffs Settling for Monetary Payment

Page 7 of 18

| No. | Last Name | First Name | MI | Name Changes (if applicable) | Estate Representative (if applicable) |
|---|---|---|---|---|---|
| 217 | Greenway | Julia | | | |
| 218 | Greer | Erik | | | |
| 219 | Greschel | George | B. | | |
| 220 | Grimsley | Martha | L. | | |
| 221 | Guinther | Jean | A. | | |
| 222 | Gullo | Frances | | | |
| 223 | Gustafson | Gary | R. | | |
| 224 | Haddow | Hector | | | Lisa Haddow- Dkt. 444 |
| 225 | Haeck | David | | | |
| 226 | Hainsworth | Lisa | L. | | |
| 227 | Hale | Delia | G. | | |
| 228 | Hale | James | W. | | |
| 229 | Haley | Talwyn | L. | | |
| 230 | Hall | Richard | P. | | |
| 231 | Hamm | Troy | R. | | |
| 232 | Hammond | Daniel | O. | | |
| 233 | Hanjoul | Georgianne | | | |
| 234 | Harpool | John | A. | | |
| 235 | Harrelson | Deborah | S. | | |
| 236 | Harris | Karen | | | |
| 237 | Harris | Patrick | | | |
| 238 | Harris | Winfred | W. | | |
| 239 | Hart | Richard | B. | | |
| 240 | Harvey | Timothy | L. | | |
| 241 | Harzewski | Alan | E. | | |
| 242 | Hatman, Jr. | Alton | D. | | |
| 243 | Haug | Mark | | | |
| 244 | Hawkinson | Robert | D. | | |
| 245 | Helmuth | Brenda | L. | | |
| 246 | Helwig | Michael | A. | | |
| 247 | Henderson | Dean | | *Clarification* : Legal name is Steven Dean Henderson | |
| 248 | Hensley | Richard | A. | | |
| 249 | Herner | Dave | D. | | |
| 250 | Hiett | Michael | C. | | |
| 251 | Higganbotham | John | K. | | |
| 252 | Higgins | Terry | G. | | |
| 253 | Hill | James | S. | | |
| 254 | Hiller | Scott | M. | | |
| 255 | Hillman | Ronald | | | |
| 256 | Hilscher | Paul | W. | | |
| 257 | Hinga | Paul | | | |

| No. | Last Name | First Name | MI | Name Changes (if applicable) | Estate Representative (if applicable) |
|---|---|---|---|---|---|
| 258 | Hinojosa | Oscar | | | Juanita Hinojosa- Dkt. 506 |
| 259 | Hipp | Samuel | S. | | |
| 260 | Hoffman | Chris | A. | | |
| 261 | Holamon | Terry | L. | | |
| 262 | Holland | Jay | D. | | |
| 263 | Holland, Jr | Charles | E. | | |
| 264 | Holliman | Christopher | | | |
| 265 | Hollister | Lesley | | | |
| 266 | Holman | Franklin | G. | | |
| 267 | Holmes | Kimberly | | | |
| 268 | Holodick | Daniel | J. | | Carol Holodick- Dkt. 279 |
| 269 | Horton | Darryl | P. | | |
| 270 | Hoskins | Michal | L. | | |
| 271 | Houser | Robert | | | |
| 272 | Hoyt | Kevin | | | |
| 273 | Hribal | Sandra | J. | Changed name from Sandra J. Hribal to Sandra J. Lafferty. *Documentation to be filed.* | |
| 274 | Huie | Jeffrey | L. | | |
| 275 | Humburg | Keith | | | |
| 276 | Hunter | Stephen | B. | | |
| 277 | Impallomeni | Robert | A. | | |
| 278 | Ingram | Robert | M. | | |
| 279 | Ishmael | Kalam | A. | | |
| 280 | Jaeger | Roger | W. | | |
| 281 | Jaffe | Mark | | | |
| 282 | Jaggers | Raymond | J. | | |
| 283 | Jahn | Michael | W. | | |
| 284 | Jarrett | Larry | F. | | |
| 285 | Jensen | Peter | E. | | |
| 286 | Johnson | Clyde | H. | | |
| 287 | Johnson | Cynthia | L. | | |
| 288 | Johnson | Thomas | D. | | |
| 289 | Johnston | Larry | J. | | Deborah Johnston- Dkt. 373 |
| 290 | Jones | Denise | C. | | Jody Kaler- Dkt. 240, 255 |
| 291 | Jones | John | E. | | |
| 292 | Jones | Oliver | G. | | |
| 293 | Jones | Stephen | L. | | |
| 294 | Kalicharan | K. | | | |
| 295 | Kancyr | Harry | C. | | |

Case 1:05-cv-00634-PLF Document 514-1 Filed 07/13/21 Page 9 of 18
Attachment A - Breen v. Buttigieg Plaintiffs Settling for Monetary Payment
Page 9 of 18

| No. | Last Name | First Name | MI | Name Changes (if applicable) | Estate Representative (if applicable) |
|---|---|---|---|---|---|
| 296 | Kane | Daniel | L. | | |
| 297 | Kane | Richard | | | |
| 298 | Kast | Patricia | A. | | |
| 299 | Kaye | Sharon | | | |
| 300 | Kelley | George | E. | | |
| 301 | Kendrick | Kelly | I. | | |
| 302 | Kerber | Patrick | R. | | |
| 303 | Kerschner, Jr. | Ralph | E. | | |
| 304 | Khanoyan, Jr. | David | M. | | |
| 305 | Killgore | Stephen | J. | | |
| 306 | Killpatrick | Philip | J. | | |
| 307 | Kingsley | Billy | J. | | |
| 308 | Kinkade | Rodney | | | |
| 309 | Klearman | Sheryl | | | |
| 310 | Klimek | Gary | P. | | |
| 311 | Klumpner | Peter | R. | | |
| 312 | Kohl | Robert | J. | | |
| 313 | Koontz | Harry | | | |
| 314 | Kreider | Jeffrey | | | |
| 315 | Krenzelok | Eddie | A. | | |
| 316 | Krieger | Kenneth | A. | | |
| 317 | Krueger | Paul | J. | | |
| 318 | Kuroiwa | Dan | K. | | |
| 319 | Kurtock | Dianne | | | |
| 320 | Kushner | Kenneth | | *Clarification:* Last name is spelled Kueshner | |
| 321 | Lacey | Margaret | H. | | |
| 322 | Lafreniere | Diane | J. | | |
| 323 | Lagerson | Christina | M. | | |
| 324 | Lampi | Sharon | A. | | |
| 325 | Landy-Fayad | Sharon | | | |
| 326 | Langan | John | R. | | |
| 327 | Lange | Sharon | H. | | |
| 328 | Larkin | Debra | L. | | |
| 329 | Lasley II | Curtis | F. | | |
| 330 | Latham | Harlan | A. | | |
| 331 | Lay | Lourdes | M. | | |
| 332 | Lazor | Deborah | A. | | |
| 333 | Lazor | John | | | |
| 334 | Le Mire | Janelle | | | |
| 335 | Lederer | Ted | | | |
| 336 | Leicht | Ronald | | | |

| No. | Last Name | First Name | MI | Name Changes (if applicable) | Estate Representative (if applicable) |
|---|---|---|---|---|---|
| 337 | Lemke (Spurlin) | Kathryn | (L.) | Changed name from Kathryn Lemke to Kathryn L. Spurlin. *See* Dkt. 365. | |
| 338 | Lemoine | Winton | | | |
| 339 | Lewis | Joanna | L. | | |
| 340 | Liebeno | William | L. | | |
| 341 | Liebsch | Michael | J. | | |
| 342 | Liles | Randell | S. | | |
| 343 | Lingenfelter | Roger | D. | | |
| 344 | Lippi | Fred | E. | | Monica Lippi- Dkt. 373 |
| 345 | Lloyd | Kenneth | R. | | |
| 346 | Logan | Kevin | M. | | |
| 347 | Lombard | David | W. | | |
| 348 | Lopez | David | | | |
| 349 | Lovett | Thomas | | | |
| 350 | Lowery | Timothy | J. | | |
| 351 | Lowther | Marc | | | |
| 352 | Lueders | Randy | | | |
| 353 | Lund | George | E. | | |
| 354 | Luskin, III | Charles | B. | | |
| 355 | Lynch | John | J. | | |
| 356 | Mackoy | Craig | R. | | |
| 357 | MacLeod | John | C. | | |
| 358 | MacNeil | John | A. | | |
| 359 | Madden | William | | | |
| 360 | Madren | Silas | | | |
| 361 | Marcincuk | Dorey | | | |
| 362 | Marcincuk | Joseph | A. | | |
| 363 | Marcus | Craig | J. | | Patricia Marcus- Dkt. 373 |
| 364 | Marshall | Robert | L. | | William Marshall and Melissa Ross- Dkt. 373 |
| 365 | Martin | John | F. | | |
| 366 | Martin | William | P. | | |
| 367 | Matheny | Barbara | S. | | |
| 368 | Mathisen | Neal | C. | | |
| 369 | Matkins | Frank | | | |
| 370 | Mauck | Richard | D. | | |
| 371 | Mauriala | John | T. | | |
| 372 | Mayfield | Dean | A. | | Lisa Mayfield - Dkt. 505 |
| 373 | Mayhood | Steven | R. | | |
| 374 | McAteer | Carol | A. | | |

| No. | Last Name | First Name | MI | Name Changes (if applicable) | Estate Representative (if applicable) |
|---|---|---|---|---|---|
| 375 | McCall | Warren | E. | | Nichole D. McCall - Dkt. 480 |
| 376 | McCandless, Jr. | Roger | | | |
| 377 | McClain | Nicholas | | | |
| 378 | McClearn | Linda | | | |
| 379 | McClearn | Rod | | | |
| 380 | McConnellogue | Paul | | | |
| 381 | McCormick | Stephen | J. | | |
| 382 | McCorry | G. | Frank | | |
| 383 | McCready | Homer | | | |
| 384 | McDaniel | William | S. | | |
| 385 | McElhinny | Edward | J. | | |
| 386 | McGann | Gregory | D. | | |
| 387 | McInernery | Barbara | | | |
| 388 | McKean | Malcom | M. | | |
| 389 | McKinnis | Winston | R. | | |
| 390 | McNamara | Christopher | J. | | |
| 391 | McNealy | James | R. | | |
| 392 | McPhillips | Pamela | L. | | |
| 393 | Meehan | James | V. | | |
| 394 | Melon, Jr | Jose | M. | | |
| 395 | Melvin, Jr. | Robert | E. | | |
| 396 | Mercker | Bill | | *Clarification:* First name is William | |
| 397 | Michael | Randall | | | |
| 398 | Michaud | Maurice | E. | | |
| 399 | Michel | Terri | | | |
| 400 | Micheletti | Michael | A. | | |
| 401 | Milam | Michael | D. | | |
| 402 | Miller | Matthew | E. | | |
| 403 | Miller | Robyn | | | |
| 404 | Minnie | Donna | J. | | |
| 405 | Mitchell | Gregory | | | |
| 406 | Moe | Curtis | J. | | |
| 407 | Montanez | Daniel | | | |
| 408 | Moore-Holman | Dianne | D. | | |
| 409 | Morales | Rafael | | | |
| 410 | Morelli | Vincent | | | |
| 411 | Morrison | David | S. | | |
| 412 | Morrissy | Elinormarie | L. | | |
| 413 | Morrissy | Scott | T. | | |

Case 1:05-cv-00654-PLF Document 514-1 Filed 07/13/21 Page 12 of 18
Attachment A- Breen v. Buttigieg- Plaintiffs Seeking/ for Monetary Payment
Page 12 of 18

| No. | Last Name | First Name | MI | Name Changes (if applicable) | Estate Representative (if applicable) |
|---|---|---|---|---|---|
| 414 | Mote | Rebecca | | | |
| 415 | Motto | Mark | | | |
| 416 | Moulton | Randy | L. | | |
| 417 | Mugica | Salvador | | | |
| 418 | Munro | Roger | | | |
| 419 | Murdock | David | W. | | |
| 420 | Murray | Donald | T. | | |
| 421 | Myers, Jr. | Lawrence | G. | | |
| 422 | Myrvold | Erik | A. | | |
| 423 | Nagel | Herbert | W. | | Cathy Nagel- Dkt. 351 |
| 424 | Nasser | Ghassen | | | |
| 425 | Navratil | William | J. | | |
| 426 | Nedderman | Rebecca | | | |
| 427 | Nelson | James | S. | | |
| 428 | Nelson | Richard | A. | | |
| 429 | Newton | John | | | |
| 430 | Nichols | Amy | L. | | |
| 431 | Niemiec | Nancee | | | |
| 432 | Nix-Phillips | Jacqueline | | Changed name from Jaqueline Nix-Phillips to Jacqueline Nix. *Documentation to be filed.* | |
| 433 | Noel | Earle | | | |
| 434 | Norris | Wayne | J. | | |
| 435 | Norris, III | Nelson | R. | | |
| 436 | Northover | Donald | C. | | Nyoka Northover- Dkt. 373 |
| 437 | Novak | Chris | S. | | |
| 438 | Nunez, Jr. | Miguel | A. | | |
| 439 | O'Connell | John | | | Lee O'Connell - Dkt. 507 |
| 440 | Oien | Wade | | | |
| 441 | Olsen | Peter | G. | | |
| 442 | Ontiveros | Henry | | | |
| 443 | Osswald | Robert | J. | | |
| 444 | Ostrand | Karen | A. | | |
| 445 | Otterbein, Sr. | Eugene | R. | | |
| 446 | Palm | Michael | R. | | |
| 447 | Parnell | James | A. | | |
| 448 | Parrish | Paul | E. | | |
| 449 | Patterson | Steven | K. | | |
| 450 | Patterson | Terry | L. | | |
| 451 | Pavicic | Robert | D. | | |

Case 1:05-cv-00654-PLF Document 514-1 Filed 07/12/21 Page 13 of 18
Attachment A - Breen v. Bottigliero - Plaintiffs Seeking for Monetary Payment
Page 13 of 18

| No. | Last Name | First Name | MI | Name Changes (if applicable) | Estate Representative (if applicable) |
|---|---|---|---|---|---|
| 452 | Pavlicka | Gregory | | | |
| 453 | Pavlicka | Penny | V. | | |
| 454 | Pawlak | Ralph | W. | | |
| 455 | Peck | James | B. | | |
| 456 | Pedraza | Robert | | | |
| 457 | Pember | Lindsey | | | |
| 458 | Pember | Robert | B. | | |
| 459 | Perez | Efrain | | | |
| 460 | Perreira, Jr. | Phillip | D. | | Cheryl Scellato - Dkt. 417 |
| 461 | Perry | Sharon | A. | | |
| 462 | Peters | Dennis | W. | | |
| 463 | Peters | Donald | J. | | |
| 464 | Piccola, Jr. | Michael | D. | | |
| 465 | Pierce | Edward | | | |
| 466 | Pignatiello | Rocco | | | |
| 467 | Pinter | Ronald | A. | | |
| 468 | Piotrowiak | Richard | | | |
| 469 | Pipenur | Barbara | G. | | |
| 470 | Pollard | Carl | | | |
| 471 | Portuondo | Pablo | | | |
| 472 | Potter | Maurita | F. | | Veronica Missouri - Dkt. 373 |
| 473 | Potter | Sheryl | L. | | |
| 474 | Potts | Eugene | T. | | |
| 475 | Powers | Dennis | M. | | |
| 476 | Rajecki | Richard | M. | | |
| 477 | Reese | Martha | C. | | |
| 478 | Reimann | Richard | A. | | Patricia Reimann - Dkt. 417 |
| 479 | Reppin | James | A. | | |
| 480 | Reppin | Paula | W. | | |
| 481 | Rey | Alfonso | | | |
| 482 | Reynolds | Patrick | | | |
| 483 | Reynolds (Conyers) | Pauline | (F.) | Changed name from Pauline Reynolds to Pauline F. Conyers. *See* Dkt. 365. | |
| 484 | Rezler | John | S. | | |
| 485 | Richardson, Jr. | Isiah | | | |
| 486 | Rieger | Steve | | | |
| 487 | Rijos | Lydia | | | |
| 488 | Riley | Angela | | | |
| 489 | Ritter | David | J. | | |

| No. | Last Name | First Name | MI | Name Changes (if applicable) | Estate Representative (if applicable) |
|---|---|---|---|---|---|
| 490 | Rivero | Hector | M. | | |
| 491 | Robbins | Dennis | S. | | |
| 492 | Roberts | Guylan | E. | | |
| 493 | Robinson | Charles | H. | | |
| 494 | Robinson | Flora | A. | | |
| 495 | Rochelle (Middleton) | Dyan (Margaret) | R. (D.) | Changed name from Margaret Dyan Rochelle to Margaret Middleton. *Documentation to be filed.* | |
| 496 | Roden | Cindy | E. | | |
| 497 | Roeck | Dennis | J. | | |
| 498 | Rogers | Willie | E. | | Heath Rogers - Dkt. 417 |
| 499 | Rohweder | Sue | E. | | |
| 500 | Rolan | Christopher | R. | | |
| 501 | Roney | Diana | | | |
| 502 | Roney | Marvin | K. | | |
| 503 | Rubitsky | Lacy | R. | Changed name from Larry Rubitsky to Lacy Rubitsky. *See* Dkt. 280. | |
| 504 | Rufener | Mark | | | |
| 505 | Rufo | Paul | A. | | |
| 506 | Ruggiero | James | A. | | |
| 507 | Rusch (Leonard) | Gail | A. | Changed her name from Gail A. Rusch to Gail A. Leonard. *See* Dkt. 364. | |
| 508 | Russell | Donald | G. | | |
| 509 | Russman | Teri | | | |
| 510 | Ryan | David | G. | | Linda Ryan - Dkt. 417 |
| 511 | Salimbene | Michael | P. | | |
| 512 | Sandy | Vickie | L. | | |
| 513 | Savino | Stephen | E. | | |
| 514 | Scanlon | David | | | |
| 515 | Schilling | Randolph | T. | | |
| 516 | Schissler | David | J. | | |
| 517 | Schweigert | John | A. | | Aaron Schweigert - Dkt. 373 |
| 518 | Senter | Mark | G. | | |
| 519 | Sheldon | Michael | J. | | |
| 520 | Shelton | Sidney | | | |
| 521 | Shepard | Wayne | L. | | |
| 522 | Shew | Michael | E. | | |
| 523 | Shields | Robert | C. | | |

| No. | Last Name | First Name | MI | Name Changes (if applicable) | Estate Representative (if applicable) |
|---|---|---|---|---|---|
| 524 | Shoaf | Charles | | | |
| 525 | Showalter | William | E. | | |
| 526 | Siedler | Francis | T. | | |
| 527 | Simpson | Courtney | C. | | |
| 528 | Sims | Steven | A. | | |
| 529 | Skinner | Joseph | | | |
| 530 | Skur | Michael | | | |
| 531 | Smelstor, Jr. | Ronald | A. | | |
| 532 | Smith | Crystal | | | |
| 533 | Smith | Jaymie | | | |
| 534 | Soll | David | K. | | |
| 535 | Sorenson | David | J. | | |
| 536 | Sorge | Keith | R. | | |
| 537 | Sorich | Frank | | | |
| 538 | Spafford | Steven | | | |
| 539 | Spielman | Lawrence | A. | | |
| 540 | Spina | Frank | | *Clarification:* First name is Mark | |
| 541 | St. John | James | R. | | |
| 542 | Standlee | Jerry | D. | | |
| 543 | Standridge | Joe | S. | | |
| 544 | Sterling | Linda | M. | | |
| 545 | Stich | David | A. | | |
| 546 | Stillman-Betts (Miles) | Sheila (K.) | | | |
| 547 | Stoelting | John | M. | | |
| 548 | Stokes II | John | R. | | |
| 549 | Straube | William | A. | | |
| 550 | Stultz | Kenneth | R. | | |
| 551 | Sturz | Timothy | J. | | |
| 552 | Suggs | Carmen | | | |
| 553 | Sutton | Nancy | J. | | Carolyn Bixler - Dkt. 373 |
| 554 | Swailes | Robert | A. | | |
| 555 | Swanson | Duane | S. | | |
| 556 | Sweet | Gary | L. | | |
| 557 | Swofford | Marlin | M. | | |
| 558 | Sykes | Janice | | | |
| 559 | Szatori, Jr. | Arpad | G. | | |
| 560 | Talbot | David | P. | | |
| 561 | Tangen | Steven | | | |
| 562 | Taylor | Carl | D. | | |
| 563 | Taylor | Larry | D. | | |

| No. | Last Name | First Name | MI | Name Changes (if applicable) | Estate Representative (if applicable) |
|---|---|---|---|---|---|
| 564 | Taylor (Merta) | Diane | R. | Changed name from Diane R. Taylor to Diane R. Merta. *See* Dkt. 365. | |
| 565 | Teborek | Rebecca | | | |
| 566 | Teed (Wilson) | Janice | (I.) | Changed name from Janice Teed to Janice I. Wilson. *See* Dkt. 365. | |
| 567 | Teems | Ronald | L. | | |
| 568 | Teifert | Norbert | L. | | |
| 569 | Thomas | Kenneth | D. | | |
| 570 | Thompson | Hugh | W. | | |
| 571 | Thompson | Stephen | J. | | Barbara Thompson - Dkt. 487 |
| 572 | Thornton | Reginald | | | |
| 573 | Tiller | Alfred | | | |
| 574 | Tillman | Joel | | | |
| 575 | Tobin | Mark | F. | | |
| 576 | Tollerstad | Christer | G. | | |
| 577 | Tollini | John | N. | | |
| 578 | Torres | Carlos | G. | | |
| 579 | Torres | Charles | R. | | |
| 580 | Torres, III | Milton | J. | | |
| 581 | Townsend | Gregory | | | |
| 582 | Trabold | Jeffrey | G. | | |
| 583 | Travagliato | Joseph | A. | | |
| 584 | Trekell | Jimmie | | | |
| 585 | Tsokris | Darlene | | Changed name from Darlene Tsokris to Darlene Feicht. *Documentation to be filed.* | |
| 586 | Turner | Scott | L. | | |
| 587 | Tyler | Jeffery | J. | | |
| 588 | Tyler | Lamount | B. | | |
| 589 | Ulmer | Jeffrey | M. | | |
| 590 | Urrutia | Adolfo | | | |
| 591 | Vandawalker | Derald | E. | | |
| 592 | Vande Kieft | John | H. | | |
| 593 | Vanvacter | Jerry | | | |
| 594 | Vasquez | Jose | A. | | |
| 595 | Venable | Robert | M. | | |
| 596 | Villagomez, Jr. | Ralph | M. | | |
| 597 | Viloria | Leonard | H. | | |
| 598 | Vogan | David | A. | | |

| No. | Last Name | First Name | MI | Name Changes (if applicable) | Estate Representative (if applicable) |
|---|---|---|---|---|---|
| 599 | Wade | Robert | A. | | |
| 600 | Wagner | Rick | E. | | |
| 601 | Waldrep | Randy | E. | | |
| 602 | Walker | Sheila | A. | | |
| 603 | Walter | Henry | A | | |
| 604 | Walz | David | | | |
| 605 | Warner | John | B. | | |
| 606 | Warrington | Dwight | B. | | |
| 607 | Weaver | James | E. | | |
| 608 | Wesselhoft | John | W. | | |
| 609 | Westberry | Sarah | P. | | |
| 610 | Westermeier | Barbara | A. | | |
| 611 | Weston | Thomas | M. | | |
| 612 | Wheeler | Marsha | B. | | |
| 613 | Whelan | John | | | |
| 614 | White | John Paul | | | |
| 615 | White | Ollie | D. | | |
| 616 | Wiese | Robert | T. | | |
| 617 | Wiggins | Donald | E. | | |
| 618 | Wiggins | Janet | | | |
| 619 | Wild | Edward | S. | | |
| 620 | Wilkerson | Jim | G. | | |
| 621 | Wilkins, Jr. | Bobby | R. | | Tamara Wilkins - Dkt. 417 |
| 622 | Williams | David | E. | | |
| 623 | Williams | Daniel | M. | | |
| 624 | Williams | Linda | R. | | |
| 625 | Willsey | William | M. | | |
| 626 | Wilson | Randy | A. | | |
| 627 | Winterstein | Russell | | | |
| 628 | Wisniewski (Ryan) | Paula | (J.) | Changed name from Paula Wisniewski to Paula J. Ryan. *See* Dkt. 365. | |
| 629 | Wolf | William | E. | | |
| 630 | Wolthausen | Karl | | | |
| 631 | Wood | Bernard | | | |
| 632 | Woolley | Greg | F. | | Megan Woolley - Dkt. 417 |
| 633 | Yencich | Gary | P. | | |
| 634 | Yonkin | William | D. | | |
| 635 | York | Charlotte | | | |
| 636 | Young | Joseph | | | |
| 637 | Ysasi-Huerta | Raquel | L. | | |
| 638 | Zachary | Edwin | | | |

| No. | Last Name | First Name | MI | Name Changes (if applicable) | Estate Representative (if applicable) |
|---|---|---|---|---|---|
| 639 | Zagorski | James | | | |
| 640 | Zaleski | Edward | J. | | |
| 641 | Zane | Robert | W. | | |
| 642 | Zarifis | Karen | A. | | |
| 643 | Zarifis | Michael | G. | | |
| 644 | Zeman | Michael | | | |
| 645 | Zimmerman | John | M. | | |
| 646 | Zimmermann | Timothy | K. | | |